**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____   Chapter __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Vertical Partners West, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Venom Power** <br> **DBA  VPW** <br> **DBA  Electrovolt** <br> **DBA  LionCore** <br> **DBA  PrisLogic** <br> **DBA  Atomic RC** <br> **DBA  Atomik RC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **68-0533957** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **14028 N. Ohio Street** <br> **Rathdrum, ID 83858** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Kootenai** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.venompower.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Vertical Partners West, LLC**                                              Case number (*if known*) _____
         Name

**7.  Describe debtor's business**       A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ___5999___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **Vertical Partners West, LLC**                                    Case number (*if known*)
_____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship _____ |
| District | _____ When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other    **Debtor is a business that specializes in hobby charger and battery sales and manufacturing commercial battery modules. The batteries will need to be stored and handled properly.**

**Where is the property?**    **14028 North Ohio Street
Rathdrum, ID, 83858-0000**
_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
■ Yes.    Insurance agency    **Various**
            Contact name _____
            Phone _____

**■ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **Vertical Partners West, LLC**                                          Case number (*if known*) _____
          Name

☐ $100,000,001 - $500 million

---

**16.  Estimated liabilities**

☐ $0 - $50,000               ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000         ■ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

Debtor  **Vertical Partners West, LLC**                                      Case number (*if known*) _____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 20, 2021**
MM / DD / YYYY

**X** **/s/ Keith Wallace** _____        **Keith Wallace** _____
Signature of authorized representative of debtor                Printed name

Title    **President** _____

---

**18. Signature of attorney**

**X** **/s/ Matthew T. Christensen** _____    Date **December 20, 2021** _____
Signature of attorney for debtor                                  MM / DD / YYYY

**Matthew T. Christensen 7213**
Printed name

**Johnson May**
Firm name

**199 N. Capitol Blvd, Ste 200**
**Boise, ID 83702**
Number, Street, City, State & ZIP Code

Contact phone    **208-384-8588**        Email address    **info@johnsonmaylaw.com**

**7213 ID**
Bar number and State

**VERTICAL PARTNERS WEST, LLC**

December 20, 2021

***Resolution authorizing filing of Chapter 7 Bankruptcy***

WHEREAS, the majority members of Vertical Partners West, LLC (the "Company"), having complied with all operable provisions of the Company Operating Agreement (as amended); and

WHEREAS, the majority members having received and reviewed reports and/or information furnished to them concerning the financial condition of the Company; and

WHEREAS, it appearing in the business judgment of the majority members that the Company should be dissolved and liquidated under the supervision of the U.S. Bankruptcy Court, it is hereby

RESOLVED, that the Company initiate a new case under Chapter 7 of the Bankruptcy Code; and it is further

RESOLVED, that Keith Wallace is authorized and directed to prepare or cause to be prepared all documents, petitions, pleadings and other instruments necessary, or in the sole discretion of Keith Wallace appropriate, to cause the initiation and prosecution of a case under the Bankruptcy Code seeking liquidation of the Company assets; and it is further

RESOLVED, that Keith Wallace is authorized and directed to employ and retain Matthew T. Christensen, attorney at law, of JOHNSON MAY, to represent the Company in its case under the Bankruptcy Code upon such compensation agreement as may seem in the discretion of Keith Wallace to be appropriate.

DATED this _20_ day of December, 2021.

_____
Keith Wallace, Member/President


_____
Aladdin PD Fund I, LLLP
By: Tenth Street Advisors, LLC, its Manager
      By: Al Duke, its Manager

**VERTICAL PARTNERS WEST, LLC**

December 20, 2021

*Resolution authorizing filing of Chapter 7 Bankruptcy*

WHEREAS, the majority members of Vertical Partners West, LLC (the "Company"), having complied with all operable provisions of the Company Operating Agreement (as amended); and

WHEREAS, the majority members having received and reviewed reports and/or information furnished to them concerning the financial condition of the Company; and

WHEREAS, it appearing in the business judgment of the majority members that the Company should be dissolved and liquidated under the supervision of the U.S. Bankruptcy Court, it is hereby

RESOLVED, that the Company initiate a new case under Chapter 7 of the Bankruptcy Code; and it is further

RESOLVED, that Keith Wallace is authorized and directed to prepare or cause to be prepared all documents, petitions, pleadings and other instruments necessary, or in the sole discretion of Keith Wallace appropriate, to cause the initiation and prosecution of a case under the Bankruptcy Code seeking liquidation of the Company assets; and it is further

RESOLVED, that Keith Wallace is authorized and directed to employ and retain Matthew T. Christensen, attorney at law, of JOHNSON MAY, to represent the Company in its case under the Bankruptcy Code upon such compensation agreement as may seem in the discretion of Keith Wallace to be appropriate.

DATED this   20th   day of December, 2021.

_____
Keith Wallace, Member/President

_____
Aladdin PD Fund I, LLLP
By: Tenth Street Advisors, LLC, its Manager
        By: R. A. Duke, its Manager

**Fill in this information to identify the case:**

Debtor name          **Vertical Partners West, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 20, 2021**          X **/s/ Keith Wallace**
                                              Signature of individual signing on behalf of debtor

                                              **Keith Wallace**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **Vertical Partners West, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $      0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $      2,767,850.68

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $      2,767,850.68

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      8,715,927.21

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $      213,316.76

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$      3,653,020.90

4.  Total liabilities ...................................................................................................
    Lines 2 + 3a + 3b      $      12,582,264.87

**Fill in this information to identify the case:**

Debtor name __**Vertical Partners West, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF IDAHO__

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | $12.44 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **PayPal** | **Business Account** | | $11.32 |
| 3.2. | **Beverly Bank** | **Checking** | 9897 | $31,475.11 |
| 3.3. | **First Interstate Bank** | **Checking Acct** | | $20,264.43 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $51,763.30 |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Vertical Partners West, LLC**                                Case number *(If known)* _____
Name

**Security Deposit**
**Bermer Partners, LLC**
**3019 E. Rivercrest Drive**
7.1.   **Post Falls, ID 83854**                                                                    **$12,000.00**

---

8.        **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.        **Total of Part 2.**                                                                    | **$12,000.00** |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.        **Accounts receivable**

| 11a. 90 days old or less: | **459,277.17** | - | **0.00** | = .... | **$459,277.17** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **449,243.29** | - | **0.00** | = .... | **$449,243.29** |
| | face amount | | doubtful or uncollectible accounts | | |

12.        **Total of Part 3.**                                                                    | **$908,520.46** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **Inventory on Hand - See attached Exhibit** | 12/15/2021 | Unknown | Comparable sale | $1,000,890.54 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Vertical Partners West, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Inventory - in transit;<br>See attached Exhibit<br>A/B-22(B) | | | $0.00 | Recent cost | | $688,416.39 |
|---|---|---|---|---|---|---|

**23.**  **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $1,689,306.93 |
|---|

**24.**  **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

**25.**  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **39.**  **Office furniture** | | | |
| **40.**  **Office fixtures** | | | |
| **41.**  **Office equipment, including all computer equipment and<br>communication systems equipment and software<br>See attached Exhibit A/B-41** | $0.00 | Liquidation | $80,056.00 |

**42.**  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

**43.**  **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| $80,056.00 |
|---|

**44.**  **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45.**  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Vertical Partners West, LLC**                              Case number *(If known)* _____
          Name

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>See attached Exhibit A/B-41 | $0.00 | | $0.00 |

51. **Total of Part 8.**                                                                                      $0.00

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

| 55. | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
|---|---|---|---|---|---|

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **14028 North Ohio<br>Street<br>Rathdrum, ID 83858** | **Lease Interest<br>only** | **Unknown** | | **Unknown** |

56. **Total of Part 9.**                                                                                      $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

| Debtor | **Vertical Partners West, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**PrisLogic battery designs**<br>**ElectroVolt Trademarks** | **Unknown** | **N/A** | **Unknown** |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No

☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**

Description (include name of obligor)

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

| Debtor | **Vertical Partners West, LLC** | Case number *(If known)* |
|--------|------------------------|-------------------------|
|        | Name                   |                         |

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
**Tariff Refund - 8/23/2020**
**U.S. Customs & Border Protection**
**90 K Street, N.E.**
**Washington DC, 20229**                              Tax year **2020**                    **$26,203.99**

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                    **$26,203.99**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Vertical Partners West, LLC**
　　　　　Name

Case number *(If known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $51,763.30 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $12,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $908,520.46 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,689,306.93 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $80,056.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........* > | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $26,203.99 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,767,850.68 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,767,850.68 |

EXHIBIT A/B-22(A)

Vertical Partners West, LLC.
02 - Inventory Valuation Report
As of December 15, 2021

| | | | 1,282,510.61 | | 485,921.15 | 104,779.74 | 138,383.22 | 38,457.11 | 94,100.72 | 240,899.19 | 179,969.48 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Item** | **Display Name** | **On Hand** | **Inv. Value** | **Notes** | **Good Saleable Inventory** | **Obsolete** | **Off-Site - China** | **Off-Site US** | **Low/No Value** | **Manufacturing Raw Materials** | **Manufacturing Electrical Components** |
| 0608 | Venom Pro 4 LiPo & NiMH Battery Charger | 1 | 25.05 | Potential issue or damaged | | | | | 25.05 | | |
| 0612 | Venom Commercial Series BCMS Pro | 5 | 18,100.00 | Old commecial chargers | | | | | 18,100.00 | | |
| 0616 | Venom Commercial Series BCMS Ultra | 13 | 59,800.00 | Old commecial chargers | | | | | 59,800.00 | | |
| 0685 | Venom Pro Duo LiPo & NiMH Battery Charger | 4 | 182.96 | Potential issue or damaged | | | | | 182.96 | | |
| 0686 | Venom Pro Quad LiPo/LiHV/NiMH Battery Charger | 1 | 112.26 | Potential issue or damaged | | | | | 112.26 | | |
| 0692 | Venom Pro Power 1350W DC Power Supply | 1 | 138.01 | Potential issue or damaged | | | | | 138.01 | | |
| 0698 | Venom Pro Typhoon HX4 LiPo Balance Charger | 4 | 388.42 | Potential issue or damaged | | | | | 388.42 | | |
| 0699C | Venom C5 Charger 110V Power Cord | 24 | 26.88 | Potential issue or damaged | | | | | 26.88 | | |
| 15058 | 50C 2S 5000mAh 7.4V Sport Power LiPo ROAR - UNI 2.0-L | 8 | 155.41 | Potential issue or damaged | | | | | 155.41 | | |
| 15149 | 30C 2S 5000mAh 7.4V Sport Power LiPo ROAR - UNI 2.0-L | 6 | 86.61 | Potential issue or damaged | | | | | 86.61 | | |
| 1548 | 7.2V 5000mAh NiMH - UNI 2.0-L | 2 | 29.42 | Potential issue or damaged | | | | | 29.42 | | |
| 18011 | Atomik Barbwire 3 RTR Brushless RC Boat | 3 | 221.63 | Potential issue or damaged | | | | | 221.63 | | |
| 25005 | 30C 2S 1300mAh 7.4V LiPo - UNI 2.0-A | 1 | - | Potential issue or damaged | | | | | - | | |
| 25018 | 30C 6S 3600mAh 22.2V LiPo - UNI 2.0-A | 1 | - | Potential issue or damaged | | | | | - | | |
| 25028X2 | 30C 3S 1300mAh 11.1V LiPo - UNI 2.0-A x2 | 1 | 10.59 | Potential issue or damaged | | | | | 10.59 | | |
| 25084X4 | 30C 1S 150mAh 3.7V LiPo - JST-MCX x4 | 1 | 3.90 | Potential issue or damaged | | | | | 3.90 | | |
| 25147 | 30C 2S 300mAh 7.4V LiPo - JST/JST-PH | 1 | 1.79 | Potential issue or damaged | | | | | 1.79 | | |
| 35000 | 15C 6S 22000mAh 22.2V LiPo Drone Pro Battery - XT150/AS150 | 47 | 10,915.88 | Batteies in warehouse available for sale | 10,915.88 | | | | | | |
| 35002 | 15C 6S 13000mAh 22.2V LiPo Drone Pro Battery - XT150/AS150 | 29 | 4,151.80 | Batteies in warehouse available for sale | 4,151.80 | | | | | | |
| 35003 | 15C 6S 8000mAh 22.2V LiPo Drone Pro Battery - XT90-S | 22 | 2,279.98 | Batteies in warehouse available for sale | 2,279.98 | | | | | | |
| 35004 | 15C 4S 16000mAh 14.8V LiPo Drone Pro Battery - XT90-S | 1 | 126.07 | Potential issue or damaged | | | | | 126.07 | | |
| 35006 | 15C 4S 8000mAh 14.8V LiPo Drone Pro Battery - XT90-S | 45 | 3,541.38 | Batteies in warehouse available for sale | 3,541.38 | | | | | | |
| 35006 | 15C 4S 8000mAh 14.8V LiPo Drone Pro Battery - XT90-S | 2 | 150.00 | Potential issue or damaged | | | | | 150.00 | | |
| 4000000 | EXTRUSION, BASE PLATE, 175 MM, MILL FINISH | 29,272 | 2,434.29 | Manufacturing goods - Off site | | | | 2,434.29 | | | |
| 4000001 | EXTRUSION, END PLATE, 166 MM, MILL FINISH | 56 | 1,381.50 | Manufacturing goods - Off site | | | | 1,381.50 | | | |
| 4000002 | EXTRUSION, END PLATE, 97 MM, MILL FINISH | 75 | 1,140.48 | Manufacturing goods - Off site | | | | 1,140.48 | | | |
| 4000003 | EXTRUSION, BASE PLATE, 150 MM, MILL FINISH | 28 | 1,001.65 | Manufacturing goods - Off site | | | | 1,001.65 | | | |
| 4000005 | TERMINAL, POSITIVE, ODD, 80AH | 64 | 347.92 | Manufacturing raw material - In warehouse | | | | | | 347.92 | |
| 4000007 | TERMINAL, NEGATIVE, EVEN, OUT, 80AH | 10 | 214.65 | Manufacturing raw material - In warehouse | | | | | | 214.65 | |
| 4000010 | TERMINAL, POSITIVE, EVEN, 80AH | 57 | 309.85 | Manufacturing raw material - In warehouse | | | | | | 309.85 | |
| 4000011 | TERMINAL, NEGATIVE, EVEN, 80AH | 60 | 326.16 | Manufacturing raw material - In warehouse | | | | | | 326.16 | |
| 4000013 | SEPARATOR, END, 120AH, LFP | 1 | 8.70 | Manufacturing raw material - In warehouse | | | | | | 8.70 | |
| 4000014 | SEPARATOR, CELL, 120AH, LFP | 8 | 89.51 | Manufacturing raw material - In warehouse | | | | | | 89.51 | |
| 4000015 | TERMINAL, NEGATIVE, ODD, 80AH | 57 | 309.85 | Manufacturing raw material - In warehouse | | | | | | 309.85 | |
| 4000017 | TERMINAL, POSITIVE, OUT, 80AH | 9 | 193.19 | Manufacturing raw material - In warehouse | | | | | | 193.19 | |
| 4000020 | TERMINAL, POSITIVE, ODD, 120AH | 38 | 206.60 | Manufacturing raw material - In warehouse | | | | | | 206.60 | |
| 4000021 | TERMINAL,NEGATIVE, OUT, 120AH | 2 | 42.12 | Manufacturing raw material - In warehouse | | | | | | 42.12 | |
| 4000021 | TERMINAL,NEGATIVE, OUT, 120AH | 13 | 304.20 | Manufacturing raw material - In warehouse | | | | | | 304.20 | |
| 4000024 | TERMINAL, POSITIVE, EVEN, 120AH | 40 | 217.45 | Manufacturing raw material - In warehouse | | | | | | 217.45 | |
| 4000025 | TERMINAL,NEGATIVE, EVEN, 120AH | 20 | 280.13 | Manufacturing raw material - In warehouse | | | | | | 280.13 | |
| 4000029 | TERMINAL,NEGATIVE, ODD, 120AH | 38 | 206.57 | Manufacturing raw material - In warehouse | | | | | | 206.57 | |
| 4000031 | TERMINAL, POSITIVE, OUT, 120AH | 2 | 42.12 | Manufacturing raw material - In warehouse | | | | | | 42.12 | |
| 4000031 | TERMINAL, POSITIVE, 120AH | 13 | 304.20 | Manufacturing raw material - In warehouse | | | | | | 304.20 | |
| 4000050 | PLATE, BASE, BATTERY PACK, BELL | 11 | 221.26 | Manufacturing raw material - In warehouse | | | | | | 221.26 | |
| 4000050 | PLATE, BASE, BATTERY PACK, BELL | 153 | 2,636.00 | Manufacturing goods - Off site | | | | 2,636.00 | | | |
| 4000051-DEP | ENCLOSURE, EXTRUSION, BATTERY PACK | 8 | 736.00 | Manufacturing raw material - In warehouse | | | | | | 736.00 | |
| 4000052 | HOLDER, CELL BUNDLE, BATTERY PACK, BELL | 8 | 544.00 | Manufacturing raw material - In warehouse | | | | | | 544.00 | |
| 4000052 | HOLDER, CELL BUNDLE, BATTERY PACK, BELL | 100 | 6,800.00 | Manufacturing goods - Off site | | | | 6,800.00 | | | |
| 4000053 | COVER, BMS, BATTERY PACK, BELL | 5 | 420.00 | Manufacturing raw material - In warehouse | | | | | | 420.00 | |
| 4000053 | COVER, BMS, BATTERY PACK, BELL | 80 | 6,720.00 | Manufacturing goods - Off site | | | | 6,720.00 | | | |
| 4000056 | NUT, END, BASE, EXTRUSION | 63 | 468.46 | Manufacturing raw material - In warehouse | | | | | | 468.46 | |
| 4000058 | ASSY, PLATE, END, MACHINED, 168 MM | 13 | 600.34 | Manufacturing raw material - In warehouse | | | | | | 600.34 | |
| 4000059 | BAR, CROSS MEMBER, NEGATIVE, 175 MM | 6 | 348.00 | Manufacturing raw material - In warehouse | | | | | | 348.00 | |
| 4000060 | SPACER, TERMINAL, CENTER | 900 | 1,201.08 | Manufacturing raw material - In warehouse | | | | | | 1,201.08 | |
| 4000061 | SPACER, TERMINAL, C'BORE | 922 | 1,650.96 | Manufacturing raw material - In warehouse | | | | | | 1,650.96 | |
| 4000062 | ASSY, CROSS MEMBER, NEGATIVE, 580067 | 1 | 64.81 | Manufacturing raw material - In warehouse | | | | | | 64.81 | |
| 4000063 | BAR, CROSS MEMBER, POSITIVE, 175 MM | 5 | 290.00 | Manufacturing raw material - In warehouse | | | | | | 290.00 | |
| 4000063 | BAR, CROSS MEMBER, POSITIVE, 175 MM | 1 | 58.00 | Manufacturing raw material - In warehouse | | | | | | 58.00 | |
| 4000064 | ASSY, CROSS MEMBER, POSITIVE, 580067 | 1 | 64.81 | Manufacturing raw material - In warehouse | | | | | | 64.81 | |

| Part | Description | Qty | Value | Classification | Value | Value |
|---|---|---|---|---|---|---|
| 4000065 | BAR, CROSS MEMBER, CENTER, 175 MM | 19 | 662.15 | Manufacturing raw material - In warehouse | | 662.15 |
| 4000067 | PLATE, SIDE, 580067 | 2 | 171.36 | Manufacturing raw material - In warehouse | | 171.36 |
| 4000073 | ASSY, BLOCK, TERMINAL, NEGATIVE, 580067 | 1 | - | Manufacturing raw material - In warehouse | | - |
| 4000074 | BLOCK, TERMINAL, OUT | 60 | 4,393.88 | Manufacturing raw material - In warehouse | | 4,393.88 |
| 4000074 | BLOCK, TERMINAL, OUT | 5 | 423.49 | Manufacturing raw material - In warehouse | | 423.49 |
| 4000075 | BLOCK, TERMINAL, TOP | 57 | 5,338.48 | Manufacturing raw material - In warehouse | | 5,338.48 |
| 4000076 | ASSY, PLATE, SUPPORT, NEGATIVE TERMINAL, 580067 | 1 | - | Manufacturing raw material - In warehouse | | - |
| 4000078 | PAD, THERMAL, CURRENT SENSOR, 580067 | 10 | 1.24 | Manufacturing raw material - In warehouse | | 1.24 |
| 4000079 | GROMMET, PLASTIC, INSULATOR | 30 | 40.44 | Manufacturing raw material - In warehouse | | 40.44 |
| 4000080 | ASSY, ISOLATION, MODULE, 240A, 580067 | 2 | 174.17 | Manufacturing raw material - In warehouse | | 174.17 |
| 4000082 | PLATE, TERMINAL, POSITIVE, IN, 580067 | 2 | 174.00 | Manufacturing raw material - In warehouse | | 174.00 |
| 4000083 | ASSY, ISOLATION MODULE, 580067 | 2 | 335.40 | Manufacturing raw material - In warehouse | | 335.40 |
| 4000086 | ASSY, PLATE, SUPPORT, POSTIVE TERMINAL | 2 | 293.19 | Manufacturing raw material - In warehouse | | 293.19 |
| 4000087 | CLIP, TERMINAL PCBA, MONITOR | 254 | 2,031.94 | Manufacturing raw material - In warehouse | | 2,031.94 |
| 4000089 | COVER, BATTERY PACK, 580067 | 5 | 1,949.71 | Manufacturing raw material - In warehouse | | 1,949.71 |
| 4000090 | ASSY, COVER, BATTERY PACK, 580067 | 2 | 869.24 | Manufacturing raw material - In warehouse | | 869.24 |
| 4000092 | BASE, EXTRUSION, MACHINED, 580067 | 1 | 135.02 | Manufacturing raw material - In warehouse | | 135.02 |
| 4000094 | VPW BATTERY - MODIFIED FOR ALUMINUM GUIDE BLOCKS | 1 | 194.34 | Manufacturing raw material - In warehouse | | 194.34 |
| 4000096 | SPONGE COMPLIANCE PLATE | 121 | 323.48 | Manufacturing raw material - In warehouse | | 323.48 |
| 4000097 | ASSY, BMS, BELL, 35067 | 5 | 3,554.67 | Manufacturing raw material - In warehouse | | 3,554.67 |
| 4000098 | STAND OFF, THREADED, 3MM, ALUMINUM | 46 | 149.50 | Manufacturing raw material - In warehouse | | 149.50 |
| 4000098 | STAND OFF, THREADED, 3MM, ALUMINUM | 300 | 975.00 | Manufacturing goods - Off site | 975.00 | |
| 4000100 | ASSY, TOP, STRAP, SLING, BATTERY 1 PACK, BELL | 498 | 284.26 | Manufacturing raw material - In warehouse | | 284.26 |
| 4000102 | ASSY, BOTTOM, STRAP, SLING, 1 BATTERY PACK, BELL | 248 | 191.93 | Manufacturing raw material - In warehouse | | 191.93 |
| 4000105 | BLOCK, GUIDE, ENCLOSURE, BELL | 160 | 3,360.00 | Manufacturing goods - Off site | 3,360.00 | |
| 4000106 | EXTRUSION, ENCLOSURE, ALUMINUM, BELL | 17 | 2,065.37 | Manufacturing raw material - In warehouse | | 2,065.37 |
| 4000106 | EXTRUSION, ENCLOSURE, ALUMINUM, BELL | 6 | 502.10 | Manufacturing goods - Off site | 502.10 | |
| 4000107 | GROMMET, PLASTIC, INSULATOR 2MM X 4MM | 409 | 562.14 | Manufacturing raw material - In warehouse | | 562.14 |
| 4000108 | COVER, TERMINAL, 580067 | 48 | 1,422.85 | Manufacturing raw material - In warehouse | | 1,422.85 |
| 4000145 | ASSY, BATTERY PACK, W/TERM, 580067 | 7 | 8,092.54 | Manufacturing raw material - In warehouse | | 8,092.54 |
| 4000164 | ASSY, PLATE, SUPPORT, NEGATIVE TERM, NO RESISTOR 580067 | 2 | 806.47 | Manufacturing raw material - In warehouse | | 806.47 |
| 4000165 | PLATE, TERMINAL, NEGATIVE, IN OUT, 580067 | 1 | 95.00 | Manufacturing raw material - In warehouse | | 95.00 |
| 4000166 | RED LED, INDICATOR, 580067 | 524 | 1,045.98 | Manufacturing Electrical Components | 1,045.98 | |
| 4000167 | GREEN LED, INDICATOR, 580067 | 524 | 1,045.98 | Manufacturing Electrical Components | 1,045.98 | |
| 4000171 | BASE, EXTRUSION, MACHINED, 580068 | 6 | 810.00 | Manufacturing raw material - In warehouse | | 810.00 |
| 4000172 | PLATE, END, MACHINES, 97 MM | 10 | 1,100.00 | Manufacturing raw material - In warehouse | | 1,100.00 |
| 4000176 | BAR, CROSS MEMBER, ENDS, 150 MM | 5 | 290.00 | Manufacturing raw material - In warehouse | | 290.00 |
| 4000178 | BAR, CROSS MEMBER, CENTER, 150 MM | 5 | 270.00 | Manufacturing raw material - In warehouse | | 270.00 |
| 4000179 | PLATE, SIDE, 580068 | 10 | 870.00 | Manufacturing raw material - In warehouse | | 870.00 |
| 4000207 | SPACER, TERMINAL , C'BORE, 580068 | 20 | 447.60 | Manufacturing raw material - In warehouse | | 447.60 |
| 4000208 | SPACER, TERMINAL , C'BORE, 580068 | 5 | 158.90 | Manufacturing raw material - In warehouse | | 158.90 |
| 4000223 | ASSY, BASE, 580070 | 1 | 36.64 | Manufacturing raw material - In warehouse | | 36.64 |
| 4000224 | PLATE, SIDE, 580070 | 10 | 1,630.00 | Manufacturing raw material - In warehouse | | 1,630.00 |
| 4000224 | PLATE, SIDE, 580070 | 2 | 326.00 | Manufacturing raw material - In warehouse | | 326.00 |
| 4000225 | ASSY, BATTERY PACK , 580070 | 1 | 36.64 | Manufacturing raw material - In warehouse | | 36.64 |
| 4000227 | COVER, BATTERY PACK, 580070 | 1 | 664.22 | Manufacturing raw material - In warehouse | | 664.22 |
| 4000228 | ASSY, COVER, BATTERY PACK, 580070 | 1 | 750.25 | Manufacturing raw material - In warehouse | | 750.25 |
| 4000229 | BASE, EXTRUSION, MACHINED, 580070 | 6 | 219.84 | Manufacturing raw material - In warehouse | | 219.84 |
| 4000232 | EXTRUSION, ENCLOSURE, ALUMINUM, BELL | 3 | 2,200.04 | Manufacturing goods - Off site | 2,200.04 | |
| 4000240 | 2.0MM 2 W/M K SOFT GAP FILLER - 18" Wide | 70 | 8,334.06 | Manufacturing raw material - In warehouse | | 8,334.06 |
| 4000241 | Multi-Grip Blind Rivet 3/16in | 209 | 13.40 | Manufacturing raw material - In warehouse | | 13.40 |
| 4000242 | M4 x 0.7 x 10mm Flanged Button Head Screw (100pk) | 647 | 73.25 | Manufacturing raw material - In warehouse | | 73.25 |
| 4000243 | M3 x 0.5 x 8mm - Socket Button Head Cap Screw (100pk) | 134 | 11.70 | Manufacturing raw material - In warehouse | | 11.70 |
| 4000244 | M3 x 0.5 x 6mm - Flat Head Socket Cap Screw (100pk) | 573 | 40.39 | Manufacturing raw material - In warehouse | | 40.39 |
| 4000245 | M3 x 0.5 x 8mm Socket Flat Head Socket Cap Screw (100pk) | 622 | 35.12 | Manufacturing raw material - In warehouse | | 35.12 |
| 4000246 | M3 x 0.5 x 10mm Socket Flat Head Socket Cap Screw (100pk) | 380 | 27.28 | Manufacturing raw material - In warehouse | | 27.28 |
| 4000247 | M3 x 0.5 x 20mm Socket Flat Head Socket Cap Screw (100pk) | 538 | 59.89 | Manufacturing raw material - In warehouse | | 59.89 |
| 4000248 | SS Dowel Pin 2mm x 6mm (100pk) | 181 | 24.57 | Manufacturing raw material - In warehouse | | 24.57 |
| 4000249 | Alloy Steel Dowel Pin 2.5mm x 28mm (25pk) | 1,325 | 499.49 | Manufacturing raw material - In warehouse | | 499.49 |
| 4000250 | Slotted Spring Pin, 2mm x 12mm (200pk) | 68 | 3.99 | Manufacturing raw material - In warehouse | | 3.99 |
| 4000251 | M3 x 0.5 x 12mm Flanged Button Head Socket Cap Screw (50pk) | 142 | 32.97 | Manufacturing raw material - In warehouse | | 32.97 |
| 4000253 | Pins, Insert, 2.5 Dia x 12 lg | 9,812 | 2,872.06 | Manufacturing raw material - In warehouse | | 2,872.06 |
| 4000254 | DPB101-45 Kevlar - 45in wide | 25 | 2,033.25 | Mfg raw material - Off site | 2,033.25 | |
| 4000255 | DPB108-49 Kevlar - 49in wide | 11 | 878.57 | Mfg raw material - Off site | 878.57 | |
| 4000256 | HT318-53 Nomex - 53in wide | 25 | 1,178.50 | Mfg raw material - Off site | 1,178.50 | |
| 4000257 | M2.5 x 0.45 x 5 Oval Head Machine Screw (100pk) | 192 | 55.04 | Manufacturing raw material - In warehouse | | 55.04 |
| 4000258 | CONN RCPT FMALE 6POS SOLDER CUP | 18 | 161.18 | Manufacturing raw material - In warehouse | | 161.18 |
| 4000259 | CONN RCPT MALE 3POS SOLDER CUP | 7 | 60.50 | Manufacturing raw material - In warehouse | | 60.50 |

| Part # | Description | Qty | Value | Category | | Value |
|---|---|---|---|---|---|---|
| 4000260 | PEM Nut M3 x 0.5 mm (20pk) | 176 | 85.30 | Manufacturing raw material - In warehouse | | 85.30 |
| 4000261 | M3 x 0.5 x 6mm - Flanged Button Head Screw (50pk) | 192 | 60.01 | Manufacturing raw material - In warehouse | | 60.01 |
| 4000262 | M3 x 0.5 x 10mm Socket Button Head Cap Screw (100pk) | 162 | 14.40 | Manufacturing raw material - In warehouse | | 14.40 |
| 4000263 | 1/4-20 x 1in Hex Bolt UNC (50pk) | 158 | 34.27 | Manufacturing raw material - In warehouse | | 34.27 |
| 4000264 | O-Ring 1.5mm wide x 20.5mm ID (25pk) | 81 | 15.97 | Manufacturing raw material - In warehouse | | 15.97 |
| 4000266 | M2 x 4.5mm OD Internal Tooth Lock Washer (100pk) | 100 | 3.12 | Manufacturing raw material - In warehouse | | 3.12 |
| 4000267 | M2 x 0.4 x 5mm Pan Head Machine Screw (100pk) | 100 | 6.18 | Manufacturing raw material - In warehouse | | 6.18 |
| 4000268 | IGBT 1200V 100A 375W TO247-3 | 57 | 468.35 | Manufacturing Electrical Components | 468.35 | |
| 4000269 | M3 Plain Washer, Narrow (100pk) | 206 | 8.85 | Manufacturing raw material - In warehouse | | 8.85 |
| 4000277 | ENCLOSURE, INTERIN, BATTERY PACK, BELL | 7 | 1,274.69 | Manufacturing raw material - In warehouse | | 1,274.69 |
| 4000279 | M3 x 0.5 x 14 mm Socket Button Head Screw (100pk) | 89 | 12.46 | Manufacturing raw material - In warehouse | | 12.46 |
| 4000280 | M3 x 0.5 mm, Class 10, Zinc Chromate Plated Hex Nut (25pk) | 17 | 5.83 | Manufacturing raw material - In warehouse | | 5.83 |
| 4000284 | ASSY, PKG, MASTER CARTON, BELL | 29 | 196.86 | Manufacturing raw material - In warehouse | | 196.86 |
| 4000285 | UN BOX 12x12x12, Master Carton, BELL | 1 | 6.80 | Manufacturing raw material - In warehouse | | 6.80 |
| 4000286 | Class 9 Label, Master Carton, BELL | 267 | 18.69 | Manufacturing raw material - In warehouse | | 18.69 |
| 4000287 | Dunnage Newsprint, 4(ft2), Master Carton, BELL | 468 | 18.74 | Manufacturing raw material - In warehouse | | 18.74 |
| 4000289 | UN3480 LiPO/Caution Label, Master Carton | 953 | 76.19 | Manufacturing raw material - In warehouse | | 76.19 |
| 4000290 | Inner Carton 12x8x5, Master Carton, BELL | 31 | 22.63 | Manufacturing raw material - In warehouse | | 22.63 |
| 4000291 | 1/2" Foam, Inner Carton, Master Carton, BELL | 12 | 9.06 | Manufacturing raw material - In warehouse | | 9.06 |
| 4000292 | 35067 Master Carton Label, Bell | 59 | - | Manufacturing raw material - In warehouse | | - |
| 4000293 | 35067 Inner Carton Label, Bell | 148 | - | Manufacturing raw material - In warehouse | | - |
| 4000297 | BASE, EXTRUSION, MACHINED, 580072 | 3 | 735.13 | Manufacturing raw material - In warehouse | | 735.13 |
| 4000297 | BASE, EXTRUSION, MACHINED, 580072 | 3 | 735.14 | Manufacturing raw material - In warehouse | | 735.14 |
| 4000298 | PLATE, END, MACHINES, 580072 | 11 | 1,364.00 | Manufacturing raw material - In warehouse | | 1,364.00 |
| 4000298 | PLATE, END, MACHINES, 580072 | 1 | 124.00 | Manufacturing raw material - In warehouse | | 124.00 |
| 4000299 | PLATE, SIDE, 580072 | 8 | 1,305.00 | Manufacturing raw material - In warehouse | | 1,305.00 |
| 4000299 | PLATE, SIDE, 580072 | 2 | 348.00 | Manufacturing raw material - In warehouse | | 348.00 |
| 4000300 | ASSY, BATTERY PACK , 580072 | 2 | 986.00 | Manufacturing raw material - In warehouse | | 986.00 |
| 4000301 | ASSY, BATTERY PACK, W/TERM, 580072 | 10 | 4,930.00 | Manufacturing raw material - In warehouse | | 4,930.00 |
| 4000302 | BAR, CROSS MEMBER, CENTER, 277AH | 15 | 810.00 | Manufacturing raw material - In warehouse | | 810.00 |
| 4000304 | BAR, CROSS MEMBER, POSITIVE, 277AH | 5 | 290.00 | Manufacturing raw material - In warehouse | | 290.00 |
| 4000306 | BAR, CROSS MEMBER, NEGATIVE, 277AH | 5 | 290.00 | Manufacturing raw material - In warehouse | | 290.00 |
| 4000308 | TERMINAL, 277AH | 25 | 216.00 | Manufacturing raw material - In warehouse | | 216.00 |
| 4000310 | TERMINAL, NEGATIVE OUT, 277AH | 5 | 188.25 | Manufacturing raw material - In warehouse | | 188.25 |
| 4000311 | TERMINAL, POSITIVE OUT, 277AH | 5 | 188.25 | Manufacturing raw material - In warehouse | | 188.25 |
| 4000315 | SIKA 31001 STATIC MIXER ORANGE 490 ML 10 TO 1 | 8 | 22.46 | Manufacturing raw material - In warehouse | | 22.46 |
| 4000317 | MP55420 TWO PART METHACRYLATE EPOXY | 6,334 | 738.95 | Manufacturing raw material - In warehouse | | 738.95 |
| 4000318 | ASSY, PLATE, SUPPORT, NEGATIVE TERMINAL, 580072 | 2 | - | Manufacturing raw material - In warehouse | | - |
| 4000319 | PLATE, SUPPORT, NEGATIVE TERMINAL, 580072 | 12 | 603.96 | Manufacturing raw material - In warehouse | | 603.96 |
| 4000323 | PLATE, TERMINAL, NEGATIVE, OUT, 580072 | 12 | 481.92 | Manufacturing raw material - In warehouse | | 481.92 |
| 4000324 | PLATE, TERMINAL, NEGATIVE, IN, 580072 | 10 | 389.20 | Manufacturing raw material - In warehouse | | 389.20 |
| 4000325 | ASSY,PLATE, SUPPORT, POSITIVE TERMINAL | 2 | - | Manufacturing raw material - In warehouse | | - |
| 4000326 | PLATE, SUPPORT, POSITIVE TERMINAL, 580072 | 12 | 603.96 | Manufacturing raw material - In warehouse | | 603.96 |
| 4000329 | PLATE, TERMINAL, POSITIVE, OUT, 580072 | 12 | 481.92 | Manufacturing raw material - In warehouse | | 481.92 |
| 4000330 | PLATE, TERMINAL, POSITIVE, IN, 580072 | 11 | 437.58 | Manufacturing raw material - In warehouse | | 437.58 |
| 4000331 | NUT, END, BASE, EXTRUSION, | 30 | 480.60 | Manufacturing raw material - In warehouse | | 480.60 |
| 4000332 | PLATE, END, COOLING, 580015 | 28 | 6,000.00 | Manufacturing raw material - In warehouse | | 6,000.00 |
| 4000333 | ASSY, COVER, BATTERY PACK, 580072 | 2 | - | Manufacturing raw material - In warehouse | | - |
| 4000334 | COVER, BATTERY PACK, 580072 | 2 | 1,890.76 | Manufacturing raw material - In warehouse | | 1,890.76 |
| 4000334 | COVER, BATTERY PACK, 580072 | 10 | 8,525.60 | Manufacturing raw material - In warehouse | | 8,525.60 |
| 4000354 | EXTRUSION, END PLATE, 202MM, 277Ah | 27 | 3,844.56 | Manufacturing goods - Off site | 3,844.56 | |
| 4000355 | Square Epoxy Mixer - 380mL Kits | 328 | 414.32 | Manufacturing raw material - In warehouse | | 414.32 |
| 4000356 | 1" W. KAPTON TAPE, LOW STATIC, 32.9M | 102 | 73.32 | Manufacturing raw material - In warehouse | | 73.32 |
| 4000357 | 2" W. KAPTON TAPE, LOW STATIC, 32.9M | 99 | 49.27 | Manufacturing raw material - In warehouse | | 49.27 |
| 4000379 | 3M Primer 94, Primer for VHB and Vinyl | 410 | 42.97 | Manufacturing raw material - In warehouse | | 42.97 |
| 4000380 | 3M Masking Tape, 1 1/2in, 180ft | 35 | 11.46 | Manufacturing raw material - In warehouse | | 11.46 |
| 4000381 | 1/2in One-Time-Use Brush with Metal Handle (48pk) | 42 | 7.77 | Manufacturing raw material - In warehouse | | 7.77 |
| 4000382 | Liquid Electrical Tape, 4oz, Black | 87 | 5.63 | Manufacturing raw material - In warehouse | | 5.63 |
| 4000386 | ASSY, PKG, MASTER CARTON, LOCKHEED MARTIN | 20 | 0.16 | Manufacturing raw material - In warehouse | | 0.16 |
| 4000387 | ECP-04349-00 MASTER CARTON LABEL, LOCKHEED MARTIN | 11 | - | Manufacturing raw material - In warehouse | | - |
| 4000392 | M3 x 0.5 x 6mm - Flat Head Socket Cap Screw SS (5pk) | 33 | 73.40 | Manufacturing raw material - In warehouse | | 73.40 |
| 4000394 | Battery Shell With Tabs - LHM Indago | 16 | - | Manufacturing raw material - In warehouse | | - |
| 4000395 | Battery UHMW, for side of Battery - LHM Indago | 27 | - | Manufacturing raw material - In warehouse | | - |
| 4000396 | Battery UHMW for Front and Back of Battery - LHM Indago | 28 | - | Manufacturing raw material - In warehouse | | - |
| 4000397 | M3 x 4mm Button Head Screw - LHM Indago | 514 | - | Manufacturing raw material - In warehouse | | - |
| 4000398 | M2.63 x 8mm 18-8 SS Thread Forming Screw - LHM Indago | 498 | - | Manufacturing raw material - In warehouse | | - |
| 4000399 | Battery Cell Insulation Barrier - LHM Indago | 12 | - | Manufacturing raw material - In warehouse | | - |
| 4000400 | Battery Cap, Tab for Rivets - LHM Indago | 14 | - | Manufacturing raw material - In warehouse | | - |

| Item | Description | Qty | Value | Category | Value |
|---|---|---|---|---|---|
| 4000401 | Power Interface Battery Board - LHM Indago | 17 | - | Manufacturing raw material - In warehouse | - |
| 4000401 | Power Interface Battery Board - LHM Indago | 8 | - | Manufacturing raw material - In warehouse | - |
| 4000402 | Battery LCD Window - LHM Indago | 15 | - | Manufacturing raw material - In warehouse | - |
| 4000404 | Battery Gift Box, Top - LHM Indago | 3 | - | Manufacturing raw material - In warehouse | - |
| 4000404 | Battery Gift Box, Top - LHM Indago | 1 | - | Manufacturing raw material - In warehouse | - |
| 4000466 | 35067 Product Label, Bell | 157 | 116.18 | Manufacturing raw material - In warehouse | 116.18 |
| 4000466 | Fiberboard Box, Brown, 14x10x8 | 1 | - | Manufacturing raw material - In warehouse | - |
| 4000468 | BASE, EXTRUSION, MACHINED, 580075 | 1 | 225.00 | Manufacturing raw material - In warehouse | 225.00 |
| 4000469 | PLATE, SIDE, 580075 | 2 | 338.05 | Manufacturing raw material - In warehouse | 338.05 |
| 4000470 | ASSY, BATTERY PACK , 580075 | 4 | 1,892.00 | Manufacturing raw material - In warehouse | 1,892.00 |
| 4000475 | ASSY, TERMINAL,COMMON, 830AH | 4 | - | Manufacturing raw material - In warehouse | - |
| 4000476 | TERMINAL,POSITIVE, 830AH | 1 | 54.67 | Manufacturing raw material - In warehouse | 54.67 |
| 4000477 | ASSY, TERMINAL,POSITIVE, 830AH | 2 | - | Manufacturing raw material - In warehouse | - |
| 4000479 | ASSY, TERMINAL,NEGATIVE, 830AH | 4 | - | Manufacturing raw material - In warehouse | - |
| 4000480 | ASSY, PCBA, WIRED, 580075 | 4 | 6,400.00 | Manufacturing raw material - In warehouse | 6,400.00 |
| 4000480 | ASSY, PCBA, WIRED, 580075 | 2 | - | Manufacturing components - at off site | - |
| 4000483 | PLATE, SUPPORT, POSITIVE ,TERMINAL, 580075 | 2 | 278.66 | Manufacturing raw material - In warehouse | 278.66 |
| 4000485 | TERMINAL, SENSOR IN, 830AH | 1 | 142.40 | Manufacturing raw material - In warehouse | 142.40 |
| 4000486 | ASSY, TERMINAL, SENSOR IN, 830AH | 2 | - | Manufacturing raw material - In warehouse | - |
| 4000487 | PLATE, TERMINAL, POSITIVE, OUT, 580075 | 2 | 174.00 | Manufacturing raw material - In warehouse | 174.00 |
| 4000488 | PLATE, COVER, 580075 | 2 | 676.00 | Manufacturing raw material - In warehouse | 676.00 |
| 4000490 | PLATE, SUPPORT, POSITIVE TERMINAL, 580078 | 2 | 278.66 | Manufacturing raw material - In warehouse | 278.66 |
| 4000493 | PLATE, TERMINAL, POSITIVE, OUT, 580078 | 2 | 174.00 | Manufacturing raw material - In warehouse | 174.00 |
| 4000494 | PLATE, TERMINAL, POSITIVE, IN,  580078 | 2 | 174.00 | Manufacturing raw material - In warehouse | 174.00 |
| 4000496 | PLATE, SUPPORT, NEGATIVE, 580075 | 4 | 557.32 | Manufacturing raw material - In warehouse | 557.32 |
| 4000498 | PLATE, TERMINAL, NEGATIVE, 580075 | 4 | 380.00 | Manufacturing raw material - In warehouse | 380.00 |
| 4000500 | COVER, BATTERY PACK, 580075 | 2 | 2,636.00 | Manufacturing raw material - In warehouse | 2,636.00 |
| 4000503 | 2mm Thick Aluminium Sheet 24x24 | 172,799 | 3,234.51 | Manufacturing raw material - In warehouse | 3,234.51 |
| 4000503 | 2mm Thick Aluminium Sheet 24x24 | 20,736 | 249.09 | Manufacturing raw material - In warehouse | 249.09 |
| 4000503 | 2mm Thick Aluminium Sheet 24x24 | 27,649 | 517.55 | Manufacturing finished goods - Off site | 517.55 |
| 4000504 | 3mm Thick Aluminium Sheet 24x24 | 55,296 | 1,032.55 | Manufacturing raw material - In warehouse | 1,032.55 |
| 4000505 | PAD, THERMAL, ISOLATION BLOCK, 580078 | 12 | - | Manufacturing raw material - In warehouse | - |
| 4000506 | GROMMET, PLASTIC, INSULATOR, ISOLATION BLOCK | 107 | 271.78 | Manufacturing raw material - In warehouse | 271.78 |
| 4000517 | Battery Gift Box Foam, Main - LHM Indago | 3 | - | Manufacturing raw material - In warehouse | - |
| 4000518 | Battery Gift Box Foam, Bottom - LHM Indago | 3 | - | Manufacturing raw material - In warehouse | - |
| 4000519 | Battery Gift Box, Bottom - LHM Indago | 3 | - | Manufacturing raw material - In warehouse | - |
| 4000521 | COVER, BATTERY PACK, 580078 | 1 | 1,278.00 | Manufacturing raw material - In warehouse | 1,278.00 |
| 4000521 | COVER, BATTERY PACK, 580078 | 1 | 1,278.00 | Manufacturing raw material - In warehouse | 1,278.00 |
| 4000523 | P-THERM 1.5 MM 1.8 W/M K SOFT GAP FILLER MATERIAL W/ HT318 NOMEX | 28 | 5,348.32 | Manufacturing raw material - In warehouse | 5,348.32 |
| 4000524 | P-THERM 2 MM 1.8 W/M K SOFT GAP FILLER MATERIAL W/ DPB101 KEVLAR | 5 | 1,616.74 | Manufacturing raw material - In warehouse | 1,616.74 |
| 4000528 | ASSY, PCBA, WIRED, 580078 | 2 | 3,200.00 | Manufacturing raw material - In warehouse | 3,200.00 |
| 4000528 | ASSY, PCBA, WIRED, 580078 | 3 | - | Manufacturing components - at off site | - |
| 4000529 | M4 x 0.7 x 16mm Flat Head Cap Screw (100pk) | 100 | 12.78 | Manufacturing raw material - In warehouse | 12.78 |
| 4000530 | BAR, CROSS MEMBER, ISOLATOR, 150 MM | 5 | 270.00 | Manufacturing raw material - In warehouse | 270.00 |
| 4000547 | COVER, BATTERY PACK, 580068 | 2 | 804.26 | Manufacturing raw material - In warehouse | 804.26 |
| 4000589 | M3 x 0.5 Hex Nut, Style 1 (100pk) | 94 | 6.86 | Manufacturing raw material - In warehouse | 6.86 |
| 4000590 | IC MCU 16BIT 256KB FLASH 100TQFP | 1,218 | 8,437.90 | Manufacturing Electrical Components | 8,437.90 |
| 4000591 | IC MCU 8BIT 16KB FLASH 28SOIC | 3,000 | 6,141.65 | Manufacturing Electrical Components | 6,141.65 |
| 4000592 | CONN RCPT FMALE 12POS GOLD SLDR | 5 | 41.26 | Manufacturing raw material - In warehouse | 41.26 |
| 4000593 | 36V, 16+A BUCK-BOOST CONVERTER | 25 | 161.31 | Manufacturing Electrical Components | 161.31 |
| 4000594 | IC REG LINEAR POS ADJ 50MA 8MSOP | 974 | 2,652.05 | Manufacturing Electrical Components | 2,652.05 |
| 4000595 | DC DC CONVERTER 5V 1W | 465 | 1,411.93 | Manufacturing Electrical Components | 1,411.93 |
| 4000596 | SWITCHING VOLTAGE REGULATORS DUAL 60V 1A STEP DOWN | 27 | 212.80 | Manufacturing Electrical Components | 212.80 |
| 4000605 | CAN Interface IC Hi Spd CAN Transceiver | 100 | 104.00 | Manufacturing Electrical Components | 104.00 |
| 4000608 | Fixed Inductor 15uH Shld 20% 2.7A 56mOhms | 450 | 589.25 | Manufacturing Electrical Components | 589.25 |
| 4000609 | IC INVERT SCHMITT 1CH 1IN SC70 | 515 | 116.82 | Manufacturing Electrical Components | 116.82 |
| 4000610 | Power Inductor (SMD), 22 µH, 2.2 A, Shielded, 1.7 A | 250 | 172.65 | Manufacturing Electrical Components | 172.65 |
| 4000611 | CAP CER 4.7UF 100V X7R 1210 | 767 | 364.91 | Manufacturing Electrical Components | 364.91 |
| 4000612 | IC OPAMP GP 2 CIRCUIT 8MSOP | 500 | 1,982.00 | Manufacturing Electrical Components | 1,982.00 |
| 4000613 | ANALOG VOLTAGE OUTPUT SENSOR | 6,501 | 3,486.36 | Manufacturing Electrical Components | 3,486.36 |
| 4000615 | CAP CERAMIC MULTILAYER 22UF 25VDC 10% SMD EMBOSS T/R | 150 | 229.50 | Manufacturing Electrical Components | 229.50 |
| 4000616 | MOSFET 60-V, N CHANNEL, 9.9 MOHM 8-VSONP -55 TO 150 | 150 | 103.65 | Manufacturing Electrical Components | 103.65 |
| 4000617 | THICK FILM RESISTORS - SMD 1/10WATT 60.4OHMS 1% | 5,250 | 326.90 | Manufacturing Electrical Components | 326.90 |
| 4000619 | TVS DIODE 10VWM 17VC SMB | 1,009 | 262.94 | Manufacturing Electrical Components | 262.94 |
| 4000621 | SVPF 50 V 68 UF Ø10 X 12.7 MM SMT OS-CON SOLID CAPACITOR | 158 | 202.87 | Manufacturing Electrical Components | 202.87 |
| 4000624 | SHIELDED POWER INDUCTORS | 125 | 196.25 | Manufacturing Electrical Components | 196.25 |
| 4000626 | 4700 PF ±5% 16V CERAMIC CAPACITOR X7R 0603 (1608 METRIC) | 200 | 13.80 | Manufacturing Electrical Components | 13.80 |
| 4000627 | 10 µF ±20% 25V CERAMIC CAPACITOR X5R 0603 (1608 METRIC) | 400 | 1,505.66 | Manufacturing Electrical Components | 1,505.66 |

| Part | Description | Qty | Value | Category | Col6 | Col7 |
|---|---|---|---|---|---|---|
| 4000628 | FIXED IND 10UH 9A 25.5 MOHM SMD | 3,000 | 2,322.06 | Manufacturing Electrical Components | | 2,322.06 |
| 4000629 | FIXED IND 39UH 800MA 320MOHM SMD | 265 | 110.47 | Manufacturing Electrical Components | | 110.47 |
| 4000630 | CRYSTAL 8.0000MHZ 18PF SMD | 1,700 | 1,578.98 | Manufacturing Electrical Components | | 1,578.98 |
| 4000631 | HOOK-UP STRAND WIRE, 24AWG, BLACK, 500FT | 132 | 44.47 | Manufacturing raw material - In warehouse | 44.47 | |
| 4000632 | HOOK-UP STRAND WIRE, 24AWG, BLUE, 500FT | 146 | 49.40 | Manufacturing raw material - In warehouse | 49.40 | |
| 4000633 | HOOK-UP STRAND WIRE, 24AWG, RED, 500FT | 141 | 47.60 | Manufacturing raw material - In warehouse | 47.60 | |
| 4000634 | CONN PIN 24-30AWG CRIMP TIN | 193 | 23.08 | Manufacturing raw material - In warehouse | 23.08 | |
| 4000635 | CONN HOUSING MALE 3POS 0.100 | 2 | 1.02 | Manufacturing raw material - In warehouse | 1.02 | |
| 4000636 | HOOK-UP STRAND WIRE, 24AWG, GREEN, 500FT | 140 | 45.65 | Manufacturing raw material - In warehouse | 45.65 | |
| 4000637 | HOOK-UP STRAND WIRE, 24AWG, WHITE, 500FT | 142 | 38.90 | Manufacturing raw material - In warehouse | 38.90 | |
| 4000638 | HOOK-UP STRAND WIRE, 24AWG, YELLOW, 500FT | 145 | 47.36 | Manufacturing raw material - In warehouse | 47.36 | |
| 4000639 | CONN SOCKET 24-30AWG CRIMP TIN | 314 | 38.01 | Manufacturing raw material - In warehouse | 38.01 | |
| 4000640 | CONN HOUSING 3POS 0.100 W/LATCH | 3 | 1.63 | Manufacturing raw material - In warehouse | 1.63 | |
| 4000641 | CONN HOUSING MALE 4POS 0.100 | 45 | 26.22 | Manufacturing raw material - In warehouse | 26.22 | |
| 4000642 | CONN HOUSING 6POS 0.100 W/LATCH | 54 | 28.54 | Manufacturing raw material - In warehouse | 28.54 | |
| 4000643 | CONN HOUSING MALE 6POS 0.100 | 21 | 26.09 | Manufacturing raw material - In warehouse | 26.09 | |
| 4000644 | CONN HOUSING 4POS 0.100 W/LATCH | 40 | 21.31 | Manufacturing raw material - In warehouse | 21.31 | |
| 4000647 | ASSY, HARNESS, 6 PIN, 580075 | 2 | - | Manufacturing raw material - In warehouse | - | |
| 4000689 | M3 x 0.5 x 10mm Flanged Button Head Socket Cap Screw (50pk) | 50 | 10.31 | Manufacturing raw material - In warehouse | 10.31 | |
| 4000690 | PEM Nut M3 x 0.5mm, S-M3-0ZI (25pk) | 125 | 34.19 | Manufacturing raw material - In warehouse | 34.19 | |
| 4000691 | RES 0.001 OHM 1% 10W 5931 | 32 | 89.02 | Manufacturing Electrical Components | | 89.02 |
| 4000692 | Brass, M3 x 0.5 x 10mm Flat Head Socket Cap Screw (100pk) | 94 | 10.58 | Manufacturing raw material - In warehouse | 10.58 | |
| 4000693 | Brass Thin Hex Nut, M3 x 0.5 x 1.8 mm (100pk) | 82 | 7.78 | Manufacturing raw material - In warehouse | 7.78 | |
| 4000694 | M3, 3.2mm ID, 7mm OD, Copper Washer (25pk) | 38 | 19.69 | Manufacturing raw material - In warehouse | 19.69 | |
| 4000714 | 19/36 HOOK-UP STRAND WIRE, 24AWG, BLACK, 100FT/30.5M | 28 | 124.09 | Manufacturing raw material - In warehouse | 124.09 | |
| 4000715 | 19/36 HOOK-UP STRAND WIRE, 24AWG, BLUE, 100FT/30.5M | 29 | 128.11 | Manufacturing raw material - In warehouse | 128.11 | |
| 4000716 | 19/36 HOOK-UP STRAND WIRE, 24AWG, RED, 100FT/30.5M | 29 | 128.11 | Manufacturing raw material - In warehouse | 128.11 | |
| 4000717 | 19/36 HOOK-UP STRAND WIRE, 24AWG, GREEN, 100FT/30.5M | 29 | 128.11 | Manufacturing raw material - In warehouse | 128.11 | |
| 4000718 | 19/36 HOOK-UP STRAND WIRE, 24AWG, WHITE, 100FT/30.5M | 29 | 128.11 | Manufacturing raw material - In warehouse | 128.11 | |
| 4000719 | 19/36 HOOK-UP STRAND WIRE, 24AWG, YELLOW, 100FT/30.5M | 30 | 132.12 | Manufacturing raw material - In warehouse | 132.12 | |
| 4000720 | 0.046in Heat Shrink Tube for 4000714-4000719, 32.8FT/10M | 9 | 20.97 | Manufacturing raw material - In warehouse | 20.97 | |
| 4000721 | 0.063in Heat Shrink Tube for 4000631-633, 636-638, 25FT/7.6M | 9 | 24.36 | Manufacturing raw material - In warehouse | 24.36 | |
| 4000722 | ASSY, CABLE, POWER | 3 | - | Manufacturing raw material - In warehouse | - | |
| 4000724 | M3 x 0.5mm Serrated Flange Locknut (100pk) | 79 | 8.39 | Manufacturing raw material - In warehouse | 8.39 | |
| 4000725 | M4 x 0.7 x 8mm Socket Flat Head Socket Cap Screw (100pk) | 152 | 10.44 | Manufacturing raw material - In warehouse | 10.44 | |
| 4000726 | M3 x 0.5 x 16mm Socket Button Head Cap Screw (100pk) | 64 | 8.07 | Manufacturing raw material - In warehouse | 8.07 | |
| 4000727 | M4 x 0.7 x 8mm Socket Button Head Cap Screw (100pk) | 76 | 9.59 | Manufacturing raw material - In warehouse | 9.59 | |
| 4000728 | 1/4-20 Nylon-Insert Flange Locknut (100pk) | 76 | 5.03 | Manufacturing raw material - In warehouse | 5.03 | |
| 4000729 | 0.25in ID, 0.625in OD, Washer (100pk) | 76 | 3.73 | Manufacturing raw material - In warehouse | 3.73 | |
| 4000730 | CONN. 6POS. AMP MCP1.2 | 3 | 8.37 | Manufacturing raw material - In warehouse | 8.37 | |
| 4000730 | CONN. 6POS. AMP MCP1.2 | 5 | 13.96 | Manufacturing components - at off site | 13.96 | |
| 4000731 | CONN SOCKET 22-24AWG CRIMP GOLD | 18 | 18.41 | Manufacturing raw material - In warehouse | 18.41 | |
| 4000732 | CONN SEAL PROTECTOR .50-.75SQ | 48 | 24.82 | Manufacturing raw material - In warehouse | 24.82 | |
| 4000733 | Current Sensor, 300A, 12V, CAN 2.0 | 3 | 414.87 | Manufacturing Electrical Components | | 414.87 |
| 4000734 | M8 x 1.25 x 12mm Socket Button Head Cap Screw (25pk) | 19 | 6.31 | Manufacturing raw material - In warehouse | 6.31 | |
| 4000735 | M8 x 1.25mm Serrated Flange Locknut (100pk) | 94 | 9.22 | Manufacturing raw material - In warehouse | 9.22 | |
| 4000758 | HARNESS, CABLE, 6-PIN, 580075, UOFW | 1 | - | Manufacturing raw material - In warehouse | - | |
| 4000760 | ASSY, HARNESS, 6 PIN, 580078 | 2 | - | Manufacturing raw material - In warehouse | - | |
| 4000761 | ASSY, HARNESS, 6 PIN, PORT, CAN | 3 | 32.50 | Manufacturing raw material - In warehouse | 32.50 | |
| 4000762 | ASSY, HARNESS, 3 PIN, PORT, INTERLOCK | 3 | 28.98 | Manufacturing raw material - In warehouse | 28.98 | |
| 4000763 | M4 x 0.7 x 16mm Flat Head Socket Cap Screw (100pk) | 100 | 9.91 | Manufacturing raw material - In warehouse | 9.91 | |
| 4000764 | COMPRESSION LUG, COPPER, W/2 HOLES FOR 6AWG AND 1/4" SCREW | 5 | 24.66 | Manufacturing raw material - In warehouse | 24.66 | |
| 4000765 | WIRE, 600V, 6 AWG, EPDM INSULATION, RED | 10 | 62.85 | Manufacturing raw material - In warehouse | 62.85 | |
| 4000766 | HEAT SHRINK TUBING, 0.38" ID, RED 25FT/7.62M | 15 | 44.16 | Manufacturing raw material - In warehouse | 44.16 | |
| 4000767 | CONN PLUG MALE 12P GOLD SLDR CUP | 7 | 79.27 | Manufacturing raw material - In warehouse | 79.27 | |
| 4000768 | MULTI-PAIR 12COND 26AWG 100FT/30.5M | 27 | 459.87 | Manufacturing raw material - In warehouse | 459.87 | |
| 4000769 | HEAT SHRINK TUBING, 0.25" ID, BLACK 50FT/15.2M | 30 | 18.40 | Manufacturing raw material - In warehouse | 18.40 | |
| 4000770 | CONN PLUG MALE 6P GOLD SLDR CUP | 22 | 310.95 | Manufacturing raw material - In warehouse | 310.95 | |
| 4000771 | MULTI-PAIR 6COND 22AWG RED 100FT/30.5M | 55 | 1,127.92 | Manufacturing raw material - In warehouse | 1,127.92 | |
| 4000772 | CONN RCPT FMALE 3P GOLD SLDR CUP | 20 | 161.71 | Manufacturing raw material - In warehouse | 161.71 | |
| 4000773 | CAN INTERFACE, IC 5KVRMS SIGNAL ISO, BUS POWERED, CAN TXRX | 25 | 203.24 | Manufacturing Electrical Components | | 203.24 |
| 4000773 | CAN INTERFACE, IC 5KVRMS SIGNAL ISO, BUS POWERED, CAN TXRX | 3 | 24.39 | Manufacturing components - at off site | 24.39 | |
| 4000828 | IC TRANSCEIVER HALF 1/1 8SOIC | 500 | 2,024.99 | Manufacturing Electrical Components | | 2,024.99 |
| 4000833 | CONTACT FLAT FLEX SOCKET TIN | 50 | 14.53 | Manufacturing raw material - In warehouse | 14.53 | |
| 4000834 | CONN FCC RCPT HSG 5POS 2.54MM | 65 | 80.14 | Manufacturing raw material - In warehouse | 80.14 | |
| 4000835 | 1.0MM(.039) WIRE TO BOARD CRIMP | 450 | 45.00 | Manufacturing raw material - In warehouse | 45.00 | |
| 4000836 | CONN RCPT HSG 5POS 1.00MM | 40 | 19.60 | Manufacturing raw material - In warehouse | 19.60 | |
| 4000837 | 5POS 1.0MM PITCH PIN HEADER, SIL | 3,538 | 2,207.65 | Manufacturing raw material - In warehouse | 2,207.65 | |

| | | | | | |
|---|---|---|---|---|---|
| 4000838 | M4 x 0.7 x 8mm - Socket Head Cap Screw (100pk) | 50 | 18.01 | Manufacturing raw material - In warehouse | 18.01 |
| 4000839 | M4 Plain Washer (100pk) | 100 | 4.23 | Manufacturing raw material - In warehouse | 4.23 |
| 4000840 | CRYSTAL 8.0000MHZ 18PF SMD | 2,500 | 940.56 | Manufacturing Electrical Components | 940.56 |
| 4000841 | TRANS PNP 40V 25MA TO236AB | 250 | 37.96 | Manufacturing Electrical Components | 37.96 |
| 4000842 | TVS DIODE 54VWM 87.1VC SMB | 600 | 164.97 | Manufacturing Electrical Components | 164.97 |
| 4000843 | OPERATIONAL AMPLIFIER, 2 FUNC, 2 | 262 | 302.38 | Manufacturing Electrical Components | 302.38 |
| 4000844 | DIODE SCHOTTKY 35V DPAK | 4,200 | 1,247.83 | Manufacturing Electrical Components | 1,247.83 |
| 4000845 | 45 UV OFFSET, 0.4 UV/C, ZERO-DRI | 100 | 51.74 | Manufacturing Electrical Components | 51.74 |
| 4000846 | CAP0603 X5R 22UF 20% 16V | 3,988 | 953.13 | Manufacturing Electrical Components | 953.13 |
| 4000848 | DIODE GEN PURP 75V 150MA SOD323F | 6,000 | 192.00 | Manufacturing Electrical Components | 192.00 |
| 4000849 | IC REG BUCK ADJ 1A DL 24TQFN | 250 | 1,026.31 | Manufacturing Electrical Components | 1,026.31 |
| 4000850 | XTAL OSC XO 32.7680KHZ CMOS SMD | 294 | 381.19 | Manufacturing Electrical Components | 381.19 |
| 4000851 | Board Mount Temp Sensor SGL-SPLY CENTIGRADE TEMP SENSOR | 500 | 496.92 | Manufacturing Electrical Components | 496.92 |
| 4000852 | MOSFET MOSFET P-CHANNEL 200V | 27 | 48.65 | Manufacturing Electrical Components | 48.65 |
| 4000853 | DIODE ZENER 17V 500MW SOD123 | 1,500 | 90.11 | Manufacturing Electrical Components | 90.11 |
| 4000854 | Schottky Barrier Rectifier, 35 V, 8.0 A | 2,807 | 866.17 | Manufacturing Electrical Components | 866.17 |
| 4000855 | IC RTC CLK/CALENDAR I2C 8-SOIC | 500 | 1,239.80 | Manufacturing Electrical Components | 1,239.80 |
| 4000856 | IC EEPROM 256KBIT I2C 8SOIC | 500 | 425.30 | Manufacturing Electrical Components | 425.30 |
| 4000857 | PCH -60V -3.5A POWER MOSFET - RQ | 1,000 | 852.92 | Manufacturing Electrical Components | 852.92 |
| 4000858 | 1/1 Transceiver Half RS422, RS485 8-SOIC | 500 | 703.30 | Manufacturing Electrical Components | 703.30 |
| 4000859 | P-Channel 8V 6A 2.5W Surface Mount SOT-23-3 (TO-236) | 2,250 | 528.50 | Manufacturing Electrical Components | 528.50 |
| 4000860 | P-Channel 60V 7A, 18.2A 2W Surface Mount SOT-223-3 | 250 | 115.00 | Manufacturing Electrical Components | 115.00 |
| 4000861 | IC INVERT SCHMITT 1CH 1IN SOT353 | 3,000 | 1,847.50 | Manufacturing Electrical Components | 1,847.50 |
| 4000862 | MOSFET P-CH 20V 60A PPAK SO-8 | 6,000 | 7,800.00 | Manufacturing Electrical Components | 7,800.00 |
| 4000863 | 0 Ohms Jumper RESISTOR AEC -Q200 | 1,000 | 6.86 | Manufacturing Electrical Components | 6.86 |
| 4000864 | 1/1 Transceiver Half CANbus 8-SOIC | 550 | 790.00 | Manufacturing Electrical Components | 790.00 |
| 4000866 | 10.2 kOhms ±1% 0.1W, 1/10W Chip Resistor AEC-Q200 Thick Film | 250 | 2.38 | Manufacturing Electrical Components | 2.38 |
| 4000867 | 100 Ohms RESISTOR AEC -Q200 | 2,000 | 16.78 | Manufacturing Electrical Components | 16.78 |
| 4000868 | 20V PCH+PCH MIDDLE POWER MOSFET, | 250 | 155.89 | Manufacturing Electrical Components | 155.89 |
| 4000869 | ANALOG VOLTAGE OUTPUT SENSOR, 0. | 838 | 301.78 | Manufacturing Electrical Components | 301.78 |
| 4000870 | BATTERY LITHIUM 3V COIN 16MM | 497 | 396.24 | Manufacturing raw material - In warehouse | 396.24 |
| 4000871 | C1 MOhms ±0.1% 0.1W, 1/10W Chip Resistor Thin Film | 2,500 | 287.84 | Manufacturing Electrical Components | 287.84 |
| 4000872 | CAP CER 0.012UF 25V X7R 0603 | 1,500 | 99.80 | Manufacturing Electrical Components | 99.80 |
| 4000873 | CAP CER 0.1UF 16V X7R 0603 | 25,500 | 1,149.38 | Manufacturing Electrical Components | 1,149.38 |
| 4000874 | CAP CER 0603 18PF 10V ULTRA STAB | 5,000 | 223.87 | Manufacturing Electrical Components | 223.87 |
| 4000875 | CAP CER 0603 220PF 10V ULTRA STA | 2,000 | 28.19 | Manufacturing Electrical Components | 28.19 |
| 4000876 | CAP CER 10000PF 50V X7R 0603 | 500 | 13.18 | Manufacturing Electrical Components | 13.18 |
| 4000877 | CAP CER 1000PF 4KV X7R 2220 | 250 | 530.91 | Manufacturing Electrical Components | 530.91 |
| 4000878 | CAP CER 10UF 16V X6S 0603 | 1,000 | 1,900.00 | Manufacturing Electrical Components | 1,900.00 |
| 4000880 | CAP CER 10UF 50V X7R 1210 | 6,000 | 3,560.00 | Manufacturing Electrical Components | 3,560.00 |
| 4000881 | CAP CER 13PF 50V NP0 0603 | 500 | 91.16 | Manufacturing Electrical Components | 91.16 |
| 4000882 | CAP CER 1UF 6.3V X7R 0603 | 2,250 | 210.43 | Manufacturing Electrical Components | 210.43 |
| 4000883 | CAP CER 2.2UF 50V X5R 0603 | 250 | 36.00 | Manufacturing Electrical Components | 36.00 |
| 4000884 | CAP CER 22UF 16V X5R 0603 | 2,000 | 399.05 | Manufacturing Electrical Components | 399.05 |
| 4000885 | CAP CER 4.7UF 10V X5R 0603 | 500 | 24.00 | Manufacturing Electrical Components | 24.00 |
| 4000886 | CAP CER 47UF 25V X5R 1206 | 1,750 | 908.01 | Manufacturing Electrical Components | 908.01 |
| 4000887 | CAP CER 47UF 4V X5R 0603 | 1,750 | 985.78 | Manufacturing Electrical Components | 985.78 |
| 4000888 | CAP CER 82PF 50V C0G 0603 | 500 | 21.64 | Manufacturing Electrical Components | 21.64 |
| 4000889 | CMC 2MH 600MA 2LN 3KOHM SMD | 500 | 453.22 | Manufacturing Electrical Components | 453.22 |
| 4000890 | CONN HEADER VERT 1POS | 1,250 | 68.83 | Manufacturing raw material - In warehouse | 68.83 |
| 4000891 | CONN HEADER VERT 2POS 2.54MM | 500 | 35.01 | Manufacturing raw material - In warehouse | 35.01 |
| 4000892 | CONN HEADER VERT 4POS 2.54MM | 5,000 | 471.60 | Manufacturing raw material - In warehouse | 471.60 |
| 4000893 | CONN HEADER VERT 6POS 2.54MM | 250 | 44.76 | Manufacturing raw material - In warehouse | 44.76 |
| 4000894 | CONN MICRO SD CARD HINGED TYPE | 500 | 504.57 | Manufacturing Electrical Components | 504.57 |
| 4000895 | CRGCQ 0603 120R 1% | 750 | 11.28 | Manufacturing Electrical Components | 11.28 |
| 4000896 | DIODE ZENER 5.9V 250MW TO236AB | 2,000 | 204.05 | Manufacturing Electrical Components | 204.05 |
| 4000897 | DIODE ZENER 5V 250MW TO236AB | 3,600 | 407.23 | Manufacturing Electrical Components | 407.23 |
| 4000899 | FIXED IND 6.8UH 400MA 400MOHM SM | 250 | 24.75 | Manufacturing Electrical Components | 24.75 |
| 4000900 | FUSE BOARD MNT 2A 63VAC/VDC 1206 | 250 | 130.00 | Manufacturing Electrical Components | 130.00 |
| 4000901 | FUSE BOARD MNT 5A 32VAC/VDC 0603 | 250 | 181.71 | Manufacturing Electrical Components | 181.71 |
| 4000902 | IC COMP PSH-PLL 1.6V SGL SOT23-5 | 3,000 | 960.69 | Manufacturing Electrical Components | 960.69 |
| 4000903 | IC GATE XOR 1CH 2-INP SOT23-5 | 3,000 | 214.99 | Manufacturing Electrical Components | 214.99 |
| 4000904 | IC INVERT SCHMITT 1CH 1IN SC70 | 2,524 | 260.40 | Manufacturing Electrical Components | 260.40 |
| 4000905 | IC OPAMP GP 1 CIRCUIT TSOT5 | 350 | 1,440.00 | Manufacturing Electrical Components | 1,440.00 |
| 4000907 | IC REG LINEAR 2.5V 150MA SOT23-5 | 3,000 | 1,168.76 | Manufacturing Electrical Components | 1,168.76 |
| 4000909 | IC SNGL CMOS COMP R-R/P-P SC70-6 | 250 | 278.15 | Manufacturing Electrical Components | 278.15 |
| 4000910 | IC TRNSLTR BIDIRECTIONAL SOT23-6 | 6,000 | 1,556.89 | Manufacturing Electrical Components | 1,556.89 |
| 4000911 | IC VREF SERIES 0.1% 8SOIC | 3,003 | 8,327.04 | Manufacturing Electrical Components | 8,327.04 |

| | | | | | |
|---|---|---|---|---|---|
| 4000912 | IC VREF SERIES 1% SOT23-3 | 1,500 | 1,867.37 | Manufacturing Electrical Components | 1,867.37 |
| 4000913 | LED GREEN CLEAR SMD | 11,000 | 640.37 | Manufacturing Electrical Components | 640.37 |
| 4000914 | MOSFET N-CH 20V 9.5A 6MICROFET | 3,001 | 1,955.58 | Manufacturing Electrical Components | 1,955.58 |
| 4000915 | MOSFET N-CH 30V 2.3A ES6 | 4,000 | 682.64 | Manufacturing Electrical Components | 682.64 |
| 4000916 | MOSFET N-CH 60V 380MA SOT23 | 500 | 100.00 | Manufacturing Electrical Components | 100.00 |
| 4000917 | MOSFET P-CH 20V 10A 6UDFNB | 3,000 | 482.72 | Manufacturing Electrical Components | 482.72 |
| 4000918 | MOSFET P-CH 30V 3.6A ES6 | 4,004 | 498.07 | Manufacturing Electrical Components | 498.07 |
| 4000919 | OPTOISOLATOR 3.75KV TRANS 4-SSOP | 6,000 | 3,084.00 | Manufacturing Electrical Components | 3,084.00 |
| 4000920 | PC TEST POINT MULTIPURPOSE RED | 2,500 | 502.07 | Manufacturing Electrical Components | 502.07 |
| 4000921 | PTC RESET FUSE 13.2V 750MA 1206 | 2,000 | 458.19 | Manufacturing Electrical Components | 458.19 |
| 4000922 | PTC RESET FUSE 8V 750MA 1206 | 2,250 | 524.61 | Manufacturing Electrical Components | 524.61 |
| 4000923 | RES 0 OHM JUMPER 1W 2512 | 3,250 | 134.42 | Manufacturing Electrical Components | 134.42 |
| 4000924 | RES 0.001 OHM 1% 1W 1206 | 500 | 119.08 | Manufacturing Electrical Components | 119.08 |
| 4000925 | RES 100 KOHM 1% 1/10W 0603 | 32,150 | 482.72 | Manufacturing Electrical Components | 482.72 |
| 4000926 | RES 10K OHM 1% 1/8W 0603 | 250 | 6.24 | Manufacturing Electrical Components | 6.24 |
| 4000927 | RES 16.9K OHM 1% 1/10W 0603 | 250 | 2.42 | Manufacturing Electrical Components | 2.42 |
| 4000928 | RES 1K OHM 1% 1/10W 0603 | 11,250 | 27.45 | Manufacturing Electrical Components | 27.45 |
| 4000929 | RES 20 OHM 1% 1/8W 0603 | 4,500 | 79.54 | Manufacturing Electrical Components | 79.54 |
| 4000930 | RES 20K OHM 1% 1/10W 0603 | 250 | 1.74 | Manufacturing Electrical Components | 1.74 |
| 4000931 | RES 3.32M OHM 1% 1/10W 0603 | 500 | 4.83 | Manufacturing Electrical Components | 4.83 |
| 4000932 | RES 4.7K OHM 1% 1/10W 0603 | 4,750 | 20.41 | Manufacturing Electrical Components | 20.41 |
| 4000933 | RES 6.98K OHM 0.1% 1/8W 0603 | 250 | 54.64 | Manufacturing Electrical Components | 54.64 |
| 4000934 | RES 787K OHM 1% 1/10W 0603 | 500 | 3.48 | Manufacturing Electrical Components | 3.48 |
| 4000935 | RES 82.5K OHM 1% 1/10W 0603 | 250 | 2.42 | Manufacturing Electrical Components | 2.42 |
| 4000936 | RES SMD 0 OHM JUMPER 1/10W 0603 | 1,000 | 5.10 | Manufacturing Electrical Components | 5.10 |
| 4000937 | RES SMD 10K OHM 1% 1/4W 0603 | 37,500 | 690.20 | Manufacturing Electrical Components | 690.20 |
| 4000938 | RES SMD 150 OHM 1% 1/10W 0603 | 750 | 17.15 | Manufacturing Electrical Components | 17.15 |
| 4000939 | RES SMD 16K OHM 0.1% 1/5W 0603 | 250 | 14.40 | Manufacturing Electrical Components | 14.40 |
| 4000940 | RES SMD 17.8K OHM 1% 1/10W 0603 | 250 | 2.47 | Manufacturing Electrical Components | 2.47 |
| 4000941 | RES SMD 1G OHM 10% 1/10W 0603 | 250 | 1,311.04 | Manufacturing Electrical Components | 1,311.04 |
| 4000942 | RES SMD 200 OHM 1% 1/4W 0603 | 4,000 | 117.84 | Manufacturing Electrical Components | 117.84 |
| 4000943 | RES SMD 270 OHM 1% 1/4W 0603 | 2,000 | 44.34 | Manufacturing Electrical Components | 44.34 |
| 4000944 | RES SMD 330 OHM 1% 1/10W 0603 | 500 | 6.21 | Manufacturing Electrical Components | 6.21 |
| 4000945 | RES SMD 330 OHM 1% 1/4W 0603 | 2,750 | 85.60 | Manufacturing Electrical Components | 85.60 |
| 4000946 | RES SMD 34K OHM 0.1% 1/10W 0603 | 5,000 | 195.00 | Manufacturing Electrical Components | 195.00 |
| 4000947 | RES SMD 499 OHM 1% 1/3W 0603 | 2,250 | 56.25 | Manufacturing Electrical Components | 56.25 |
| 4000948 | RES SMD 500 OHM 0.05% 1/10W 0603 | 1,751 | 4,022.82 | Manufacturing Electrical Components | 4,022.82 |
| 4000949 | RES SMD 54.9K OHM 1% 1/10W 0603 | 250 | 2.47 | Manufacturing Electrical Components | 2.47 |
| 4000950 | RES SMD 560 OHM 1% 1/10W 0603 | 500 | 9.16 | Manufacturing Electrical Components | 9.16 |
| 4000951 | RES SMD 59K OHM 1% 1/10W 0603 | 5,000 | 23.00 | Manufacturing Electrical Components | 23.00 |
| 4000952 | RES SMD 60.4 OHM 1% 1/10W 0603 | 500 | 7.58 | Manufacturing Electrical Components | 7.58 |
| 4000953 | RES SMD 69.8KOHM 0.1% 1/10W 0603 | 2,000 | 217.20 | Manufacturing Electrical Components | 217.20 |
| 4000954 | RES SMD 71.5K OHM 1% 1/10W 0603 | 2,000 | 1,196.51 | Manufacturing Electrical Components | 1,196.51 |
| 4000955 | TRANS NPN 40V 200MA SOT223-3 | 255 | 473.65 | Manufacturing Electrical Components | 473.65 |
| 4000956 | TRANS PNP 45V 100MA TO236AB | 250 | 24.87 | Manufacturing Electrical Components | 24.87 |
| 4000957 | 1/1 Transceiver Half CANbus 8-SOIC | 250 | 2,207.50 | Manufacturing Electrical Components | 2,207.50 |
| 4000959 | CONN HEADER VERT 3POS 2.54MM | 250 | 18.01 | Manufacturing raw material - In warehouse | 18.01 |
| 4000961 | Thick Film Resistors - SMD 1/10watt 100ohms 1% | 20 | 0.84 | Manufacturing Electrical Components | 0.84 |
| 4000962 | Thick Film Resistors - SMD 1/10watts 57.6Kohms | 20 | 0.44 | Manufacturing Electrical Components | 0.44 |
| 4000963 | 0.1µF ±5% 16V Ceramic Capacitor X7R 0603 (1608 Metric) | 28,000 | 644.00 | Manufacturing Electrical Components | 644.00 |
| 4000964 | Chip Capacitor, 1 uF, +/- 10%, 25 V, 1206 (3216 Metric) | 3,000 | 159.00 | Manufacturing Electrical Components | 159.00 |
| 4000965 | PTC Resettable Fuse, 13.2V, 750mA, -40 to 85 degC, 2-Pin SMD | 1,000 | 219.06 | Manufacturing Electrical Components | 219.06 |
| 4000966 | PTC Resettable Fuse 6V 2A Ih Surface Mount 1206, Concave | 250 | 91.61 | Manufacturing Electrical Components | 91.61 |
| 4000974 | RES 1K OHM 1% 1/10W 0603 | 8,500 | 53.93 | Manufacturing Electrical Components | 53.93 |
| 4000975 | RES 4.7K OHM 1% 1/10W 0603 | 5,250 | 61.51 | Manufacturing Electrical Components | 61.51 |
| 4000976 | RES SMD 100K OHM 1% 1/10W 0603 | 29,000 | 170.25 | Manufacturing Electrical Components | 170.25 |
| 4000977 | CMC 500MA 2LN 3KOHM SMD | 250 | 610.00 | Manufacturing Electrical Components | 610.00 |
| 4000978 | FUSE BOARD MOUNT 1A 32VDC 0603 | 500 | 80.43 | Manufacturing Electrical Components | 80.43 |
| 4000979 | MOSFET N-CH 25V 680MA SOT23 | 8,000 | 1,670.35 | Manufacturing Electrical Components | 1,670.35 |
| 4000980 | MOSFET P-CH 25V 460MA SOT23 | 2,000 | 1,100.00 | Manufacturing Electrical Components | 1,100.00 |
| 4000981 | OPTOISO 3.75KV TRANSISTOR 4SMD | 3,000 | 643.30 | Manufacturing Electrical Components | 643.30 |
| 4000985 | DGTL ISO 3000VRMS 2CH GP 8SOIC | 250 | 678.63 | Manufacturing Electrical Components | 678.63 |
| 4000986 | SM COIN CELL CLIP | 500 | 213.73 | Manufacturing Electrical Components | 213.73 |
| 4000987 | MOSFET Small-Signal MOSFET | 1,000 | 78.99 | Manufacturing Electrical Components | 78.99 |
| 4000988 | CAP CER 1UF 50V X5R 0603 | 4,500 | 231.71 | Manufacturing Electrical Components | 231.71 |
| 4000989 | MOSFET P-CH 60V 2A T5MT6 | 530 | 708.52 | Manufacturing Electrical Components | 708.52 |
| 4000990 | CAP CER SMD 0603 1000PF 10% X7R | 4,000 | 91.94 | Manufacturing Electrical Components | 91.94 |
| 4000991 | MOSFET P-CH 20V 150MA SOT1123 | 2,000 | 219.76 | Manufacturing Electrical Components | 219.76 |

| | | | | | |
|---|---|---|---:|---|---:|
| 4000992 | RES SMD 1M OHM 0.1% 1/10W 0603 | 2,750 | 166.93 | Manufacturing Electrical Components | 166.93 |
| 4000993 | CAP CER 10000PF 50V X7R 0603 | 500 | 17.42 | Manufacturing Electrical Components | 17.42 |
| 4000994 | CAP CER 16V X7R 0603 | 250 | 10.74 | Manufacturing Electrical Components | 10.74 |
| 4000995 | RES SMD 34K OHM 0.1% 1/10W 0603 | 2,000 | 92.13 | Manufacturing Electrical Components | 92.13 |
| 4000996 | TVS DIODE 36VWM 58.1VC DO214AA | 500 | 75.77 | Manufacturing Electrical Components | 75.77 |
| 4000997 | RES SMD 500 OHM 0.05% 0.15W 0603 | 1,750 | 4,570.45 | Manufacturing Electrical Components | 4,570.45 |
| 4000998 | CAP CER 2.2UF 16V X7R 0603 | 250 | 30.56 | Manufacturing Electrical Components | 30.56 |
| 4000999 | CAP CER 4.7UF 10V X5R 0603 | 250 | 17.29 | Manufacturing Electrical Components | 17.29 |
| 4001001 | FIXED IND 33UH 1.4A 188 MOHM SMD | 250 | 95.24 | Manufacturing raw material - In warehouse | 95.24 |
| 4001002 | CAP TANT 10UF 10% 16V 1206 | 250 | 37.51 | Manufacturing raw material - In warehouse | 37.51 |
| 4001003 | CAP CER 10UF 16V X7R 1206 | 250 | 375.24 | Manufacturing Electrical Components | 375.24 |
| 4001004 | PTC RESET FUSE 13.2V 750MA 1812 | 250 | 54.56 | Manufacturing Electrical Components | 54.56 |
| 4001005 | CONN HEADER VERT 5POS 2.54MM | 500 | 69.61 | Manufacturing Electrical Components | 69.61 |
| 4001006 | RES 1K OHM 1% 1/8W 0603 | 1,000 | 67.71 | Manufacturing Electrical Components | 67.71 |
| 4001007 | MOSFET N-CH 60V 1.2A SOT23-3 | 500 | 360.00 | Manufacturing raw material - In warehouse | 360.00 |
| 4001008 | Multilayer Ceramic Capacitors MLCC - SMD/SMT | 20 | 12.42 | Manufacturing raw material - In warehouse | 12.42 |
| 4001009 | Thick Film Resistors - SMD 21 kOhms 100mW 0603 1% | 20 | 0.36 | Manufacturing raw material - In warehouse | 0.36 |
| 4001010 | Thick Film Resistors - SMD 0603 Anti-Surge Res 0.5%, 57.6Koh | 20 | 2.16 | Manufacturing raw material - In warehouse | 2.16 |
| 4001011 | MOSFET N-CH 60V 5.6A PPAK 1212-8 | 20 | 45.67 | Manufacturing raw material - In warehouse | 45.67 |
| 4001012 | IC REG LINEAR 3.3V 200MA SOT23-5 | 531 | 257.57 | Manufacturing Electrical Components | 257.57 |
| 4001013 | IC PWR SWITCH N-CHAN 1:1 8SOIC | 250 | 405.66 | Manufacturing Electrical Components | 405.66 |
| 4001014 | IC REG BUCK ADJ 2.3A 36QFN | 750 | 11,370.21 | Manufacturing Electrical Components | 11,370.21 |
| 4001015 | MOSFET P-CH 150V 44A TO263 | 250 | 1,202.63 | Manufacturing Electrical Components | 1,202.63 |
| 4001016 | MOSFET P-CH 30V 12.6A 8SOIC | 3,750 | 623.84 | Manufacturing Electrical Components | 623.84 |
| 4001017 | DC DC CONVERTER 24V 240W | 16 | 2,491.49 | Manufacturing Electrical Components | 2,491.49 |
| 4001018 | MOSFET NFET D2PAK 100V 40A 30MO | 1,252 | 1,516.19 | Manufacturing Electrical Components | 1,516.19 |
| 4001019 | CAP CER 0.1UF 100V X7R 0603 | 1,000 | 77.71 | Manufacturing Electrical Components | 77.71 |
| 4001020 | CAP CER 1UF 16V X7R 0603 | 5,000 | 199.65 | Manufacturing Electrical Components | 199.65 |
| 4001021 | CAP CER 22UF 16V X7S 1206 | 500 | 239.98 | Manufacturing Electrical Components | 239.98 |
| 4001022 | CAP CER 0.1UF 16V X7S 0201 | 1,000 | 14.07 | Manufacturing Electrical Components | 14.07 |
| 4001023 | CAP CER 4.7UF 100V X7S 1210 | 500 | 435.63 | Manufacturing Electrical Components | 435.63 |
| 4001024 | CAP ALUM POLY 82UF 20% 35V SMD | 308 | 346.96 | Manufacturing Electrical Components | 346.96 |
| 4001025 | CAP CER 0.1UF 6.3V X5R 0201 | 500 | 17.93 | Manufacturing Electrical Components | 17.93 |
| 4001026 | CAP CER 10UF 25V X7R 1206 | 250 | 115.30 | Manufacturing Electrical Components | 115.30 |
| 4001027 | CAP CER 1000PF 2KV X7R 1206 | 250 | 25.55 | Manufacturing Electrical Components | 25.55 |
| 4001028 | CAP CER 4.7UF 10V X5R 0603 | 250 | 18.43 | Manufacturing Electrical Components | 18.43 |
| 4001029 | CAP CER 1UF 6.3V X7R 0603 | 500 | 40.79 | Manufacturing Electrical Components | 40.79 |
| 4001030 | CAP CER 10UF 16V X7R 1206 | 250 | 379.18 | Manufacturing Electrical Components | 379.18 |
| 4001031 | CAP ALUM 100UF 20% 200V SMD | 1,250 | 3,403.52 | Manufacturing Electrical Components | 3,403.52 |
| 4001032 | CAP CER 1UF 250V X7T 1812 | 1,750 | 983.74 | Manufacturing Electrical Components | 983.74 |
| 4001033 | CAP CER 2UF 500V 4SMD | 250 | 2,825.74 | Manufacturing Electrical Components | 2,825.74 |
| 4001034 | CAP ALUM 1000UF 20% 35V SMD | 250 | 459.78 | Manufacturing Electrical Components | 459.78 |
| 4001035 | CAP CER 1UF 35V X7R 0603 | 500 | 52.90 | Manufacturing Electrical Components | 52.90 |
| 4001036 | CAP ALUM 0.1UF 20% 50V SMD | 250 | 83.18 | Manufacturing Electrical Components | 83.18 |
| 4001037 | CAP CER 4.7UF 100V X7R 2220 | 271 | 255.26 | Manufacturing Electrical Components | 255.26 |
| 4001038 | CAP CER 47UF 25V X7R SMD | 250 | 731.23 | Manufacturing Electrical Components | 731.23 |
| 4001039 | DIODE ZENER 16V 500MW SOD123 | 670 | 46.03 | Manufacturing Electrical Components | 46.03 |
| 4001040 | DIODE ZENER 12V 500MW SOD123 | 250 | 26.93 | Manufacturing Electrical Components | 26.93 |
| 4001041 | TVS DIODE 85VWM 137VC DO214AB | 250 | 112.19 | Manufacturing Electrical Components | 112.19 |
| 4001042 | FUSE BRD MNT 10A 125VAC/VDC SMD | 1,250 | 1,428.01 | Manufacturing Electrical Components | 1,428.01 |
| 4001043 | FUSE BOARD MOUNT 10A 32VDC 1206 | 250 | 173.30 | Manufacturing Electrical Components | 173.30 |
| 4001044 | Heat Sinks BOM ASSY 3623 DUAL HEATSINK 11 | 90 | 2,995.26 | Manufacturing Electrical Components | 2,995.26 |
| 4001045 | Fixed Inductors 15uH Shld 20% 6A 43.75mOhms AECQ2 | 250 | 1,212.50 | Manufacturing Electrical Components | 1,212.50 |
| 4001046 | FIXED IND 12UH 3.91A 27 MOHM SMD | 250 | 490.92 | Manufacturing Electrical Components | 490.92 |
| 4001047 | FIXED IND 1UH 18.2A 4.63MOHM SMD | 250 | 231.54 | Manufacturing Electrical Components | 231.54 |
| 4001048 | FIXED IND 1UH 25A 2.5 MOHM SMD | 250 | 237.32 | Manufacturing Electrical Components | 237.32 |
| 4001049 | FIXED IND 47UH 6.8A 33.5MOHM SMD | 250 | 1,181.68 | Manufacturing Electrical Components | 1,181.68 |
| 4001050 | RES SMD 150K OHM 0.1% 1/10W 0603 | 250 | 30.18 | Manufacturing Electrical Components | 30.18 |
| 4001051 | RES SMD 95.3KOHM 0.1% 1/10W 0603 | 250 | 27.37 | Manufacturing Electrical Components | 27.37 |
| 4001052 | RES SMD 249K OHM 1% 1/10W 0603 | 250 | 11.82 | Manufacturing Electrical Components | 11.82 |
| 4001053 | RES SMD 8.87K OHM 1% 1/10W 0603 | 250 | 7.64 | Manufacturing Electrical Components | 7.64 |
| 4001054 | RES SMD 17.8KOHM 0.5% 1/10W 0603 | 250 | 16.68 | Manufacturing Electrical Components | 16.68 |
| 4001055 | RES SMD 75K OHM 1% 1/20W 0201 | 750 | 21.50 | Manufacturing Electrical Components | 21.50 |
| 4001056 | RES 0 OHM JUMPER 1/10W 0603 | 2,500 | 15.74 | Manufacturing Electrical Components | 15.74 |
| 4001057 | RES SMD 20 OHM 1% 1/8W 0603 | 500 | 26.19 | Manufacturing Electrical Components | 26.19 |
| 4001058 | RES SMD 10K OHM 0.1% 1/10W 0603 | 1,000 | 368.00 | Manufacturing Electrical Components | 368.00 |
| 4001059 | RES 1 KOHM 0.1% 1/16W 0603 | 250 | 48.32 | Manufacturing Electrical Components | 48.32 |
| 4001060 | RES SMD 150 OHM 1% 1/10W 0603 | 250 | 22.50 | Manufacturing Electrical Components | 22.50 |

| Item | Description | Qty | Value | Category | Val A | Val B | Val C |
|---|---|---|---|---|---|---|---|
| 4001061 | RES SMD 360K OHM 1% 1/10W 0603 | 1,500 | 17.59 | Manufacturing Electrical Components | | | 17.59 |
| 4001062 | RES SMD 680K OHM 1% 1/20W 0201 | 1,750 | 24.59 | Manufacturing Electrical Components | | | 24.59 |
| 4001063 | RES SMD 30K OHM 0.1% 1/10W 0603 | 1,750 | 97.48 | Manufacturing Electrical Components | | | 97.48 |
| 4001064 | RES 33K OHM 1% 1/10W 0603 | 1,250 | 8.15 | Manufacturing Electrical Components | | | 8.15 |
| 4001065 | RES SMD 43K OHM 5% 1/10W 0603 | 250 | 2.92 | Manufacturing Electrical Components | | | 2.92 |
| 4001066 | RES 150K OHM 1% 1/10W 0603 | 250 | 2.97 | Manufacturing Electrical Components | | | 2.97 |
| 4001067 | RES SMD 39K OHM 5% 1/10W 0603 | 250 | 3.94 | Manufacturing Electrical Components | | | 3.94 |
| 4001068 | RES 806K OHM 1% 1/10W 0603 | 250 | 2.97 | Manufacturing Electrical Components | | | 2.97 |
| 4001069 | RES 100 OHM 1% 1/10W 0603 | 5,500 | 43.11 | Manufacturing Electrical Components | | | 43.11 |
| 4001070 | RES SMD 1 OHM 1% 1/10W 0603 | 500 | 35.50 | Manufacturing Electrical Components | | | 35.50 |
| 4001071 | IC REG BUCK ADJ 2.3A 36QFN | 750 | 8,962.50 | Manufacturing Electrical Components | | | 8,962.50 |
| 4001072 | TRANS NPN 40V 25MA TO236AB | 4,500 | 595.55 | Manufacturing Electrical Components | | | 595.55 |
| 4001073 | IC TRANSCEIVER FULL 1/1 10UMAX | 250 | 957.92 | Manufacturing Electrical Components | | | 957.92 |
| 4001074 | SENSOR ANALOG -40C-125C SOT23-3 | 250 | 293.00 | Manufacturing Electrical Components | | | 293.00 |
| 4001075 | IC OR CTRLR N+1 8MSOP | 1,250 | 4,003.95 | Manufacturing Electrical Components | | | 4,003.95 |
| 4001076 | CRYSTAL 32.7680KHZ 12.5PF SMD | 250 | 126.49 | Manufacturing Electrical Components | | | 126.49 |
| 4001077 | CAP CER 100UF 16V X5R 1210 | 500 | 900.00 | Manufacturing Electrical Components | | | 900.00 |
| 4001078 | FIXED IND 18UH 7.5A 22 MOHM SMD | 250 | 687.29 | Manufacturing Electrical Components | | | 687.29 |
| 4001079 | RES SMD 2.2K OHM 5% 1/10W 0603 | 3,750 | 54.47 | Manufacturing Electrical Components | | | 54.47 |
| 4001080 | RES 27K OHM 1% 1/10W 0603 | 1,500 | 17.26 | Manufacturing Electrical Components | | | 17.26 |
| 4001081 | DIODE GEN PURP 400V 275A HALFPAK | 20 | 598.04 | Manufacturing Electrical Components | | | 598.04 |
| 4001082 | RES CHAS MNT 127 OHM 5% 200W | 10 | 388.61 | Manufacturing Electrical Components | | | 388.61 |
| 4001083 | CAP CER 0.1UF 16V X7R 0603 | 750 | 29.72 | Manufacturing Electrical Components | | | 29.72 |
| 4001084 | RJ45 SOCKET INSERT, TYPE: RJ45 | 250 | 811.96 | Manufacturing raw material - In warehouse | | 811.96 | |
| 4001085 | CONN D-SUB RCPT 9POS R/A SLDR | 250 | 160.13 | Manufacturing raw material - In warehouse | | 160.13 | |
| 4001086 | Current Sensor, 500A, 12V, CAN 1.0 | 2 | 287.64 | Manufacturing raw material - In warehouse | | | 287.64 |
| 4001086 | Current Sensor, 500A, 12V, CAN 1.0 | 5 | 719.10 | Manufacturing components - at off site | 719.10 | | |
| 4001087 | CONN HEADER R/A 5POS 2.54MM | 30 | 60.04 | Manufacturing raw material - In warehouse | | 60.04 | |
| 4001088 | Transistor Output Optocouplers CTR 130-260% 1mA | 250 | 138.65 | Manufacturing Electrical Components | | | 138.65 |
| 4001089 | CONN HEADER SMD R/A 4POS 2.54MM | 4,750 | 10,031.72 | Manufacturing raw material - In warehouse | | 10,031.72 | |
| 4001090 | CONN HEADER SMD R/A 2POS 2.54MM | 253 | 553.48 | Manufacturing raw material - In warehouse | | 553.48 | |
| 4001091 | CONN HEADER SMD R/A 5POS 2.54MM | 256 | 629.76 | Manufacturing raw material - In warehouse | | 629.76 | |
| 4001092 | CONN HEADER SMD R/A 10POS 2.54MM | 250 | 1,558.05 | Manufacturing raw material - In warehouse | | 1,558.05 | |
| 4001100 | CONN PIN 22-24AWG CRIMP GOLD | 250 | 37.34 | Manufacturing raw material - In warehouse | | 37.34 | |
| 4001101 | CONN SOCKET 22-24AWG CRIMP GOLD | 250 | 28.64 | Manufacturing raw material - In warehouse | | 28.64 | |
| 4001102 | CONTACT FLAT FLEX SOCKET GOLD | 250 | 44.04 | Manufacturing raw material - In warehouse | | 44.04 | |
| 4001103 | CONN HOUSING 2POS .100 W/LATCH | 2 | 0.79 | Manufacturing raw material - In warehouse | | 0.79 | |
| 4001104 | CONN HOUSING 5POS .100 W/LATCH | 10 | 3.54 | Manufacturing raw material - In warehouse | | 3.54 | |
| 4001105 | CONN HOUSING 10POS .100 W/LATCH | 4 | 2.59 | Manufacturing raw material - In warehouse | | 2.59 | |
| 4001106 | CONN HOUSING MALE 2POS .100 | 4 | 1.23 | Manufacturing raw material - In warehouse | | 1.23 | |
| 4001107 | CONN HOUSING MALE 5POS .100 | 10 | 7.67 | Manufacturing raw material - In warehouse | | 7.67 | |
| 4001108 | CONN HOUSING MALE 10POS .100 | 4 | 5.71 | Manufacturing raw material - In warehouse | | 5.71 | |
| 4001109 | E-STOP PUSHBUTTON, 1NC+1NO, NON | 1 | 34.09 | Manufacturing Electrical Components | | | 34.09 |
| 4001110 | RES 120 OHM 5% 1/4W AXIAL | 10 | 0.52 | Manufacturing Electrical Components | | | 0.52 |
| 4001111 | RES 560 OHM 5% 1/4W AXIAL | 25 | 1.08 | Manufacturing Electrical Components | | | 1.08 |
| 4001112 | RELAY CONTACTOR SPST 500A 12V | 15 | 2,442.89 | Manufacturing Electrical Components | | | 2,442.89 |
| 4001113 | SWITCH PB SPST-NO 0.125A 125V | 1 | 5.03 | Manufacturing Electrical Components | | | 5.03 |
| 4001138 | FULL PUSH-PIN BL 0.125" (100pk) | 1 | 47.41 | Manufacturing raw material - In warehouse | | | 47.41 |
| 4001180 | 5-40 x 0.5 in Socket Button Head Screw (50pk) | 50 | 20.51 | Manufacturing raw material - In warehouse | | | 20.51 |
| 4001181 | 10-32 x 0.75in Zinc-Plated Grade 5 Steel Flanged Hex Head Screw (50pk) | 100 | 23.26 | Manufacturing raw material - In warehouse | | | 23.26 |
| 4001182 | 10-32 x 0.5in Zinc-Plated Grade 5 Steel Flanged Hex Head Screw (50pk) | 100 | 20.64 | Manufacturing raw material - In warehouse | | | 20.64 |
| 4001183 | 10-32 x 0.375in Slotted Drive Hex Screw, Thread Cutting for Metal (50pk) | 50 | 13.62 | Manufacturing raw material - In warehouse | | | 13.62 |
| 4001184 | M4 x 0.7 x 16mm Zinc Plated Socket Cap Head Screw (100pk) | 100 | 10.80 | Manufacturing raw material - In warehouse | | | 10.80 |
| 4001185 | 6-32 x 0.375in Steel Pan Head Screw w/ Internal Tooth Lock Washer (100pk) | 100 | 9.09 | Manufacturing raw material - In warehouse | | | 9.09 |
| 4001186 | 8-32 x 0.25in Hex Drive Screw, Thread Cutting for Metal (100pk) | 100 | 16.92 | Manufacturing raw material - In warehouse | | | 16.92 |
| 4001187 | 0.375 OD x 0.5in Glazed L5 Ceramic Female Threaded Standoff for 6-32 Screw | 40 | 157.73 | Manufacturing raw material - In warehouse | | | 157.73 |
| 4001188 | 6-32 x 0.1875in Steel Pan Head Screw w/ Internal Tooth Lock Washer (100pk) | 100 | 10.22 | Manufacturing raw material - In warehouse | | | 10.22 |
| 4001189 | 0.25in, 0.256 ID, 0.51 OD External Tooth Lock Washer (100pk) | 100 | 5.85 | Manufacturing raw material - In warehouse | | | 5.85 |
| 4001190 | 10-32 Black Zinc Locknut w External Tooth Lock Washer (100pk) | 200 | 21.20 | Manufacturing raw material - In warehouse | | | 21.20 |
| 4001197 | CONN HEADER SMD 5POS 2.54MM | 5 | 19.39 | Manufacturing raw material - In warehouse | | | 19.39 |
| 4001198 | M2.5 x 0.45 x 5mm 18-8 SS Wide Truss Head Phillips Screw (100pk) | 100 | 18.78 | Manufacturing raw material - In warehouse | | | 18.78 |
| 45000 | Jegs Pro 4 LiPo & NiMH Battery Charger | 25 | - | Slightly damaged custom goods - Sending to customer with next order | | - | |
| 45010 | Jegs LiPo and NiMH AC Sport Balance Charger | 20 | - | Slightly damaged custom goods - Sending to customer with next order | | - | |
| 551101 | 5S2P 5200mAh 21V LiIon + PCM - 5.5/2.1 Barrel | 5 | 221.50 | Old Obsolete Batteries | 221.50 | | |
| 551103 | 4-Cell 650mAh 4.8V PTC cube NiMH - No Plug | 98 | 183.76 | Old - Aged out commerical batteries | 183.76 | | |
| 551105 | 4-Cell 1300mAh 4.8V PTC cube NiMH - No Plug | 98 | 254.84 | Old - Aged out commerical batteries | 254.84 | | |

| Item | Description | Qty | Value | Note | Col1 | Col2 | Col3 |
|---|---|---|---|---|---|---|---|
| 551106 | 4-Cell 2500mAh 4.8V PTC Cube NiMH - No Plug | 98 | 512.48 | Old - Aged out commerical batteries | | 512.48 | |
| 551108 | 4-Cell 5000mAh 4.8V PTC Cube NiMH - No Plug | 97 | 1,051.40 | Old - Aged out commerical batteries | | 1,051.40 | |
| 551109 | BMS for Venom 35067 Commercial Series Battery | 19 | 11,603.01 | BMS for custom battery project | 11,603.01 | | |
| 551109 | BMS for Venom 35067 Commercial Series Battery | 5 | 2,160.00 | Manufacturing raw material - In warehouse | | | 2,160.00 |
| 551109 | BMS for Venom 35067 Commercial Series Battery | 1 | 618.22 | Manufacturing raw material - In warehouse | | | 618.22 |
| 551110 | 25C 12S 22Ah LiPo Battery - BASE | 21 | 8,242.50 | Pouch Cells - In Warehouse | 8,242.50 | | |
| 551111 | 4S 7Ah 12.8V BMS Hardcase LiFe - F2 Terminals | 25 | 1,028.00 | LionCore Batteries - In Warehouse | 1,028.00 | | |
| 551111 | 4S 7Ah 12.8V BMS Hardcase LiFe - F2 Terminals | 1 | 41.12 | Testing batteries w/issues | | | 41.12 |
| 551112 | 4S 10Ah 12.8V BMS Hardcase LiFe - F2 Terminals | 37 | 1,958.78 | LionCore Batteries - In Warehouse | 1,958.78 | | |
| 551112 | 4S 10Ah 12.8V BMS Hardcase LiFe - F2 Terminals | 1 | 52.94 | Testing batteries w/issues | | | 52.94 |
| 551113 | 4S 20Ah 12.8V BMS Hardcase LiFe - M5 Screw Terminals | 46 | 3,260.94 | LionCore Batteries - In Warehouse | 3,260.94 | | |
| 551113 | 4S 20Ah 12.8V BMS Hardcase LiFe - M5 Screw Terminals | 5 | 354.45 | Testing batteries w/issues | | | 354.45 |
| 551114 | 4S 33Ah 12.8V BMS Hardcase LiFe - M6 Screw Terminals | 113 | 16,846.67 | LionCore Batteries - In Warehouse | 16,846.67 | | |
| 551114 | 4S 33Ah 12.8V BMS Hardcase LiFe - M6 Screw Terminals | 1 | 148.48 | Testing batteries w/issues | | | 148.48 |
| 551115 | 4S 75Ah 12.8V BMS Hardcase LiFe - M6 Screw Terminals | 165 | 52,987.86 | LionCore Batteries - In Warehouse | 52,987.86 | | |
| 551115 | 4S 75Ah 12.8V BMS Hardcase LiFe - M6 Screw Terminals | 1 | - | Testing batteries w/issues | | | - |
| 551115 | 4S 75Ah 12.8V BMS Hardcase LiFe - M6 Screw Terminals | 1 | 312.39 | Testing batteries w/issues | | | 312.39 |
| 551116 | 4S 100Ah 12.8V BMS Hardcase LiFe - M8 Screw Terminals | 283 | 105,326.71 | LionCore Batteries - In Warehouse | 105,326.71 | | |
| 551116 | 4S 100Ah 12.8V BMS Hardcase LiFe - M8 Screw Terminals | 1 | 372.18 | Raw battery cells | 372.18 | | |
| 551116 | 4S 100Ah 12.8V BMS Hardcase LiFe - M8 Screw Terminals | 1 | 381.27 | Testing batteries w/issues | | | 381.27 |
| 551117 | 4S 200Ah 12.8V BMS Hardcase LiFe - M8 Screw Terminals | 78 | 61,812.00 | LionCore Batteries - In Warehouse | 61,812.00 | | |
| 551118 | 12V 120W 6A LiFe Charger - Alligator Clips | 28 | 1,419.29 | LionCore Chargers - Warehouse | 1,419.29 | | |
| 551119 | 12V 600W 25A LiFe Charger - Alligator Clips | 55 | 6,523.72 | LionCore Chargers - Warehouse | 6,523.72 | | |
| 551120 | 24V 900W 25A LiFe Charger - Alligator Clips | 41 | 7,509.19 | LionCore Chargers - Warehouse | 7,509.19 | | |
| 551121 | 25C 12S 20Ah 44.4V LiPo Battery - BASE | 153 | 62,661.33 | Pouch Cells - In Warehouse | 62,661.33 | | |
| 551124 | Electrovolt Logo Banner 3x4 | 35 | 857.50 | Misc marketing materials | | 857.50 | |
| 551125 | Electrovolt Logo Window Decal 6x8in | 48 | 72.00 | Misc marketing materials | | 72.00 | |
| 551128 | Electrovolt Premium Fitted Crew Logo T-Shirt - M | 54 | 675.00 | Misc apparel - In Warehouse | | 675.00 | |
| 551129 | Electrovolt Premium Fitted Crew Logo T-Shirt - L | 50 | 625.00 | Misc apparel - In Warehouse | | 625.00 | |
| 551130 | Electrovolt Premium Fitted Crew Logo T-Shirt - XL | 50 | 625.00 | Misc apparel - In Warehouse | | 625.00 | |
| 551131 | Electrovolt Tri-Blend Wicking Logo Polo - M | 10 | 199.00 | Misc apparel - In Warehouse | | 199.00 | |
| 551132 | Electrovolt Tri-Blend Wicking Logo Polo - L | 15 | 298.50 | Misc apparel - In Warehouse | | 298.50 | |
| 551133 | Electrovolt Tri-Blend Wicking Logo Polo - XL | 7 | 139.30 | Misc apparel - In Warehouse | | 139.30 | |
| 551134 | Electrovolt Ladies Tri-Blend Wicking Logo Polo - M | 7 | 139.30 | Misc apparel - In Warehouse | | 139.30 | |
| 551135 | Electrovolt Ladies Tri-Blend Wicking Logo Polo - L | 8 | 159.20 | Misc apparel - In Warehouse | | 159.20 | |
| 551136 | Electrovolt Ladies Tri-Blend Wicking Logo Polo - XL | 10 | 199.00 | Misc apparel - In Warehouse | | 199.00 | |
| 551137 | Electrovolt Premium Fitted Crew Logo T-Shirt - 2X | 22 | 341.00 | Misc apparel - In Warehouse | | 341.00 | |
| 551138 | Electrovolt Premium Fitted Crew Logo T-Shirt - 3X | 16 | 280.80 | Misc apparel - In Warehouse | | 280.80 | |
| 551139 | Electrovolt Premium Fitted Crew Logo T-Shirt - S | 19 | 237.50 | Misc apparel - In Warehouse | | 237.50 | |
| 551140 | Electrovolt Premium Fitted Crew Logo T-Shirt - 4X | 8 | 140.80 | Misc apparel - In Warehouse | | 140.80 | |
| 551142 | Electrovolt Tri-Blend Wicking Logo Polo - 4X | 3 | 74.70 | Misc apparel - In Warehouse | | 74.70 | |
| 551143 | Electrovolt Snapback Trucker Cap - Black/Gold - Premium | 43 | 505.25 | Misc apparel - In Warehouse | | 505.25 | |
| 551143 | Electrovolt Snapback Trucker Cap - Black/Gold - Premium | 3 | 35.25 | Misc apparel - In Warehouse | | 35.25 | |
| 551144 | Electrovolt 3-Ply Woven Face Mask | 18 | 148.50 | Misc apparel - In Warehouse | | 148.50 | |
| 551144 | Electrovolt 3-Ply Woven Face Mask | 7 | 57.75 | Misc apparel - In Warehouse | | 57.75 | |
| 551145 | Electrovolt Snapback Trucker Cap - Black/Gold | 50 | 510.00 | Misc apparel - In Warehouse | | 510.00 | |
| 551146 | Electrovolt Ladies Tri-Blend Wicking Logo Polo - 2X | 1 | 22.90 | Misc apparel - In Warehouse | | 22.90 | |
| 551148 | Electrovolt Ladies Tri-Blend Wicking Logo Polo - S | 2 | 39.80 | Misc apparel - In Warehouse | | 39.80 | |
| 551205 | 5-Cell 1200mAh 6V PTC Flat Pack NiMH - No Plug | 98 | 294.06 | Old - Aged out commerical batteries | | 294.06 | |
| 551206 | 5-Cell 3000mAh 6V PTC Flat Pack NiMH - No Plug | 98 | 653.05 | Old - Aged out commerical batteries | | 653.05 | |
| 551306 | 6-Cell 3600mAh 7.2V PTC Flat Pack NiMH - No Plug | 73 | 689.69 | Old - Aged out commerical batteries | | 689.69 | |
| 551308 | 6-Cell 5000mAh 7.2V PTC Flat Pack NiMH - No Plug | 73 | 1,143.21 | Old - Aged out commerical batteries | | 1,143.21 | |
| 552108 | 5-Cell 5000mAh 6V PTC Hump Pack NiMH - No Plug | 94 | 1,227.99 | Old - Aged out commerical batteries | | 1,227.99 | |
| 552120 | 4S 6.6Ah 12.8V PCM Black Hardcase LiFe - F2 Terminals | 19 | 521.72 | Old - Aged out commerical batteries | | 521.72 | |
| 552121 | 4S 10Ah 12.8V PCM Flat Pack LiFe - No Plug | 17 | 901.20 | Old - Aged out commerical batteries | | 901.20 | |
| 552123 | 4S 20Ah 12.8V PCM Black Hardcase LiFe - M5 Screw Terminals | 19 | 1,490.95 | Old - Aged out commerical batteries | | 1,490.95 | |
| 552124 | 4S 35Ah 12.8V PCM Black Hardcase LiFe - M6 Screw Terminals | 19 | 2,801.06 | Old - Aged out commerical batteries | | 2,801.06 | |
| 552125 | 4S 50Ah 12.8V PCM Black Hardcase LiFe - M6 Screw Terminals | 7 | 1,337.15 | Old - Aged out commerical batteries | | 1,337.15 | |
| 552126 | 4S 75Ah 12.8V PCM Black Hardcase LiFe - M6 Screw Terminals | 10 | 2,869.85 | Old - Aged out commerical batteries | | 2,869.85 | |
| 552223 | 8S 25Ah 25.6V PCM Black Hardcase LiFe - M6 Screw Terminals | 19 | 1,769.13 | Old - Aged out commerical batteries | | 1,769.13 | |
| 553207 | 6-Cell 4200mAh 7.2V PTC Flat Pack NiMH - No Plug | 73 | 817.43 | Old - Aged out commerical batteries | | 817.43 | |
| 580007 | 1S 110mAh 3.7V LiPo + PCM | 3 | 3.24 | Old Obsolete Batteries | | 3.24 | |
| 580013 | 1S 75Ah 3.65V NMC Power Cell | 24 | 1,379.52 | Raw battery cells | 1,379.52 | | |
| 580013-DEP | 1S 75Ah 3.65V NMC Power Cell - S | 405 | 23,278.88 | Raw battery cells | 23,278.88 | | |
| 580015 | 1S 277Ah 3.22V LFP Power Cell | 253 | 40,754.33 | Raw battery cells | 40,754.33 | | |
| 580015 | 1S 277Ah 3.22V LFP Power Cell | 18 | 2,751.02 | Raw battery cells w/potential issues | | | 2,751.02 |
| 580015 | 1S 277Ah 3.22V LFP Power Cell | 11 | 1,778.52 | Raw battery cells | 1,778.52 | | |
| 580015 | 1S 277Ah 3.22V LFP Power Cell | 19 | 2,844.07 | Old Obsolete Batteries | | 2,844.07 | |

| Part | Description | Qty | Value | Note | A | B | C |
|---|---|---|---|---|---|---|---|
| 580015-DEP | 1S 277Ah 3.22V LFP Power Cell | 2 | 277.00 | Raw battery cells w/potential issues | | | 277.00 |
| 580017W | 1S 53Ah 3.72V NCM Power Cell - Weld | 12 | - | Raw battery cells w/potential issues | | | - |
| 580018 | 1S 86Ah 3.2V LFP Power Cell | 10 | 400.00 | Raw battery cells | 400.00 | | |
| 580019 | 1S 240Ah 3.2V LFP Power Cell | 3 | 373.59 | Raw battery cells | 373.59 | | |
| 580020 | 1S 176Ah 3.2V LFP Power Cell | 6 | 528.00 | Raw battery cells | 528.00 | | |
| 580021 | 1S 120Ah 3.2V LFP Power Cell | 269 | 19,604.72 | Raw battery cells | 19,604.72 | | |
| 580021 | 1S 120Ah 3.2V LFP Power Cell | 4 | 291.52 | Old Obsolete Batteries | | 291.52 | |
| 580021-DEP | 1S 120Ah 3.2V LFP Power Cell | 16 | 1,073.46 | Raw battery cells | 1,073.46 | | |
| 580021-DEP | 1S 120Ah 3.2V LFP Power Cell | 1 | 72.88 | Raw battery cells | | | 72.88 |
| 580021-DEP | 1S 120Ah 3.2V LFP Power Cell | 1,092 | 79,586.39 | Raw battery cells | 79,586.39 | | |
| 580022 | 1S 42Ah 3.65V NMC Power Cell | 10 | 294.00 | Raw battery cells w/potential issues | | | 294.00 |
| 580049 | 1S 15C 22Ah 3.7V LiPo LCO Power Cell | 1 | 45.28 | Raw battery cells | 45.28 | | |
| 580051 | 1S 15C 13Ah 3.7V LiPo LCO Power Cell | 14 | 296.80 | Raw battery cells | 296.80 | | |
| 580051-DEP | 1S 15C 13Ah 3.7V LiPo LCO Power Cell | 12 | 219.60 | Raw battery cells | 219.60 | | |
| 580051-DEP | 1S 15C 13Ah 3.7V LiPo LCO Power Cell | 1 | 21.20 | Raw battery cells | 21.20 | | |
| 580054-DEP | 1S 25C 22Ah 3.7V LiPo LCO Power Cell | 20 | 640.00 | Raw battery cells w/potential issues | | | 640.00 |
| 580063 | 1S 50Ah 3.2V LFP Power Cell | 238 | 7,649.32 | Raw battery cells | 7,649.32 | | |
| 580063 | 1S 50Ah 3.2V LFP Power Cell | 10 | 321.40 | Old Obsolete Batteries | | 321.40 | |
| 580063-DEP | 1S 50Ah 3.2V LFP Power Cell | 786 | 25,259.56 | Raw battery cells | 25,259.56 | | |
| 580075 | UofW, System, 830 Ah, LFP, 6.4 VDC, W/ Current Sensor | 2 | 4,146.00 | Manufacturing raw material - In warehouse | | | 4,146.00 |
| 580078 | UofW, System, 830 Ah, LFP, 6.4 VDC, W/ Isolation | 3 | 11,019.00 | Manufacturing raw material - In warehouse | | | 11,019.00 |
| 7000002 | ASSY, PCBA, MONITORING/SUPERVISOR, 580067 | 2 | 3,200.00 | Manufacturing raw material - In warehouse | | | 3,200.00 |
| 7000007 | ASSY, PCBA, MONITORING/SUPERVISOR, 580075 | 5 | 8,000.00 | Manufacturing raw material - In warehouse | | | 8,000.00 |
| 7000008 | ASSY, PCBA, MONITORING/SUPERVISOR, 580078 | 6 | 9,600.00 | Manufacturing raw material - In warehouse | | | 9,600.00 |
| 7000011 | ASSY, PCBA, ISOLATION, 10A, 580078 | 8 | 12,800.00 | Manufacturing raw material - In warehouse | | | 12,800.00 |
| 7000013 | ASSY, PCBA, MONITORING/SUPERVISOR, 580078 | 5 | 8,000.00 | Manufacturing raw material - In warehouse | | | 8,000.00 |
| 7000015 | ASSY, PCBA, ICD CAN REPEATER, OPTIVOLT | 12 | - | Manufacturing components - at off site | | - | |
| 7000016 | ASSY, PCBA, RS485 SPLICE, OPTIVOLT | 11 | 17,600.00 | Manufacturing components - at off site | | | 17,600.00 |
| 7000016 | ASSY, PCBA, RS485 SPLICE, OPTIVOLT | 1 | - | Manufacturing components - at off site | | - | |
| DE2418-052705 | Pelican-Hardigg DE2418-052705 7U Case - Black | 1 | 2,118.12 | Large Hard Case | 2,118.12 | | |
| SR24UB | SmartRack 24U Mid-Depth Rack Enclosure Cabinet | 1 | 715.00 | Old Charger rack | 715.00 | | |
| US18650VTC6 | Sony/Murata IMR 18650 3Ah 3.6V High Drain 30A Cell | 19 | 72.20 | Older cells | 72.20 | | |
| z0644 | Low Voltage Monitor for 2S to 8S LiPo Batteries - Base | 384 | 1,036.80 | Parts located in China factory | 1,036.80 | | |
| z12AWG-B | 30m 12AWG Stranded Soft Silicone Wire - Black | 22 | - | Manufacturing raw material - In warehouse | | | - |
| z12AWG-R | 30m 12AWG Stranded Soft Silicone Wire - Red | 17 | - | Manufacturing raw material - In warehouse | | | - |
| z15200 | LiPo Battery Strap | 4,698 | 2,013.45 | Parts located in China factory | 2,013.45 | | |
| z17065 | Venom BCMS 6S-12 Balance Block | 17 | 102.00 | Manufacturing raw material - In warehouse | | | 102.00 |
| z17066 | Anderson Powerpole PP75 to XT90 Female Adapter | 18 | 135.00 | Manufacturing raw material - In warehouse | | | 135.00 |
| z17069 | BULK Jegs UNI 2.0-L Plug  System- XT60/Deans/EC3/TRX | 250 | 607.25 | Parts located in China factory | 607.25 | | |
| z17069 | BULK Jegs UNI 2.0-L Plug  System- XT60/Deans/EC3/TRX | 2,000 | 4,858.00 | Parts located in China factory | 4,858.00 | | |
| z1732 | XT90-S Connector Female - Bulk | 872 | 1,177.20 | Parts located in China factory | 1,177.20 | | |
| z1738B | 100M Roll - 10AWG Soft Silicone Wire - Black | 4 | 419.32 | Bulk wire in China Factory | 419.32 | | |
| z1738R | 100M Roll - 10AWG Soft Silicone Wire - Red | 4 | 419.32 | Bulk wire in China Factory | 419.32 | | |
| z1739B | 200M Roll - 12AWG Soft Silicone Wire - Black | 6 | 1,060.02 | Bulk wire in China Factory | 1,060.02 | | |
| z1739R | 200M Roll - 12AWG Soft Silicone Wire - Red | 6 | 1,060.02 | Bulk wire in China Factory | 1,060.02 | | |
| z1740B | 300M Roll - 14AWG Soft Silicone Wire - Black | 7 | 1,382.50 | Bulk wire in China Factory | 1,382.50 | | |
| z1740R | 300M Roll - 14AWG Soft Silicone Wire - Red | 7 | 1,382.50 | Bulk wire in China Factory | 1,382.50 | | |
| z1742B | 300M Roll - 20AWG Soft Silicone Wire - Black | 11 | 1,226.50 | Bulk wire in China Factory | 1,226.50 | | |
| z1742R | 300M Roll - 20AWG Soft Silicone Wire - Red | 12 | 1,334.18 | Bulk wire in China Factory | 1,334.18 | | |
| z1743B | 300M Roll - 22AWG Soft Silicone Wire - Black | 12 | 1,296.00 | Bulk wire in China Factory | 1,296.00 | | |
| z1743R | 300M Roll - 22AWG Soft Silicone Wire - Red | 13 | 1,342.49 | Bulk wire in China Factory | 1,342.49 | | |
| z1747 | AS150 Female - Red - BULK | 200 | 120.00 | Parts located in China factory | 120.00 | | |
| z1747 | AS150 Female - Red - BULK | 100 | 61.68 | Parts located at vendor | | 61.68 | |
| z1751 | XT150 Female - Black - BULK | 200 | 68.00 | Parts located at vendor | 68.00 | | |
| z1751 | XT150 Female - Black - BULK | 100 | 34.49 | Parts located at vendor | | 34.49 | |
| z1769-A | BULK Venom UNI 2.0-A Plug  System - XT60/Deans/EC3 | 1,367 | 2,228.91 | Bulk plugs in China Factory | 2,228.91 | | |
| z1769-A | BULK Venom UNI 2.0-A Plug  System - XT60/Deans/EC3 | 10,170 | 16,591.41 | Bulk plugs in China Factory | 16,591.41 | | |
| z1769-L | BULK Venom UNI 2.0-L Plug  System- XT60/Deans/EC3/TRX | 13,646 | 32,491.13 | Bulk plugs in China Factory | 32,491.13 | | |
| z1769-L | BULK Venom UNI 2.0-L Plug  System- XT60/Deans/EC3/TRX | 24,250 | 57,739.23 | Bulk plugs in China Factory | 57,739.23 | | |
| z1769-TRX | BULK Venom UNI 2.0-TRX Plug  System- XT60/TRX | 685 | 657.01 | Bulk plugs in China Factory | 657.01 | | |
| z1772 | AS150/XT150 Female Battery Connector Set - Bulk | 16 | 15.04 | Parts located in China factory | 15.04 | | |
| z1772 | AS150/XT150 Female Battery Connector Set - Bulk | 71 | 66.74 | Manufacturing raw material - In warehouse | | | 66.74 |
| z18135BA | Hook and Loop for Battery - Barbwire 2 | 702 | 70.20 | Parts located in China factory | 70.20 | | |
| z18650-T-Insulator | 18650 Battery Terminal Insulator Rings - 20pc Sheet | 10 | 6.27 | Parts located in China factory | | | 6.27 |
| zDroneCaseA | 15C Professional Drone Battery Case - Insert A | 318 | 2,766.33 | Parts located in China factory | 2,766.33 | | |
| zDroneCaseB | 15C Professional Drone Battery Case - Insert B | 398 | 3,455.21 | Parts located in China factory | 3,455.21 | | |
| zDroneCaseC | 15C Professional Drone Battery Case - Insert C | 182 | 1,565.20 | Parts located in China factory | 1,565.20 | | |
| zLGDBHG21865 | LG HG2 18650 3Ah 20A Flat Top Cell | 69 | 272.55 | Manufacturing raw material - In warehouse | | | 272.55 |

| | | | | | |
|---|---|---|---|---|---|
| zPM-FP10565 | Insulation Paper (10.0" x 6.3" x 0.016") | 13 | 32.50 | Manufacturing raw material - In warehouse | 32.50 |
| zS-5140 | Self-Seal Bubble Pouch (5" x 6")Self-Seal | 350 | 75.11 | Manufacturing raw material - In warehouse | 75.11 |
| zShrink-B-130mm | PVC Shrink Wrap - Black - 130mm | 20 | 3.94 | Manufacturing raw material - In warehouse | 3.94 |
| zShrink-B-140mm | PVC Shrink Wrap - Black - 140mm | 5 | - | Manufacturing raw material - In warehouse | - |
| zTB-02505 | 25' Spooled Nickel Strip (Parallel) - 0.25"w x 0.005"t | 35 | 55.84 | Manufacturing raw material - In warehouse | 55.84 |
| zTB-18650 | Slotted Series 18650 Nickel Strip - 8mm X 25mm | 98 | 14.70 | Manufacturing raw material - In warehouse | 14.70 |
| zVEN-553035 | 20C 4S 10.8Ah 14.8V LiPo - Indago - BASE | 80 | 6,222.12 | Manufacturing raw material - In warehouse | 6,222.12 |
| zVEN-553035 | 20C 4S 10.8Ah 14.8V LiPo - Indago - BASE | 11 | - | | |
| zVEN-553035 | 20C 4S 10.8Ah 14.8V LiPo - Indago - BASE | 12 | 934.45 | Custom Battery Cells | 934.45 |
| zVEN-553035 | 20C 4S 10.8Ah 14.8V LiPo - Indago - BASE | 2 | 138.00 | Custom Battery Cells | 138.00 |
| zVEN-553035 | 20C 4S 10.8Ah 14.8V LiPo - Indago - BASE | 48 | 3,737.60 | Raw battery cells | 3,737.60 |

EXHIBIT A/B-22(B)

**Vertical Partners West, LLC.**
**Intransit Inventory**
**As of December 14, 2021**

688,416.39

| Purchase Order Number | Line ID | Vendor | Item | Sales Description | Ship Qty | BOL 1 | Expected Receipt Date | Item Cost | Total cost | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 07759 | 25 | 2024 AGA Power | 15189 | 50C 4S 9000mAh 14.8V LiPo - Traxxas - BASE | 12 | SEA110006106 | 12/29/21 | 63.00 | 756.00 | Sold to P3 |
| 07785 | 13 | 2024 AGA Power | 15189 | 50C 4S 9000mAh 14.8V LiPo - Traxxas - BASE | 108 | SEA110006106 | 12/29/21 | 63.00 | 6,804.00 | Sold to P3 |
| 07786 | 1 | 2024 AGA Power | 35000 | 15C 6S 22000mAh 22.2V LiPo Air Battery - XT150/AS150 - BASE | 6 | SEA110006106 | 12/29/21 | 191.00 | 1,146.00 | Unsold |
| 07786 | 3 | 2024 AGA Power | 35001 | 15C 6S 16000mAh 22.2V LiPo Air Battery - XT150/AS150 - BASE | 6 | SEA110006106 | 12/29/21 | 146.82 | 880.92 | Unsold |
| 07786 | 5 | 2024 AGA Power | 35002 | 15C 6S 13000mAh 22.2V LiPo Air Battery - XT150/AS150 - BASE | 6 | SEA110006106 | 12/29/21 | 110.97 | 665.82 | Unsold |
| 07786 | 7 | 2024 AGA Power | 35004 | 15C 4S 16000mAh 14.8V LiPo Air Pack Battery - XT90-S - BASE | 42 | SEA110006106 | 12/29/21 | 95.92 | 4,028.64 | Sold to Seafloor |
| 07786 | 9 | 2024 AGA Power | 35066 | 15C 6S 22000mAh 22.2V LiPo Air Battery - XT90-S - BASE | 24 | SEA110006106 | 12/29/21 | 191.00 | 4,584.00 | Sold to Seafloor |
| 07782 | 1 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1502 | 6V 3000mAh NiMH Large Scale Receiver | 120 | SEA110006106 | 12/29/21 | 6.73 | 807.60 | Sold to P3 |
| 07782 | 13 | 1663 Shenzhen Vigor Power Battery Co., LTD | 15022 | 7.2V 1600mAh 2/3A NiMH - UNI 2.0-L | 336 | SEA110006106 | 12/29/21 | 4.49 | 1,508.64 | Sold to P3 |
| 07760 | 1 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1503 | 6V 1600mAh NiMH Flat Receiver | 504 | SEA110006106 | 12/29/21 | 3.94 | 1,985.76 | Sold to P3 |
| 07782 | 3 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1503 | 6V 1600mAh NiMH Flat Receiver | 280 | SEA110006106 | 12/29/21 | 3.94 | 1,103.20 | Sold to P3 |
| 07760 | 3 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1504 | 6V 1600mAh NiMH Hump Receiver | 1,728 | SEA110006106 | 12/29/21 | 3.94 | 6,808.32 | Sold to P3 |
| 07782 | 5 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1504 | 6V 1600mAh NiMH Hump Receiver | 288 | SEA110006106 | 12/29/21 | 3.94 | 1,134.72 | Sold to P3 |
| 07782 | 7 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1506 | 6V 5000mAh NiMH Hump Receiver - HPI Baja | 180 | SEA110006106 | 12/29/21 | 11.68 | 2,102.40 | Sold to P3 |
| 07803 | 1 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1516BPOEM | 7.2V 2000mAh NiMH Flat Pack - Tamiya | 4,000 | SEA110006106 | 12/29/21 | 4.99 | ###### | Sold to Batteries Plus |
| 07759 | 23 | 2024 AGA Power | 15187-EC5 | 50C 3S 10500mAh 11.1V LiPo - EC5 | 12 | SEA110006106 | 12/29/21 | 45.70 | 548.40 | Sold to P3 |
| 07759 | 27 | 2024 AGA Power | 15189-EC5 | 50C 4S 9000mAh 14.8V LiPo - EC5 | 12 | SEA110006106 | 12/29/21 | 63.00 | 756.00 | Sold to P3 |
| 07760 | 15 | 1663 Shenzhen Vigor Power Battery Co., LTD | 15205 | 7.2V 1600mAh NiMH Flat Micro - UNI 2.0-L | 168 | SEA110006106 | 12/29/21 | 4.49 | 754.32 | Sold to P3 |
| 07782 | 15 | 1663 Shenzhen Vigor Power Battery Co., LTD | 15205 | 7.2V 1600mAh NiMH Flat Micro - UNI 2.0-L | 56 | SEA110006106 | 12/29/21 | 4.49 | 251.44 | Sold to P3 |
| 07760 | 5 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1521 | 2400mAh NiMH AA (4pcs) | 144 | SEA110006106 | 12/29/21 | 3.21 | 462.24 | Sold to P3 |
| 07782 | 9 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1539 | 7.2V 3000mAh NiMH - Tamiya for Starter | 216 | SEA110006106 | 12/29/21 | 7.62 | 1,645.92 | Sold to P3 |
| 07760 | 7 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1539HXT4 | 7.2V 3000mAh NiMH - HXT 4.0mm | 504 | SEA110006106 | 12/29/21 | 8.01 | 4,037.04 | Sold to P3 |
| 07760 | 9 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1548 | 7.2V 5000mAh NiMH - UNI 2.0-L | 240 | SEA110006106 | 12/29/21 | 14.49 | 3,477.60 | Sold to P3 |
| 07782 | 11 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1548 | 7.2V 5000mAh NiMH - UNI 2.0-L | 576 | SEA110006106 | 12/29/21 | 14.49 | 8,346.24 | Sold to P3 |
| 07760 | 11 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1548-7 | 8.4V 5000mAh NiMH Hump Pack - UNI 2.0-L | 288 | SEA110006106 | 12/29/21 | 16.41 | 4,726.08 | Sold to P3 |
| 07782 | 17 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1548-7 | 8.4V 5000mAh NiMH Hump Pack - UNI 2.0-L | 480 | SEA110006106 | 12/29/21 | 16.41 | 7,876.80 | Sold to P3 |
| 07760 | 13 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1548HXT4 | 7.2V 5000mAh NiMH - HXT 4.0mm | 96 | SEA110006106 | 12/29/21 | 15.48 | 1,486.08 | Sold to P3 |
| 07782 | 19 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1548HXT4 | 7.2V 5000mAh NiMH - HXT 4.0mm | 96 | SEA110006106 | 12/29/21 | 15.48 | 1,486.08 | Sold to P3 |
| 07785 | 11 | 2024 AGA Power | 15188 | 50C 3S 5000mAh 11.1V LiPo Hardcase - BASE | 168 | FSZX21101414 | 01/15/22 | 26.35 | 4,426.80 | Sold to P3 |
| 07824 | 17 | 2024 AGA Power | 15188 | 50C 3S 5000mAh 11.1V LiPo Hardcase - BASE | 96 | FSZX21101414 | 01/15/22 | 26.35 | 2,529.60 | Sold to P3 |
| 07789 | 1 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 0608 | Venom Pro 4 LiPo & NiMH Battery Charger | 275 | FSZX21101414 | 01/15/22 | 20.00 | 5,500.00 | Sold to P3 |
| 07813 | 3 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 0608 | Venom Pro 4 LiPo & NiMH Battery Charger | 550 | FSZX21101414 | 01/15/22 | 20.00 | ###### | Sold to P3 |
| 07789 | 3 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 0644 | Low Voltage Monitor for 2S to 8S LiPo Batteries | 750 | FSZX21101414 | 01/15/22 | 2.70 | 2,025.00 | Sold to P3 |
| 07813 | 2 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 0677 | Venom Pro 2 LiPo & NiMH Battery Charger | 200 | FSZX21101414 | 01/15/22 | 19.00 | 3,800.00 | Sold to P3 |
| 07788 | 1 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 0685 | Venom Pro Duo LiPo & NiMH Battery Charger | 792 | FSZX21101414 | 01/15/22 | 43.00 | ###### | Sold to P3 |
| 07812 | 1 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 0685 | Venom Pro Duo LiPo & NiMH Battery Charger | 2,500 | FSZX21101414 | 01/15/22 | 43.00 | ###### | Sold to P3 |
| 07813 | 1 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 0686 | Venom Pro Quad LiPo/LiHV/NiMH Battery Charger | 428 | FSZX21101414 | 01/15/22 | 97.98 | ###### | Sold to P3 |
| 07844 | 1 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1500 | 6V 1200mAh NiMH Flat Receiver | 224 | FSZX21101414 | 01/15/22 | 2.97 | 665.28 | Sold to P3 |
| 07761 | 1 | 1663 Shenzhen Vigor Power Battery Co., LTD | 15000 | 5C 2S 2400mAh 7.4V LiPo Receiver/Transmitter Flat pack | 56 | FSZX21101414 | 01/15/22 | 6.23 | 348.88 | Sold to P3 |
| 07761 | 3 | 1663 Shenzhen Vigor Power Battery Co., LTD | 15001 | 5C 2S 2100mAh 7.4V LiPo Receiver/Transmitter Hump pack | 80 | FSZX21101414 | 01/15/22 | 5.65 | 452.00 | Sold to P3 |
| 07815 | 1 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1502 | 6V 3000mAh NiMH Large Scale Receiver | 140 | FSZX21101414 | 01/15/22 | 6.73 | 942.20 | Sold to P3 |
| 07815 | 7 | 1663 Shenzhen Vigor Power Battery Co., LTD | 15022 | 7.2V 1600mAh 2/3A NiMH - UNI 2.0-L | 560 | FSZX21101414 | 01/15/22 | 4.49 | 2,514.40 | Sold to P3 |
| 07844 | 17 | 1663 Shenzhen Vigor Power Battery Co., LTD | 15022 | 7.2V 1600mAh 2/3A NiMH - UNI 2.0-L | 504 | FSZX21101414 | 01/15/22 | 4.49 | 2,262.96 | Sold to P3 |
| 07761 | 5 | 1663 Shenzhen Vigor Power Battery Co., LTD | 15023 | 20C 2S 2000mAh 7.4V LiPo - UNI 2.0-L | 392 | FSZX21101414 | 01/15/22 | 6.00 | 2,352.00 | Sold to P3 |
| 07785 | 1 | 2024 AGA Power | 15026 | 35C 3S 5000mAh 11.1V LiPo - UNI 2.0-L | 1,760 | FSZX21101414 | 01/15/22 | 22.30 | ###### | Sold to P3 |
| 07818 | 1 | 2024 AGA Power | 15026 | 35C 3S 5000mAh 11.1V LiPo - UNI 2.0-L | 720 | FSZX21101414 | 01/15/22 | 22.30 | ###### | Sold to P3 |
| 07844 | 3 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1503 | 6V 1600mAh NiMH Flat Receiver | 224 | FSZX21101414 | 01/15/22 | 3.94 | 882.56 | Sold to P3 |
| 07818 | 3 | 2024 AGA Power | 15031 | 50C 4S 5000mAh 14.8V LiPo Hard Case ROAR - UNI 2.0-L | 60 | FSZX21101414 | 01/15/22 | 33.28 | 1,996.80 | Sold to P3 |
| 07824 | 1 | 2024 AGA Power | 15031-EC5 | 50C 4S 5000mAh 14.8V LiPo Hard Case ROAR - EC5 | 36 | FSZX21101414 | 01/15/22 | 33.28 | 1,198.08 | Sold to P3 |
| 07847 | 1 | 2024 AGA Power | 15031-EC5 | 50C 4S 5000mAh 14.8V LiPo Hard Case ROAR - EC5 | 60 | FSZX21101414 | 01/15/22 | 33.28 | 1,996.80 | Sold to P3 |
| 07844 | 5 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1504 | 6V 1600mAh NiMH Hump Receiver | 504 | FSZX21101414 | 01/15/22 | 3.94 | 1,985.76 | Sold to P3 |
| 07785 | 3 | 2024 AGA Power | 15058 | 50C 2S 5000mAh 7.4V Sport Power LiPo ROAR - UNI 2.0-L | 140 | FSZX21101414 | 01/15/22 | 18.50 | 2,590.00 | Sold to P3 |
| 07818 | 5 | 2024 AGA Power | 15058 | 50C 2S 5000mAh 7.4V Sport Power LiPo ROAR - UNI 2.0-L | 120 | FSZX21101414 | 01/15/22 | 18.50 | 2,220.00 | Sold to P3 |
| 07785 | 5 | 2024 AGA Power | 15059 | 50C 3S 5000mAh 11.1V LiPo - UNI 2.0-L | 500 | FSZX21101414 | 01/15/22 | 29.50 | ###### | Sold to P3 |
| 07818 | 7 | 2024 AGA Power | 15059 | 50C 3S 5000mAh 11.1V LiPo - UNI 2.0-L | 280 | FSZX21101414 | 01/15/22 | 29.50 | 8,260.00 | Sold to P3 |
| 07847 | 3 | 2024 AGA Power | 15059 | 50C 3S 5000mAh 11.1V LiPo - UNI 2.0-L | 520 | FSZX21101414 | 01/15/22 | 29.50 | ###### | Sold to P3 |
| 07824 | 3 | 2024 AGA Power | 15059-EC5 | 50C 3S 5000mAh 11.1V LiPo - EC5 | 60 | FSZX21101414 | 01/15/22 | 29.50 | 1,770.00 | Sold to P3 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07847 | 5 | 2024 AGA Power | 15059-EC5 | 50C 3S 5000mAh 11.1V LiPo - EC5 | 160 | FSZX21101414 | 01/15/22 | 29.50 | 4,720.00 | Sold to P3 |
| 07844 | 7 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1506 | 6V 5000mAh NiMH Hump Receiver - HPI Baja | 252 | FSZX21101414 | 01/15/22 | 11.68 | 2,943.36 | Sold to P3 |
| 07761 | 7 | 1663 Shenzhen Vigor Power Battery Co., LTD | 15107 | 35C 2S 2000mAh 7.4V LiPo - UNI 2.0-L | 1,344 | FSZX21101414 | 01/15/22 | 6.15 | 8,265.60 | Sold to P3 |
| 07761 | 9 | 1663 Shenzhen Vigor Power Battery Co., LTD | 15112 | 35C 3S 5000mAh 11.1V LiPo Hardcase - UNI 2.0-L | 192 | FSZX21101414 | 01/15/22 | 22.22 | 4,266.24 | Sold to P3 |
| 07785 | 7 | 2024 AGA Power | 15113 | 50C 3S 5000mAh 11.1V LiPo Hardcase - UNI 2.0-L | 72 | FSZX21101414 | 01/15/22 | 26.35 | 1,897.20 | Sold to P3 |
| 07824 | 5 | 2024 AGA Power | 15113 | 50C 3S 5000mAh 11.1V LiPo Hardcase - UNI 2.0-L | 12 | FSZX21101414 | 01/15/22 | 26.35 | 316.20 | Sold to P3 |
| 07824 | 7 | 2024 AGA Power | 15113-EC5 | 50C 3S 5000mAh 11.1V LiPo Hardcase - EC5 | 60 | FSZX21101414 | 01/15/22 | 26.35 | 1,581.00 | Sold to P3 |
| 07818 | 9 | 2024 AGA Power | 15128 | 35C 3S 5000mAh 11.1V LiPo Hard Case Flat Pack - UNI 2.0-L | 252 | FSZX21101414 | 01/15/22 | 23.28 | 5,866.56 | Sold to P3 |
| 07785 | 9 | 2024 AGA Power | 15129 | 50C 3S 5000mAh 11.1V LiPo Hard Case Flat Pack - UNI 2.0-L | 348 | FSZX21101414 | 01/15/22 | 26.35 | 9,169.80 | Sold to P3 |
| 07818 | 11 | 2024 AGA Power | 15129 | 50C 3S 5000mAh 11.1V LiPo Hard Case Flat Pack - UNI 2.0-L | 216 | FSZX21101414 | 01/15/22 | 26.35 | 5,691.60 | Sold to P3 |
| 07824 | 9 | 2024 AGA Power | 15129-EC5 | 50C 3S 5000mAh 11.1V LiPo Hard Case Flat Pack - EC5 | 60 | FSZX21101414 | 01/15/22 | 26.35 | 1,581.00 | Sold to P3 |
| 07847 | 7 | 2024 AGA Power | 15129-EC5 | 50C 3S 5000mAh 11.1V LiPo Hard Case Flat Pack - EC5 | 144 | FSZX21101414 | 01/15/22 | 26.35 | 3,794.40 | Sold to P3 |
| 07761 | 11 | 1663 Shenzhen Vigor Power Battery Co., LTD | 15149 | 30C 2S 5000mAh 7.4V Sport Power LiPo ROAR - UNI 2.0-L | 2,000 | FSZX21101414 | 01/15/22 | 14.12 | ##### | Sold to P3 |
| 07824 | 11 | 2024 AGA Power | 15151 | 10C 2S 850mAh 6.6V LiFe Receiver | 168 | FSZX21101414 | 01/15/22 | 4.20 | 705.60 | Sold to P3 |
| 07824 | 13 | 2024 AGA Power | 15173-EC5 | 50C 3S 5200mAh 11.1V LiPo - EC5 | 80 | FSZX21101414 | 01/15/22 | 25.21 | 2,016.80 | Sold to P3 |
| 07847 | 9 | 2024 AGA Power | 15173-EC5 | 50C 3S 5200mAh 11.1V LiPo - EC5 | 40 | FSZX21101414 | 01/15/22 | 25.21 | 1,008.40 | Sold to P3 |
| 07824 | 15 | 2024 AGA Power | 15187-EC5 | 50C 3S 10500mAh 11.1V LiPo - EC5 | 36 | FSZX21101414 | 01/15/22 | 45.70 | 1,645.20 | Sold to P3 |
| 07847 | 11 | 2024 AGA Power | 15187-EC5 | 50C 3S 10500mAh 11.1V LiPo - EC5 | 24 | FSZX21101414 | 01/15/22 | 45.70 | 1,096.80 | Sold to P3 |
| 07824 | 19 | 2024 AGA Power | 15189 | 50C 4S 9000mAh 14.8V LiPo - UNI 2.0-TRX | 36 | FSZX21101414 | 01/15/22 | 63.00 | 2,268.00 | Sold to P3 |
| 07824 | 21 | 2024 AGA Power | 15189-EC5 | 50C 4S 9000mAh 14.8V LiPo - EC5 | 24 | FSZX21101414 | 01/15/22 | 63.00 | 1,512.00 | Sold to P3 |
| 07761 | 13 | 1663 Shenzhen Vigor Power Battery Co., LTD | 15190 | 50C 3S 2200mAh 11.1V LiPo - UNI 2.0-L | 168 | FSZX21101414 | 01/15/22 | 10.62 | 1,784.16 | Sold to P3 |
| 07761 | 15 | 1663 Shenzhen Vigor Power Battery Co., LTD | 15191 | 30C 4000mAh 7.4V LiPo - UNI 2.0-L | 200 | FSZX21101414 | 01/15/22 | 11.23 | 2,246.00 | Sold to P3 |
| 07785 | 15 | 2024 AGA Power | 15192 | 25C 2S 5000mAh 7.4V Graphene LiPo Hardcase - UNI 2.0-L | 40 | FSZX21101414 | 01/15/22 | 15.30 | 612.00 | Sold to P3 |
| 07761 | 17 | 1663 Shenzhen Vigor Power Battery Co., LTD | 15202 | 50C 2S 4600mAh 7.4V LiPo Shorty Hardcase - UNI 2.0-L | 780 | FSZX21101414 | 01/15/22 | 16.17 | ##### | Sold to P3 |
| 07761 | 19 | 1663 Shenzhen Vigor Power Battery Co., LTD | 15203 | 35C 3S 1500mAh 11.1V LiPo - UNI 2.0-L | 616 | FSZX21101414 | 01/15/22 | 7.17 | 4,416.72 | Sold to P3 |
| 07847 | 13 | 2024 AGA Power | 15204-EC5 | 50C 4S 7000mAh 14.8V LiPo - EC5 | 24 | FSZX21101414 | 01/15/22 | 43.50 | 1,044.00 | Sold to P3 |
| 07761 | 21 | 1663 Shenzhen Vigor Power Battery Co., LTD | 15206 | 30C 2S 430mAh 7.4V LiPo - JST-PH 2.0 | 7,152 | FSZX21101414 | 01/15/22 | 1.85 | ##### | Sold to P3 |
| 07844 | 9 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1532 | 7.2V 3000mAh NiMH - UNI 2.0-L | 720 | FSZX21101414 | 01/15/22 | 7.75 | 5,580.00 | Sold to P3 |
| 07844 | 11 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1539 | 7.2V 3000mAh NiMH - Tamiya for Starter | 24 | FSZX21101414 | 01/15/22 | 7.62 | 182.88 | Sold to P3 |
| 07815 | 3 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1546 | 7.2V 4200mAh NiMH - UNI 2.0-L | 120 | FSZX21101414 | 01/15/22 | 10.28 | 1,233.60 | Sold to P3 |
| 07844 | 13 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1546-7 | 8.4V 4200mAh NiMH Hump Pack - UNI 2.0-L | 72 | FSZX21101414 | 01/15/22 | 12.51 | 900.72 | Sold to P3 |
| 07844 | 15 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1548 | 7.2V 5000mAh NiMH - UNI 2.0-L | 120 | FSZX21101414 | 01/15/22 | 14.49 | 1,738.80 | Sold to P3 |
| 07815 | 5 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1548-7 | 8.4V 5000mAh NiMH Hump Pack - UNI 2.0-L | 96 | FSZX21101414 | 01/15/22 | 16.41 | 1,575.36 | Sold to P3 |
| 07825 | 1 | 1663 Shenzhen Vigor Power Battery Co., LTD | 1548HXT4 | 7.2V 5000mAh NiMH - HXT 4.0mm | 120 | FSZX21101414 | 01/15/22 | 15.48 | 1,857.60 | Sold to P3 |
| 07919 | 3 | 1363 Dongguan QS Electronic Tech. Co | 1607 | RX to Tamiya Converter Plug | 50 | FSZX21101414 | 01/15/22 | 0.28 | 13.80 | Sold to P3 |
| 07919 | 5 | 1363 Dongguan QS Electronic Tech. Co | 1609 | Tamiya Plug Set M/F 150mm | 500 | FSZX21101414 | 01/15/22 | 0.38 | 188.00 | Sold to P3 |
| 07919 | 7 | 1363 Dongguan QS Electronic Tech. Co | 1614F | Y-Harness Futaba | 300 | FSZX21101414 | 01/15/22 | 0.55 | 164.40 | Sold to P3 |
| 07791 | 1 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 1647 | Tamiya Male to Charger Adapter - 14AWG | 430 | FSZX21101414 | 01/15/22 | 0.61 | 263.59 | Sold to P3 |
| 07791 | 3 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 1648 | Deans Male to Charger Adapter - 14AWG | 430 | FSZX21101414 | 01/15/22 | 0.66 | 285.09 | Sold to P3 |
| 07791 | 5 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 1649 | EC3 Male to Charger Adapter - 14AWG | 50 | FSZX21101414 | 01/15/22 | 0.75 | 37.40 | Sold to P3 |
| 07820 | 1 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 1663 | JST Female to Charger Adapter - 22AWG | 50 | FSZX21101414 | 01/15/22 | 0.60 | 29.80 | Sold to P3 |
| 07821 | 5 | 2620 TESTER ELECTRONIC TECHNOLOGY CO.,LTD | 17018 | XT60+ Male and Female Connector Set - 10 Pair | 50 | FSZX21101414 | 01/15/22 | 3.95 | 197.50 | Sold to P3 |
| 07791 | 11 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 17020 | XT60 Male to Charger - 14AWG | 250 | FSZX21101414 | 01/15/22 | 0.77 | 192.50 | Sold to P3 |
| 07820 | 7 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 17020 | XT60 Male to Charger - 14AWG | 50 | FSZX21101414 | 01/15/22 | 0.77 | 38.50 | Sold to P3 |
| 07820 | 9 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 17024 | HXT 4mm to Charger - RedCat/Exceed - 14AWG | 60 | FSZX21101414 | 01/15/22 | 0.83 | 49.98 | Sold to P3 |
| 07791 | 13 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 17025 | Mini Tamiya Male to Charger - 14AWG | 50 | FSZX21101414 | 01/15/22 | 0.61 | 30.65 | Sold to P3 |
| 07791 | 15 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 17026 | Mini Tamiya Male (Reversed) to Charger - Airsoft - 14AWG | 75 | FSZX21101414 | 01/15/22 | 0.78 | 58.73 | Sold to P3 |
| 07791 | 17 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 17028 | Alligator Clips to Charger - 14AWG | 50 | FSZX21101414 | 01/15/22 | 0.68 | 34.00 | Sold to P3 |
| 07820 | 11 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 17029 | Deans Female to HXT 4mm Adapter - RedCat/Exceed - 14AWG | 50 | FSZX21101414 | 01/15/22 | 0.72 | 35.90 | Sold to P3 |
| 07791 | 19 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 17031 | XT60 Female to XT90 Male Adapter - 14AWG | 50 | FSZX21101414 | 01/15/22 | 0.97 | 48.25 | Sold to P3 |
| 07820 | 13 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 17031 | XT60 Female to XT90 Male Adapter - 14AWG | 50 | FSZX21101414 | 01/15/22 | 0.97 | 48.25 | Sold to P3 |
| 07791 | 21 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 17036 | Alligator Clips to Charger XT60 Male Adapter - 14AWG | 50 | FSZX21101414 | 01/15/22 | 0.64 | 32.20 | Sold to P3 |
| 07820 | 3 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 1704 | EC5 Male to Charger Adapter Standard - 14AWG | 50 | FSZX21101414 | 01/15/22 | 0.82 | 41.00 | Sold to P3 |
| 07791 | 23 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 17040 | XT30 Male to Charger - 14AWG | 240 | FSZX21101414 | 01/15/22 | 1.06 | 253.92 | Sold to P3 |
| 07820 | 15 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 17040 | XT30 Male to Charger - 14AWG | 60 | FSZX21101414 | 01/15/22 | 1.06 | 63.48 | Sold to P3 |
| 07919 | 17 | 1363 Dongguan QS Electronic Tech. Co | 17043 | 2S Balance Lead Extension 200mm - JST-XH | 50 | FSZX21101414 | 01/15/22 | 0.30 | 27.00 | Sold to P3 |
| 07919 | 19 | 1363 Dongguan QS Electronic Tech. Co | 17045 | 4S Balance Lead Extension 200mm - JST-XH | 150 | FSZX21101414 | 01/15/22 | 0.50 | 75.00 | Sold to P3 |
| 07919 | 20 | 1363 Dongguan QS Electronic Tech. Co | 17047 | 6S Balance Lead Extension 200mm - JST-XH | 100 | FSZX21101414 | 01/15/22 | 0.70 | 70.00 | Sold to P3 |
| 07791 | 25 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 17055 | XT60 Male to EC5 Female Adaptor - 10AWG | 930 | FSZX21101414 | 01/15/22 | 1.50 | 1,395.00 | Sold to P3 |
| 07820 | 17 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 17055 | XT60 Male to EC5 Female Adaptor - 10AWG | 200 | FSZX21101414 | 01/15/22 | 1.50 | 300.00 | Sold to P3 |
| 07791 | 27 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 17056 | XT60 Male to XT90 Female Adaptor - 10AWG | 90 | FSZX21101414 | 01/15/22 | 1.86 | 167.31 | Sold to P3 |
| 07820 | 19 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 17056 | XT60 Male to XT90 Female Adaptor - 10AWG | 50 | FSZX21101414 | 01/15/22 | 1.86 | 92.95 | Sold to P3 |
| 07791 | 29 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 17057 | XT60 Male to Tamiya Female Adaptor - 14AWG | 70 | FSZX21101414 | 01/15/22 | 1.21 | 84.70 | Sold to P3 |
| 07820 | 21 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 17057 | XT60 Male to Tamiya Female Adaptor - 14AWG | 50 | FSZX21101414 | 01/15/22 | 1.21 | 60.50 | Sold to P3 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07919 | 9 | 1363 Dongguan QS Electronic Tech. Co | 1708 | Balance Block w/Extended Leads - JST-XH | 60 | FSZX21101414 | 01/15/22 | 1.63 | 98.04 | Sold to P3 |
| 07821 | 1 | 2620 TESTER ELECTRONIC TECHNOLOGY CO.,LTD | 1712 | AS150 Male and Female Anti Spark Connector Set | 50 | FSZX21101414 | 01/15/22 | 3.60 | 180.00 | Sold to P3 |
| 07821 | 3 | 2620 TESTER ELECTRONIC TECHNOLOGY CO.,LTD | 1730 | XT90/XT90-S Male Connector - Device - 5pc | 85 | FSZX21101414 | 01/15/22 | 2.00 | 170.00 | Sold to P3 |
| 07919 | 11 | 1363 Dongguan QS Electronic Tech. Co | 1760 | Venom UNI 2.0 Plug XT60 to Deans Adaptor 1pc | 170 | FSZX21101414 | 01/15/22 | 0.75 | 126.99 | Sold to P3 |
| 07919 | 13 | 1363 Dongguan QS Electronic Tech. Co | 1762 | Venom UNI 2.0 Plug XT60 to Deans Adaptor 5pc | 335 | FSZX21101414 | 01/15/22 | 3.53 | 1,181.88 | Sold to P3 |
| 07919 | 15 | 1363 Dongguan QS Electronic Tech. Co | 1764 | Venom UNI 2.0 Plug XT60 to EC3 Adaptor 3pc | 50 | FSZX21101414 | 01/15/22 | 2.14 | 106.85 | Sold to P3 |
| 07791 | 7 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 1785 | XT60 Female to RX Female Adaptor | 50 | FSZX21101414 | 01/15/22 | 0.61 | 30.70 | Sold to P3 |
| 07791 | 9 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 1786 | XT60 Female to EC5 Male Adaptor | 50 | FSZX21101414 | 01/15/22 | 0.82 | 41.00 | Sold to P3 |
| 07820 | 5 | 1510 SHENZHEN G.T. HOBBIES CO., LTD | 1786 | XT60 Female to EC5 Male Adaptor | 50 | FSZX21101414 | 01/15/22 | 0.82 | 41.00 | Sold to P3 |
| 07762 | 11 | 1663 Shenzhen Vigor Power Battery Co., LTD | 25001X4 | 45C 1S 180mAh 3.7V LiPo - JST-MCX x4 | 768 | FSZX21101414 | 01/15/22 | 4.24 | 3,256.32 | Sold to P3 |
| 07762 | 1 | 1663 Shenzhen Vigor Power Battery Co., LTD | 25002 | 30C 2S 430mAh 7.4V LiPo - JST/JST-PH | 1,680 | FSZX21101414 | 01/15/22 | 1.81 | 3,040.80 | Sold to P3 |
| 07762 | 3 | 1663 Shenzhen Vigor Power Battery Co., LTD | 25005 | 30C 2S 1300mAh 7.4V LiPo - UNI 2.0-A | 504 | FSZX21101414 | 01/15/22 | 3.65 | 1,839.60 | Sold to P3 |
| 07762 | 5 | 1663 Shenzhen Vigor Power Battery Co., LTD | 25018 | 30C 6S 3600mAh 22.2V LiPo - UNI 2.0-A | 36 | FSZX21101414 | 01/15/22 | 26.30 | 946.80 | Sold to P3 |
| 07762 | 7 | 1663 Shenzhen Vigor Power Battery Co., LTD | 25024 | 30C 2S 800mAh 7.4V LiPo - JST | 192 | FSZX21101414 | 01/15/22 | 2.80 | 537.60 | Sold to P3 |
| 07762 | 9 | 1663 Shenzhen Vigor Power Battery Co., LTD | 25026 | 30C 3S 450mAh 11.1V LiPo - JST | 528 | FSZX21101414 | 01/15/22 | 3.67 | 1,937.76 | Sold to P3 |
| 07762 | 13 | 1663 Shenzhen Vigor Power Battery Co., LTD | 25028X2 | 30C 3S 1300mAh 11.1V LiPo - UNI 2.0-A x2 | 340 | FSZX21101414 | 01/15/22 | 10.70 | 3,638.00 | Sold to P3 |
| 07762 | 14 | 1663 Shenzhen Vigor Power Battery Co., LTD | 25048-EC5 | 50C 6S 5000mAh 22.2V LiPo - EC5 | 12 | FSZX21101414 | 01/15/22 | 38.79 | 465.48 | Sold to P3 |
| 07762 | 16 | 1663 Shenzhen Vigor Power Battery Co., LTD | 25051X2 | 30C 3S 800mAh 11.1V LiPo - JST x2 | 120 | FSZX21101414 | 01/15/22 | 8.14 | 976.80 | Sold to P3 |
| 07762 | 18 | 1663 Shenzhen Vigor Power Battery Co., LTD | 25052X4 | 45C 1S 250mAh 3.7V LiPo - JST-MCX x4 | 256 | FSZX21101414 | 01/15/22 | 4.80 | 1,228.80 | Sold to P3 |
| 07762 | 20 | 1663 Shenzhen Vigor Power Battery Co., LTD | 25084X4 | 30C 1S 150mAh 3.7V LiPo - JST-MCX x4 | 1,600 | FSZX21101414 | 01/15/22 | 4.00 | 6,400.00 | Sold to P3 |
| 07762 | 22 | 1663 Shenzhen Vigor Power Battery Co., LTD | 25147X2 | 30C 2S 300mAh 7.4V LiPo - JST/JST-PH x2 | 3,340 | FSZX21101414 | 01/15/22 | 3.55 | ###### | Sold to P3 |
| 07638 | 6 | 1139 Hua Yi Model Parts Manufactory | 4032B | Alloy Wing Mount 1:10 Traxxas - Blue | 40 | FSZX21101414 | 01/15/22 | 7.40 | 296.00 | Sold to P3 |
| 07671 | 7 | 1139 Hua Yi Model Parts Manufactory | 4032B | Alloy Wing Mount 1:10 Traxxas - Blue | 100 | FSZX21101414 | 01/15/22 | 7.40 | 740.00 | Sold to P3 |
| 07685 | 3 | 1139 Hua Yi Model Parts Manufactory | 4032B | Alloy Wing Mount 1:10 Traxxas - Blue | 30 | FSZX21101414 | 01/15/22 | 7.40 | 222.00 | Sold to P3 |
| 07730 | 12 | 1139 Hua Yi Model Parts Manufactory | 4032B | Alloy Wing Mount 1:10 Traxxas - Blue | 120 | FSZX21101414 | 01/15/22 | 7.40 | 888.00 | Sold to P3 |
| 07638 | 7 | 1139 Hua Yi Model Parts Manufactory | 4032GM | Alloy Wing Mount 1:10 Traxxas - Grey | 25 | FSZX21101414 | 01/15/22 | 7.40 | 185.00 | Sold to P3 |
| 07685 | 4 | 1139 Hua Yi Model Parts Manufactory | 4032GM | Alloy Wing Mount 1:10 Traxxas - Grey | 30 | FSZX21101414 | 01/15/22 | 7.40 | 222.00 | Sold to P3 |
| 07699 | 6 | 1139 Hua Yi Model Parts Manufactory | 4032GM | Alloy Wing Mount 1:10 Traxxas - Grey | 20 | FSZX21101414 | 01/15/22 | 7.40 | 148.00 | Sold to P3 |
| 07730 | 13 | 1139 Hua Yi Model Parts Manufactory | 4032GM | Alloy Wing Mount 1:10 Traxxas - Grey | 25 | FSZX21101414 | 01/15/22 | 7.40 | 185.00 | Sold to P3 |
| 07617 | 3 | 1139 Hua Yi Model Parts Manufactory | 4032R | Alloy Wing Mount 1:10 Traxxas - Rec | 40 | FSZX21101414 | 01/15/22 | 7.40 | 296.00 | Sold to P3 |
| 07685 | 26 | 1139 Hua Yi Model Parts Manufactory | 4060B | Alloy Front C-Hub Traxxas X-Maxx - Blue | 40 | FSZX21101414 | 01/15/22 | 18.90 | 756.00 | Sold to P3 |
| 07730 | 18 | 1139 Hua Yi Model Parts Manufactory | 4060B | Alloy Front C-Hub Traxxas X-Maxx - Blue | 110 | FSZX21101414 | 01/15/22 | 18.90 | 2,079.00 | Sold to P3 |
| 07769 | 11 | 1139 Hua Yi Model Parts Manufactory | 4060B | Alloy Front C-Hub Traxxas X-Maxx - Blue | 40 | FSZX21101414 | 01/15/22 | 18.90 | 756.00 | Sold to P3 |
| 07927 | 12 | 1139 Hua Yi Model Parts Manufactory | 4060B | Alloy Front C-Hub Traxxas X-Maxx - Blue | 30 | FSZX21101414 | 01/15/22 | 18.90 | 567.00 | Sold to P3 |
| 07769 | 12 | 1139 Hua Yi Model Parts Manufactory | 4060GM | Alloy Front C-Hub Traxxas X-Maxx - Grey | 60 | FSZX21101414 | 01/15/22 | 18.90 | 1,134.00 | Sold to P3 |
| 07927 | 13 | 1139 Hua Yi Model Parts Manufactory | 4060GM | Alloy Front C-Hub Traxxas X-Maxx - Grey | 30 | FSZX21101414 | 01/15/22 | 18.90 | 567.00 | Sold to P3 |
| 07671 | 15 | 1139 Hua Yi Model Parts Manufactory | 4060GRN | Alloy Front C-Hub Traxxas X-Maxx - Green | 100 | FSZX21101414 | 01/15/22 | 18.90 | 1,890.00 | Sold to P3 |
| 07699 | 10 | 1139 Hua Yi Model Parts Manufactory | 4060GRN | Alloy Front C-Hub Traxxas X-Maxx - Green | 30 | FSZX21101414 | 01/15/22 | 18.90 | 567.00 | Sold to P3 |
| 07730 | 19 | 1139 Hua Yi Model Parts Manufactory | 4060GRN | Alloy Front C-Hub Traxxas X-Maxx - Green | 20 | FSZX21101414 | 01/15/22 | 18.90 | 378.00 | Sold to P3 |
| 07927 | 14 | 1139 Hua Yi Model Parts Manufactory | 4060GRN | Alloy Front C-Hub Traxxas X-Maxx - Green | 40 | FSZX21101414 | 01/15/22 | 18.90 | 756.00 | Sold to P3 |
| 07671 | 16 | 1139 Hua Yi Model Parts Manufactory | 4060R | Alloy Front C-Hub Traxxas X-Maxx - Rec | 60 | FSZX21101414 | 01/15/22 | 18.90 | 1,134.00 | Sold to P3 |
| 07730 | 20 | 1139 Hua Yi Model Parts Manufactory | 4060R | Alloy Front C-Hub Traxxas X-Maxx - Rec | 50 | FSZX21101414 | 01/15/22 | 18.90 | 945.00 | Sold to P3 |
| 07770 | 5 | 1139 Hua Yi Model Parts Manufactory | 4063GM | Alloy Front/Rear Upper Arm Traxxas X-Maxx - Grey | 40 | FSZX21101414 | 01/15/22 | 11.90 | 476.00 | Sold to P3 |
| 07822 | 9 | 1139 Hua Yi Model Parts Manufactory | 4063GM | Alloy Front/Rear Upper Arm Traxxas X-Maxx - Grey | 20 | FSZX21101414 | 01/15/22 | 11.90 | 238.00 | Sold to P3 |
| 07731 | 3 | 1139 Hua Yi Model Parts Manufactory | 4082GM | Alloy Front Bulkhead - Gun Meta | 30 | FSZX21101414 | 01/15/22 | 14.19 | 425.70 | Sold to P3 |
| 07770 | 7 | 1139 Hua Yi Model Parts Manufactory | 4082GM | Alloy Front Bulkhead - Gun Meta | 40 | FSZX21101414 | 01/15/22 | 14.19 | 567.60 | Sold to P3 |
| 07770 | 8 | 1139 Hua Yi Model Parts Manufactory | 4082R | Alloy Front Bulkhead - Rec | 30 | FSZX21101414 | 01/15/22 | 14.19 | 425.70 | Sold to P3 |
| 07638 | 16 | 1139 Hua Yi Model Parts Manufactory | 4084B | Alloy Steering Bellcrank Assembly - Blue | 25 | FSZX21101414 | 01/15/22 | 8.95 | 223.75 | Sold to P3 |
| 07671 | 26 | 1139 Hua Yi Model Parts Manufactory | 4084B | Alloy Steering Bellcrank Assembly - Blue | 30 | FSZX21101414 | 01/15/22 | 8.95 | 268.50 | Sold to P3 |
| 07822 | 13 | 1139 Hua Yi Model Parts Manufactory | 4084B | Alloy Steering Bellcrank Assembly - Blue | 19 | FSZX21101414 | 01/15/22 | 8.95 | 179.00 | Sold to P3 |
| 07770 | 9 | 1139 Hua Yi Model Parts Manufactory | 4084GM | Alloy Steering Bellcrank Assembly - Gun Meta | 30 | FSZX21101414 | 01/15/22 | 8.95 | 268.50 | Sold to P3 |
| 07792 | 27 | 1139 Hua Yi Model Parts Manufactory | 4116B | Alloy Rear Camber Link 1:10 Traxxas 2WD - Blue | 50 | FSZX21101414 | 01/15/22 | 6.20 | 310.00 | Sold to P3 |
| 07769 | 2 | 1139 Hua Yi Model Parts Manufactory | 4121 | Alloy Hex Adaptor (12mm x 7mm) 1:10 Axial - Blue | 70 | FSZX21101414 | 01/15/22 | 2.50 | 175.00 | Sold to P3 |
| 07822 | 2 | 1139 Hua Yi Model Parts Manufactory | 4121 | Alloy Hex Adaptor (12mm x 7mm) 1:10 Axial - Blue | 30 | FSZX21101414 | 01/15/22 | 2.50 | 75.00 | Sold to P3 |
| 07849 | 13 | 1139 Hua Yi Model Parts Manufactory | 4134R | Alloy Front Skidplate 1:10 Traxxas 2WD -Red | 40 | FSZX21101414 | 01/15/22 | 4.93 | 197.20 | Sold to P3 |
| 07733 | 1 | 1139 Hua Yi Model Parts Manufactory | 4138B | Alloy Rear Knuckle 1:10 Traxxas 2WD - Blue | 1,200 | FSZX21101414 | 01/15/22 | 5.26 | 6,312.00 | Sold to P3 |
| 07699 | 35 | 1139 Hua Yi Model Parts Manufactory | 4138GM | Alloy Rear Knuckle 1:10 Traxxas 2WD - Grey | 20 | FSZX21101414 | 01/15/22 | 5.26 | 105.20 | Sold to P3 |
| 07733 | 2 | 1139 Hua Yi Model Parts Manufactory | 4138GM | Alloy Rear Knuckle 1:10 Traxxas 2WD - Grey | 220 | FSZX21101414 | 01/15/22 | 5.26 | 1,157.20 | Sold to P3 |
| 07519 | 10 | 1139 Hua Yi Model Parts Manufactory | 4139R | Alloy Front Ultra Shocks 1:10 Traxxas 2pcs - Rec | 110 | FSZX21101414 | 01/15/22 | 5.76 | 633.60 | Sold to P3 |
| 07549 | 17 | 1139 Hua Yi Model Parts Manufactory | 4139R | Alloy Front Ultra Shocks 1:10 Traxxas 2pcs - Rec | 100 | FSZX21101414 | 01/15/22 | 5.76 | 576.00 | Sold to P3 |
| 07672 | 21 | 1139 Hua Yi Model Parts Manufactory | 4139R | Alloy Front Ultra Shocks 1:10 Traxxas 2pcs - Rec | 100 | FSZX21101414 | 01/15/22 | 5.76 | 576.00 | Sold to P3 |
| 07685 | 19 | 1139 Hua Yi Model Parts Manufactory | 4139R | Alloy Front Ultra Shocks 1:10 Traxxas 2pcs - Rec | 60 | FSZX21101414 | 01/15/22 | 5.76 | 345.60 | Sold to P3 |
| 07733 | 3 | 1139 Hua Yi Model Parts Manufactory | 4139R | Alloy Front Ultra Shocks 1:10 Traxxas 2pcs - Rec | 770 | FSZX21101414 | 01/15/22 | 5.76 | 4,435.20 | Sold to P3 |
| 07672 | 22 | 1139 Hua Yi Model Parts Manufactory | 4140R | Alloy Rear Ultra Shock 1:10 Traxxas - Red | 150 | FSZX21101414 | 01/15/22 | 5.76 | 864.00 | Sold to P3 |

| 07685 | 20 | 1139 Hua Yi Model Parts Manufactory | 4140R | Alloy Rear Ultra Shock 1:10 Traxxas - Red | 150 | FSZX21101414 | 01/15/22 | 5.76 | 864.00 | Sold to P3 |
| 07699 | 37 | 1139 Hua Yi Model Parts Manufactory | 4140R | Alloy Rear Ultra Shock 1:10 Traxxas - Red | 300 | FSZX21101414 | 01/15/22 | 5.76 | 1,728.00 | Sold to P3 |
| 07734 | 1 | 1139 Hua Yi Model Parts Manufactory | 4140R | Alloy Rear Ultra Shock 1:10 Traxxas - Red | 660 | FSZX21101414 | 01/15/22 | 5.76 | 3,801.60 | Sold to P3 |
| 07929 | 5 | 1139 Hua Yi Model Parts Manufactory | 4140R | Alloy Rear Ultra Shock 1:10 Traxxas - Red | 120 | FSZX21101414 | 01/15/22 | 5.76 | 691.20 | Sold to P3 |
| 07734 | 7 | 1139 Hua Yi Model Parts Manufactory | 4158B | Alloy Front/Rear Adj Tie Rod 1:16 Traxxas 4X4 - Blue | 30 | FSZX21101414 | 01/15/22 | 5.26 | 157.80 | Sold to P3 |
| 07849 | 15 | 1139 Hua Yi Model Parts Manufactory | 4177B | Front Knuckle Axle Carriers 1:16 Traxxas 4X4 - Blue | 50 | FSZX21101414 | 01/15/22 | 5.92 | 296.00 | Sold to P3 |
| 07730 | 5 | 1139 Hua Yi Model Parts Manufactory | 4184 | Alloy Ultra Traxxas Shock Rebuild Kit | 20 | FSZX21101414 | 01/15/22 | 1.62 | 32.40 | Sold to P3 |
| 07735 | 8 | 1139 Hua Yi Model Parts Manufactory | 4250GM | Alloy Steering Knuckle Arrma Kraton 6S BLX - Gun Metal | 35 | FSZX21101414 | 01/15/22 | 10.00 | 350.00 | Sold to P3 |
| 07735 | 13 | 1139 Hua Yi Model Parts Manufactory | 4252R | Alloy Front Upper Arm Arrma Kraton 6S BLX - Red | 20 | FSZX21101414 | 01/15/22 | 10.00 | 200.00 | Sold to P3 |
| 07771 | 20 | 1139 Hua Yi Model Parts Manufactory | 4369B | Alloy Rear Stub Axle Carrier 1:10 Traxxas 4X4 - Blue | 40 | FSZX21101414 | 01/15/22 | 6.25 | 250.00 | Sold to P3 |
| 07823 | 5 | 1139 Hua Yi Model Parts Manufactory | 4376GRN | Alloy Rear Differential Cover - Traxxas X-Maxx - Green | 60 | FSZX21101414 | 01/15/22 | 13.90 | 834.00 | Sold to P3 |
| 07519 | 14 | 1139 Hua Yi Model Parts Manufactory | 4377B | Alloy Steering Bellcrank Assembly - Traxxas X-Maxx - Blue | 30 | FSZX21101414 | 01/15/22 | 16.90 | 507.00 | Sold to P3 |
| 07672 | 34 | 1139 Hua Yi Model Parts Manufactory | 4377B | Alloy Steering Bellcrank Assembly - Traxxas X-Maxx - Blue | 40 | FSZX21101414 | 01/15/22 | 16.90 | 676.00 | Sold to P3 |
| 07685 | 34 | 1139 Hua Yi Model Parts Manufactory | 4377B | Alloy Steering Bellcrank Assembly - Traxxas X-Maxx - Blue | 100 | FSZX21101414 | 01/15/22 | 16.90 | 1,690.00 | Sold to P3 |
| 07735 | 24 | 1139 Hua Yi Model Parts Manufactory | 4377B | Alloy Steering Bellcrank Assembly - Traxxas X-Maxx - Blue | 75 | FSZX21101414 | 01/15/22 | 16.90 | 1,352.00 | Sold to P3 |
| 07519 | 15 | 1139 Hua Yi Model Parts Manufactory | 4377GRN | Alloy Steering Bellcrank Assembly - Traxxas X-Maxx - Green | 20 | FSZX21101414 | 01/15/22 | 16.90 | 338.00 | Sold to P3 |
| 07672 | 36 | 1139 Hua Yi Model Parts Manufactory | 4377GRN | Alloy Steering Bellcrank Assembly - Traxxas X-Maxx - Green | 75 | FSZX21101414 | 01/15/22 | 16.90 | 1,267.50 | Sold to P3 |
| 07699 | 53 | 1139 Hua Yi Model Parts Manufactory | 4377GRN | Alloy Steering Bellcrank Assembly - Traxxas X-Maxx - Green | 80 | FSZX21101414 | 01/15/22 | 16.90 | 1,352.00 | Sold to P3 |
| 07933 | 20 | 1139 Hua Yi Model Parts Manufactory | 4384B | Alloy Chassis Top Brace - Traxxas X-Maxx - Blue | 20 | FSZX21101414 | 01/15/22 | 30.19 | 603.80 | Sold to P3 |
| 07930 | 4 | 1139 Hua Yi Model Parts Manufactory | 4384R | Alloy Chassis Top Brace - Traxxas X-Maxx - Red | 30 | FSZX21101414 | 01/15/22 | 30.19 | 905.70 | Sold to P3 |
| 07699 | 67 | 1139 Hua Yi Model Parts Manufactory | 4388GRN | Alloy Center Skid Plate - Traxxas X-Maxx - Green | 20 | FSZX21101414 | 01/15/22 | 25.69 | 513.80 | Sold to P3 |
| 07736 | 11 | 1139 Hua Yi Model Parts Manufactory | 4388R | Alloy Center Skid Plate - Traxxas X-Maxx - Red | 20 | FSZX21101414 | 01/15/22 | 25.69 | 513.80 | Sold to P3 |
| 07793 | 13 | 1139 Hua Yi Model Parts Manufactory | 4390B | Alloy Rear Skid Plate - Traxxas X-Maxx - Blue | 40 | FSZX21101414 | 01/15/22 | 14.15 | 566.00 | Sold to P3 |
| 07736 | 14 | 1139 Hua Yi Model Parts Manufactory | 4390GM | Alloy Rear Skid Plate - Traxxas X-Maxx - Grey | 20 | FSZX21101414 | 01/15/22 | 14.15 | 283.00 | Sold to P3 |
| 07838 | 1 | 1207 THAI CHEONG CO. | 45015 | Battery Safety Charge Sack - Small | 500 | FSZX21101414 | 01/15/22 | 5.23 | 2,615.00 | Sold to Jegs |
| 07840 | 1 | 1663 Shenzhen Vigor Power Battery Co., LTD | 45050 | 8.4V 3000mAh NiMH Hump Pack - UNI 2.0-L | 500 | FSZX21101414 | 01/15/22 | 8.79 | 4,395.00 | Sold to Jegs |
| 07840 | 3 | 1663 Shenzhen Vigor Power Battery Co., LTD | 45060 | 8.4V 3000mAh NiMH Flat Pack - UNI 2.0-L | 500 | FSZX21101414 | 01/15/22 | 8.62 | 4,310.00 | Sold to Jegs |
| 07840 | 5 | 1663 Shenzhen Vigor Power Battery Co., LTD | 45070 | 7.2V 3000mAh NiMH - UNI 2.0-L | 500 | FSZX21101414 | 01/15/22 | 7.75 | 3,875.00 | Sold to Jegs |
| 07840 | 7 | 1663 Shenzhen Vigor Power Battery Co., LTD | 45080 | 30C 2S 5000mAh 7.4V Sport LiPo - UNI 2.0-L | 500 | FSZX21101414 | 01/15/22 | 14.12 | 7,060.00 | Sold to Jegs |
| 07841 | 1 | 2024 AGA Power | 45090 | 35C 3S 5000mAh 11.1V LiPo - UNI 2.0-L | 250 | FSZX21101414 | 01/15/22 | 22.30 | 5,575.00 | Sold to Jegs |
| 07828 | 1 | 2024 AGA Power | 580049 | 1S 15C 22Ah 3.7V LiPo LCO Power Cell | 167 | FSZX21101414 | 01/15/22 | 30.00 | 6,450.00 | Purchased for 12045913 - Space Vector Corporation |

EXHIBIT A/B-41

**Vertical Partners West, LLC.**
**Asset Listing**
**As of December 15, 2021**

| Item | Location | Qty | Avg Value Ea | Total Value | Notes |
|------|----------|-----|--------------|-------------|-------|
| | | | | 80,056.00 | |
| Office Desk Sets | Front Office | 8 | 75.00 | 600.00 | |
| Office Chair | Front Office | 26 | 25.00 | 650.00 | |
| Metal Filing Cabinet | Front Office | 7 | 30.00 | 210.00 | |
| BookCase | Front Office | 8 | 30.00 | 240.00 | |
| Lamp | Front Office | 3 | 10.00 | 30.00 | |
| Floor Heater | Front Office | 3 | 25.00 | 75.00 | |
| Credenza | Front Office | 2 | 30.00 | 60.00 | |
| Lounge Chair | Front Office | 5 | 30.00 | 150.00 | |
| Meeting Chairs | Front Office | 12 | 20.00 | 240.00 | |
| Conference Room Table | Front Office | 1 | 50.00 | 50.00 | |
| Mini Refridgerator | Front Office | 2 | 20.00 | 40.00 | |
| White Boards | Front Office | 8 | 20.00 | 160.00 | |
| TV | Front Office | 2 | 75.00 | 150.00 | |
| Bistro Table | Front Office | 1 | 25.00 | 25.00 | |
| Bistro Height Stools | Front Office | 4 | 7.50 | 30.00 | |
| Couch | Front Office | 1 | 40.00 | 40.00 | |
| Coffee Table | Front Office | 1 | 20.00 | 20.00 | |
| Cubicles | Front Office | 20 | 300.00 | 6,000.00 | |
| Office Phones | Front Office | 24 | 25.00 | 600.00 | |
| Adding Machines | Front Office | 3 | 5.00 | 15.00 | |
| Headsets | Front Office | 8 | 10.00 | 80.00 | |
| Misc Office Supplies | Front Office | 25 | 5.00 | 125.00 | |
| Plastic Folding Tables | Front Office | 2 | 15.00 | 30.00 | |
| Projection TV | Front Office | 1 | 25.00 | 25.00 | |
| Entertainment TV Stand | Front Office | 1 | 50.00 | 50.00 | |
| Refrigerator Full Size | Front Office | 1 | 75.00 | 75.00 | |
| Microwave Oven | Front Office | 1 | 35.00 | 35.00 | |
| Toaster Oven | Front Office | 1 | 10.00 | 10.00 | |
| Misc Kitchen Supplies | Front Office | | 25.00 | 25.00 | |
| Misc Artwork | Front Office | 30 | 10.00 | 300.00 | |
| Standing Desktops | Front Office | 3 | 11.00 | 33.00 | |
| Computer Monitors | Front Office | 40 | 30.00 | 1,200.00 | |
| CPUs | Front Office | 6 | 35.00 | 210.00 | |
| Windows Server | Front Office | 1 | 500.00 | 500.00 | |
| Linux Server | Front Office | 1 | 500.00 | 500.00 | |
| Paper Cutter | Front Office | 1 | 10.00 | 10.00 | |
| Photo Paper Printer | Front Office | 1 | 50.00 | 50.00 | |
| Misc Computer Keyboards, Mice, Etc | Front Office | 20 | 5.00 | 100.00 | |
| Laser Printer | Front Office | 4 | - | - | Leased from H&H Document Management Solutions |
| Copier | Front Office | 1 | - | - | Leased from H&H Document Management Solutions |
| Wooden Work Table | Mid Warehouse | 9 | 50.00 | 450.00 | |
| Metal  Shelving Racks | Mid Warehouse | 20 | 25.00 | 500.00 | |
| Metal Storage Cabinets | Mid Warehouse | 2 | 35.00 | 70.00 | |
| Wire Shelving Unit | Mid Warehouse | 2 | 30.00 | 60.00 | |
| Rolling Computer Cart | Mid Warehouse | 1 | 45.00 | 45.00 | |
| Monitors | Mid Warehouse | 4 | 30.00 | 120.00 | |
| CPUs | Mid Warehouse | 1 | 25.00 | 25.00 | |
| Metal Filing Cabinet | Mid Warehouse | 3 | 25.00 | 75.00 | |
| Chairs | Mid Warehouse | 6 | 25.00 | 150.00 | |
| Desktop Scale | Mid Warehouse | 1 | 25.00 | 25.00 | |
| Freight Scale Small | Mid Warehouse | 1 | 50.00 | 50.00 | |
| Megger Internal Resistance Meter | Mid Warehouse | 1 | 100.00 | 100.00 | |
| 5 Digit Multi Meter | Mid Warehouse | 1 | 100.00 | 100.00 | |
| DC Power Supply | Mid Warehouse | 1 | 50.00 | 50.00 | |
| Label Maker | Mid Warehouse | 1 | 25.00 | 25.00 | |
| Production Stations Built | Mid Warehouse | 6 | 250.00 | 1,500.00 | |
| Folding Tabels | Mid Warehouse | 1 | 20.00 | 20.00 | |
| Plastic Shelving Units | Mid Warehouse | 3 | 20.00 | 60.00 | |
| Misc Compter Keyboards, Mice | Mid Warehouse | | 25.00 | 25.00 | |
| Wireless Router | Mid Warehouse | 1 | 20.00 | 20.00 | |
| Misc Hand Tools | Mid Warehouse | | 50.00 | 50.00 | |
| Misc Electrical Testing Gear | Mid Warehouse | | 50.00 | 50.00 | |

**Vertical Partners West, LLC.**
**Asset Listing**
**As of December 15, 2021**

| | | | | 80,056.00 | |
|---|---|---|---|---|---|
| Item | Location | Qty | Avg Value Ea | Total Value | Notes |
| Misc Office Supplies in Cabinet | Mid Warehouse | | 100.00 | 100.00 | |
| Misc Computer Keyboards, Mice, Etc | Mid Warehouse | 5 | 5.00 | 25.00 | |
| Laser Printer | Main Warehouse | 1 | - | - | Leased from: H&H Document Management Solutions P.O. Box 846 Verdale, WA  99037 |
| Wooden Work Table | Main Warehouse | 5 | 50.00 | 250.00 | |
| Metal  Shelving Racks | Main Warehouse | 14 | 25.00 | 350.00 | |
| Large Floor Fans | Main Warehouse | 3 | 30.00 | 90.00 | |
| Misc Shipping Supplies | Main Warehouse | | 100.00 | 100.00 | |
| Rolling Computer Cart | Main Warehouse | 1 | 45.00 | 45.00 | |
| Monitors | Main Warehouse | 5 | 30.00 | 150.00 | |
| CPUs | Main Warehouse | 3 | 25.00 | 75.00 | |
| Scanner Guns | Main Warehouse | 4 | 25.00 | 100.00 | |
| Chairs | Main Warehouse | 2 | 25.00 | 50.00 | |
| Stools | Main Warehouse | 3 | 10.00 | 30.00 | |
| Freight Scale Small | Main Warehouse | 4 | 20.00 | 80.00 | |
| Rolling Parts Bins | Main Warehouse | 2 | 20.00 | 40.00 | |
| 220V 300Amp DC Power Supply | Main Warehouse | 2 | 250.00 | 500.00 | |
| Label Maker Brady | Main Warehouse | 1 | 50.00 | 50.00 | |
| Label Printers | Main Warehouse | 3 | 25.00 | 75.00 | |
| Battery Assembly Jigs | Main Warehouse | 1 | 50.00 | 50.00 | |
| Folding Tabels | Main Warehouse | 1 | 20.00 | 20.00 | |
| Vacum Injection Pump | Main Warehouse | 1 | 25.00 | 25.00 | |
| Misc Compter Keyboards, Mice | Main Warehouse | 4 | 25.00 | 100.00 | |
| Wireless Router | Main Warehouse | 1 | 20.00 | 20.00 | |
| Misc Hand Tools | Main Warehouse | | 150.00 | 150.00 | |
| Misc Electrical Testing Gear | Main Warehouse | | 150.00 | 150.00 | |
| Resistance Racks | Main Warehouse | 4 | 75.00 | 300.00 | |
| Misc Resistance Components | Main Warehouse | 20 | 5.00 | 100.00 | |
| Rolling Plastic Pick Carts | Main Warehouse | 5 | 25.00 | 125.00 | |
| Rolling Tall Metal Picking Stairs | Main Warehouse | 2 | 50.00 | 100.00 | |
| Folding Ladders | Main Warehouse | 2 | 20.00 | 40.00 | |
| Pallet Jacks | Main Warehouse | 2 | 45.00 | 90.00 | |
| Parking Bollards | Main Warehouse | 4 | 10.00 | 40.00 | |
| 4x8 Sheet Poly | Main Warehouse | 1 | 10.00 | 10.00 | |
| 50 Gallon Bins | Main Warehouse | 2 | 20.00 | 40.00 | |
| Floor Pallet Freight Scale | Main Warehouse | 1 | 75.00 | 75.00 | |
| Misc Shovels | Main Warehouse | 4 | 5.00 | 20.00 | |
| Corkboards | Main Warehouse | 1 | 10.00 | 10.00 | |
| Large Plastic Shipping Crates | Main Warehouse | 3 | 50.00 | 150.00 | |
| Garbage Cans 45 Gallon | Main Warehouse | 8 | 5.00 | 40.00 | |
| Folding Small Step Stools | Main Warehouse | 3 | 5.00 | 15.00 | |
| Rolling Tool Boxes | Main Warehouse | 3 | 45.00 | 135.00 | |
| Security Cage Kit 8' Tall x 40' Wide | Main Warehouse | 1 | 500.00 | 500.00 | |
| Office Phones | Main Warehouse | 3 | 25.00 | 75.00 | |
| Hydraulic Press | Main Warehouse | 1 | 30.00 | 30.00 | |
| Delta Desktop Drill Press | Main Warehouse | 1 | 50.00 | 50.00 | |
| Delta Floor Standing Band Saw | Main Warehouse | 1 | 100.00 | 100.00 | |
| Crown Electric Forklift  Forklift | Main Warehouse | 1 | 1,750.00 | 1,750.00 | |
| Production Stations Built | Production Area | 13 | 250.00 | 3,250.00 | |
| Production Stations New in Box | Production Area | 5 | 300.00 | 1,500.00 | |
| Battery Testing Racks | Production Area | 2 | 150.00 | 300.00 | |
| Battery Cyclers | Production Area | 3 | 2,500.00 | 7,500.00 | |
| Environment Chamber | Production Area | 1 | 1,750.00 | 1,750.00 | |
| Environment Chamber (Leased) | Production Area | 1 | - | - | Leased from: Advanced Test Equipment Corporation 10401 Roselle Street San Diego, CA  92121 |
| Scanner | Production Area | 2 | 50.00 | 100.00 | |
| Battery Assembly Jigs | Production Area | 2 | 50.00 | 100.00 | |
| Battery Test Jigs | Production Area | 62 | 2.00 | 124.00 | |
| Misc Hand  Tools | Production Area | | 250.00 | 250.00 | |
| Tool Boxes | Production Area | 1 | 25.00 | 25.00 | |

**Vertical Partners West, LLC.**
**Asset Listing**
**As of December 15, 2021**

| | | | | 80,056.00 | |
|---|---|---|---|---|---|
| Item | Location | Qty | Avg Value Ea | Total Value | Notes |
| Monitors | Production Area | 7 | 30.00 | 210.00 | |
| CPUs | Production Area | 2 | 25.00 | 50.00 | |
| Floor Heaters | Production Area | 2 | 25.00 | 50.00 | |
| Soldering Station | Production Area | 1 | 35.00 | 35.00 | |
| Air Compressor | Production Area | 1 | 150.00 | 150.00 | |
| Chairs | Production Area | 2 | 25.00 | 50.00 | |
| Office Phones | Production Area | 1 | 25.00 | 25.00 | |
| Soldering Air Filtration Machine | Production Area | 1 | 50.00 | 50.00 | |
| Battery Discharge Rack | Production Area | 1 | 250.00 | 250.00 | |
| Metal Steps | Production Area | 1 | 25.00 | 25.00 | |
| Rolling PC Carts | Production Area | 3 | 50.00 | 150.00 | |
| Misc Computer Keyboards, Mice, Etc | Production Area | 5 | 5.00 | 25.00 | |
| Rack Mounted Chargers | R&D Room & Loft | 3 | 50.00 | 150.00 | |
| Soldering Stations | R&D Room & Loft | 4 | 50.00 | 200.00 | |
| 5 Digit Multi Meters | R&D Room & Loft | 7 | 75.00 | 525.00 | |
| Spot Welder For Cylindrical Cells | R&D Room & Loft | 1 | 150.00 | 150.00 | |
| Work Stations | R&D Room & Loft | 1 | 75.00 | 75.00 | |
| 500 Amp Power Supply | R&D Room & Loft | 1 | 500.00 | 500.00 | |
| Misc Hand Tools | R&D Room & Loft | | 200.00 | 200.00 | |
| Misc Circuit Board Components | R&D Room & Loft | | 150.00 | 150.00 | |
| Misc Soldering Tools | R&D Room & Loft | | 50.00 | 50.00 | |
| Misc Wire | R&D Room & Loft | | 50.00 | 50.00 | |
| Misc Connectors | R&D Room & Loft | | 50.00 | 50.00 | |
| Misc Radio Control Boats | R&D Room & Loft | | 25.00 | 25.00 | |
| Misc Radio Control Cars | R&D Room & Loft | | 150.00 | 150.00 | |
| Misc Radio Control Drones & Parts | R&D Room & Loft | | 150.00 | 150.00 | |
| Misc Hobby Battery Chargers | R&D Room & Loft | 15 | 20.00 | 300.00 | |
| Misc Hobby Battery Samples | R&D Room & Loft | 50 | 1.00 | 50.00 | |
| Metal Shelving Racks | R&D Room & Loft | 2 | 25.00 | 50.00 | |
| Office Desk Set | R&D Room & Loft | 1 | 50.00 | 50.00 | |
| Mini Refrigerator | R&D Room & Loft | 1 | 25.00 | 25.00 | |
| Office Phones | R&D Room & Loft | 1 | 25.00 | 25.00 | |
| Floor Fan | R&D Room & Loft | 1 | 15.00 | 15.00 | |
| Magnifying Scopes | R&D Room & Loft | 2 | 20.00 | 40.00 | |
| PCBA Magnyfying Scope | R&D Room & Loft | 1 | 50.00 | 50.00 | |
| Osciliscope | R&D Room & Loft | 1 | 75.00 | 75.00 | |
| Misc Computer Keyboards, Mice, Etc | R&D Room & Loft | 5 | 5.00 | 25.00 | |
| Wooden Work Table | Photo Studio | 4 | 30.00 | 120.00 | |
| Photo Lights | Photo Studio | 3 | 25.00 | 75.00 | |
| Digital Camera | Photo Studio | 1 | 25.00 | 25.00 | |
| Digital Recorder Audio | Photo Studio | 1 | 10.00 | 10.00 | |
| Wireless Lapel Mics | Photo Studio | 4 | 25.00 | 100.00 | |
| Boom Mic Camera Mounted | Photo Studio | 1 | 50.00 | 50.00 | |
| Light Stands | Photo Studio | 3 | 5.00 | 15.00 | |
| Photo Box For Small Items | Photo Studio | 1 | 100.00 | 100.00 | |
| Chairs | Photo Studio | 2 | 25.00 | 50.00 | |
| Mac IMAC for photo box | Photo Studio | 1 | 25.00 | 25.00 | |
| CPU | Photo Studio | 1 | 20.00 | 20.00 | |
| Misc Photo Supplies | Photo Studio | | 50.00 | 50.00 | |
| Misc Battery Samples (non functional ) | Photo Studio | 5 | - | - | |
| Office Phone | Photo Studio | 1 | 25.00 | 25.00 | |
| Misc Computer Keyboards, Mice, Etc | Photo Studio | 5 | 5.00 | 25.00 | |
| Apple LapTops | Conf Room Computers | 4 | 100.00 | 400.00 | |
| Dell LapTops | Conf Room Computers | 10 | 200.00 | 2,000.00 | |
| Dell Engineering LapTops | Conf Room Computers | 1 | 500.00 | 500.00 | |
| HP Laptops | Conf Room Computers | 3 | 150.00 | 450.00 | |
| CPUs | Conf Room Computers | 2 | 25.00 | 50.00 | |
| IMAC | Conf Room Computers | 2 | 300.00 | 600.00 | |
| IMB LapTops | Conf Room Computers | 1 | 25.00 | 25.00 | |
| Thunderbolt Monitor | Conf Room Computers | 1 | 100.00 | 100.00 | |
| Misc Backup Drives | Conf Room Computers | 3 | 10.00 | 30.00 | |
| Misc Computer Keyboards, Mice, Etc | Conf Room Computers | 5 | 5.00 | 25.00 | |
| 12 Foot Uprights | Mid Warehouse Racks | 30 | 58.00 | 1,740.00 | |
| 8 Foot Beams | Mid Warehouse Racks | 124 | 34.00 | 4,216.00 | |
| 44"x44" Wire Decking | Mid Warehouse Racks | 124 | 29.00 | 3,596.00 | |
| 12 Foot Uprights | Main Warehouse Racks | 78 | 58.00 | 4,524.00 | |

**Vertical Partners West, LLC.**
**Asset Listing**
**As of December 15, 2021**

| Item | Location | Qty | Avg Value Ea | Total Value | Notes |
|------|----------|-----|--------------|-------------|-------|
| | | | | 80,056.00 | |
| 8 Foot Beams | Main Warehouse Racks | 306 | 34.00 | 10,404.00 | |
| 44"x44" Wire Decking | Main Warehouse Racks | 306 | 29.00 | 8,874.00 | |

**Fill in this information to identify the case:**

Debtor name **Vertical Partners West, LLC**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Aladdin PD Fund I, LLLP** | | | |
|---|---|---|---|---|

**Aladdin PD Fund I, LLLP**
Creditor's Name

**2 Union Square, Suite 901**
**Chattanooga, TN 37402**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2016 and later**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets (perfection may be an issue; and subject to subordination agmt).**

Describe the lien
**UCC security interest**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$7,739,897.73**   Column B: **$2,677,883.39**

| 2.2 | **Beverly Bank & Trust Company** | | | |
|---|---|---|---|---|

**Beverly Bank & Trust Company**
Creditor's Name

**c/o Corporation Service Comp**
**801 Adlai Stevenson Dr**
**Springfield, IL 62703**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**8/2/2016**
Last 4 digits of account number
**9546**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**All assets (perfection of lien is subject to preference action and disputed)**

Describe the lien
**UCC security interest**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$976,029.48**   Column B: **$2,729,622.93**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Vertical Partners West, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $8,715,927.2 1

---

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Beverly Bank & Trust Co**<br>**10258 S Western Ave**<br>**Chicago, IL 60643** | Line __2.2__ | |
| **Beverly Bank & Trust Co**<br>**c/o Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line __2.2__ | |
| **Bevery Bank & Trust Co**<br>**Atten: Steve Parker**<br>**9801 West Higgins, Box 32**<br>**Rosemont, IL 60018** | Line __2.2__ | |
| **Brandon R. Freud**<br>**Chuhak & Tecson, P.C.**<br>**30 S. Wacker Dr., Ste 2600**<br>**Chicago, IL 60606** | Line __2.2__ | |
| **Chambliss, Bahner & Stophel**<br>**605 Chestnut Street**<br>**Suite 1700**<br>**Chattanooga, TN 37450** | Line __2.1__ | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Vertical Partners West, LLC**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Allen J. Kilbourne**<br>**7364 N. Courcelles Pkwy**<br>**Coeur D Alene, ID 83815-9829** | $576.96 | $576.96 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/19/2021**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Employee pay and benefits**

Is the claim subject to offset?
■ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address<br>**Andrew Alan Sarver**<br>**1428 W. Sutherland Court**<br>**Hayden, ID 83835-8131** | $5,227.78 | $5,227.78 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/19/2021**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Employee pay and benefits**

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Vertical Partners West, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,358.06** | **$4,358.06**

**Brandi M. Nelson**
**7086 W. Amanda Street**
**Rathdrum, ID 83858-0236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/19/2021**

Basis for the claim:
**Employee pay and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$688.95** | **$688.95**

**Brandy Stevenson**
**PO Box 1084**
**Rathdrum, ID 83858-1084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/19/2021**

Basis for the claim:
**Employee pay and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$228.00** | **$228.00**

**Brett Robert Scott**
**11110 E 6th Ave**
**Spokane, WA 99206-5546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/19/2021**

Basis for the claim:
**Employee pay and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,765.61** | **$1,765.61**

**Brian Scott Pintello**
**623 E Penrose Ave**
**Post Falls, ID 83854-0137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/19/2021**

Basis for the claim:
**Employee pay and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Vertical Partners West, LLC** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $804.32 | $804.32 |
|-----|---------------------------------------------|----------------------------------------------|---------|---------|

**Caleb Hager**
**6058 N. Madellaine Dr.**
**Coeur D Alene, ID 83815-9357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/19/2021**

Basis for the claim:
**Employee pay and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $525.97 | $525.97 |
|-----|---------------------------------------------|----------------------------------------------|---------|---------|

**David A. Jolliffe**
**34720 N. Collins Road**
**Athol, ID 83801-7023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/19/2021**

Basis for the claim:
**Employee pay and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,774.48 | $1,774.48 |
|-----|---------------------------------------------|----------------------------------------------|-----------|-----------|

**Dennis Jeremy Johnston**
**11319 E 8th Ave**
**Spokane, WA 99206-2818**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/19/2021**

Basis for the claim:
**Employee pay and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $335.52 | $335.52 |
|------|---------------------------------------------|----------------------------------------------|---------|---------|

**James Thomas Dickey**
**8628 E Cessna Lane**
**Athol, ID 83801-9417**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/19/2021**

Basis for the claim:
**Employee pay and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Vertical Partners West, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $864.00 | $864.00 |
|---|---|---|---|---|

**Jason Andrew Budwiser**
**1150 E 4th Ave Apt 203**
**Post Falls, ID 83854-4037**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee pay and benefits** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,267.03 | $14,267.03 |
|---|---|---|---|---|

**Jason T. Koneval**
**2655 E. Spyglass Ct**
**Coeur D Alene, ID 83815-7946**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred **11/19/2021** | Basis for the claim: **Employee pay and benefits** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,435.50 | $1,435.50 |
|---|---|---|---|---|

**Jeffrey Scott Bennett**
**5480 W Racquet Rd., Unit 9**
**Rathdrum, ID 83858-6665**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred **11/19/2021** | Basis for the claim: **Employee pay and benefits** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 | $80.00 |
|---|---|---|---|---|

**Jerry Anthony Caldwell**
**7504 N. Pleasant Prairie Rd**
**Spokane, WA 99217-9684**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred **11/19/2021** | Basis for the claim: **Employee pay and benefits** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Vertical Partners West, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $116,149.58 | $116,149.58 |
|---|---|---|---|---|
| | **Keith R Wallace**<br>**1762 E Sundown Drive**<br>**Coeur D Alene, ID 83815-9696** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**11/26/2021** | Basis for the claim:<br>**Employee pay and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,592.75 | $1,592.75 |
|---|---|---|---|---|
| | **Michael Kent Mason**<br>**12924 N March Horse Lane**<br>**Newman Lake, WA 99025-7432** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**11/19/2021** | Basis for the claim:<br>**Employee pay and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,174.17 | $2,174.17 |
|---|---|---|---|---|
| | **Niva Suwal**<br>**1098 N Cecil Rd Unit F-227**<br>**Post Falls, ID 83854-8276** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**11/19/2021** | Basis for the claim:<br>**Employee pay and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,817.51 | $3,817.51 |
|---|---|---|---|---|
| | **Rick A. Wegner**<br>**2507 N Stagecoach Drive**<br>**Post Falls, ID 83854-8450** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**11/19/2021** | Basis for the claim:<br>**Employee pay and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Vertical Partners West, LLC**                          Case number (if known)
Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,829.58 | $7,829.58 |
|------|---------------------------------------------|---------------------------------------------------------------------|-----------|-----------|

**Robert J. Tabaracci**
**2767 W Timberlake Loop**
**Coeur D Alene, ID 83815-9818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/19/2021**

Basis for the claim:
**Employee pay and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,693.23 | $20,369.23 |
|------|---------------------------------------------|---------------------------------------------------------------------|------------|------------|

**Robert L. Abravanel**
**3938 W. Loxton Loop**
**Coeur D Alene, ID 83815-9375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/19/2021**

Basis for the claim:
**Employee pay and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.48 | $288.48 |
|------|---------------------------------------------|---------------------------------------------------------------------|---------|---------|

**Ronald G. Paredes**
**8326 12th Street SE**
**Lake Stevens, WA 98258-3809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/19/2021**

Basis for the claim:
**Employee pay and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $443.91 | $443.91 |
|------|---------------------------------------------|---------------------------------------------------------------------|---------|---------|

**Ryan A. Coordes**
**9427 E. Elk to Hwy Rd**
**Elk, WA 99009-9754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/19/2021**

Basis for the claim:
**Employee pay and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **Vertical Partners West, LLC**                                     Case number (if known)
     Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,873.79 | $3,873.79 |
|------|---|---|---|---|

**Ryan J. Mendenhall**
**5178 W. Commons Court**
**Rathdrum, ID 83858-5008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/16/2019**

Basis for the claim:
**Employee pay and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $481.68 | $481.68 |
|------|---|---|---|---|

**Ryan James Miner**
**21200 E. Country Vista Dr.**
**Apt. P202**
**Liberty Lake, WA 99019-7694**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/16/2021**

Basis for the claim:
**Employee pay and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,641.28 | $7,641.28 |
|------|---|---|---|---|

**Tiffany M Wallace**
**1762 E Sundown Dr**
**Coeur D Alene, ID 83815-9696**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/26/2021**

Basis for the claim:
**Employee pay and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,294.52 | $1,294.52 |
|------|---|---|---|---|

**Tim W Winde**
**1261 E Ezra Ave**
**Hayden, ID 83835-7206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/19/2021**

Basis for the claim:
**Employee pay and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | Vertical Partners West, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,209.86 | $13,209.86 |
|---|---|---|---|---|

**Tomas Barrera-Cortina**
**1043 N 15th Street**
**Coeur D Alene, ID 83814-5707**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **11/24/21** | **Employee pay and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $894.24 | $894.24 |
|---|---|---|---|---|

**Zachary Jordan Shelhamer**
**3335 N. Rosalia Road**
**Coeur D Alene, ID 83814-0062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **11/19/2021** | **Employee pay and benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | $6,000.00 |

As of the petition filing date, the claim is: *Check all that apply.*

**Adventure Chef**
**1630 Williams Hwy #119**
**Grants Pass, OR 97527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/01/21**

Basis for the claim:  **Trailer and Design**

Last 4 digits of account number  **0456**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | $919.64 |
|---|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**AFLAC**
**1932 Wynnton Road**
**Columbus, GA 31999-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **October and November 2021**

Basis for the claim:  **Employee Benefits**

Last 4 digits of account number

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | $676,576.29 |
|---|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**AGA Power**
**Bldg. 1, No. 23, Heibei Indu**
**Hualian Community, Longhua S**
**Longhua District Shenzhen   51810-9000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Open Order**

Last 4 digits of account number

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **Vertical Partners West, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4**

Nonpriority creditor's name and mailing address

**AHT Insurance**
**Armfield, Harrison & Thomas**
**20 S. King Street**
**Leesburg, VA 20175**

Date(s) debt was incurred  __11/5/2021__

Last 4 digits of account number  __0521__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Insurance Renewal Fee__

Is the claim subject to offset? ■ No  ☐ Yes

**$176.00**

---

**3.5**

Nonpriority creditor's name and mailing address

**Allred & Co**
**845 1/2 N Government Way**
**Coeur D Alene, ID 83814**

Date(s) debt was incurred  __11/19/2021__

Last 4 digits of account number  __0216__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,200.00**

---

**3.6**

Nonpriority creditor's name and mailing address

**Allstate Insurance Company**
**a/s/o Chuck Layden**
**131 8th Street**
**Dunbar, WV 25064**

Date(s) debt was incurred  __05/31/2015__

Last 4 digits of account number  __1821__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Insurance Claim__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.7**

Nonpriority creditor's name and mailing address

**Allstate Insurance Company**
**a/s/o Robert Diemer**
**1026 Bland Road**
**Little Rock, AR 72206**

Date(s) debt was incurred  __07/11/2015__

Last 4 digits of account number  __5881__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Insurance Claim__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.8**

Nonpriority creditor's name and mailing address

**Allstate Insurance Company**
**a/s/o Tony Blassingame**
**2617 Vicki Lane**
**Minden, NV 89423**

Date(s) debt was incurred  __12/22/2015__

Last 4 digits of account number  __0061__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Insurance Claim__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.9**

Nonpriority creditor's name and mailing address

**Allstate Insurance Company**
**a/s/o Brian Urquhart**
**22344 Eastwood Ave**
**Warren, MI 48089**

Date(s) debt was incurred  __01/21/2016__

Last 4 digits of account number  __7771__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Insurance Claim__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.10**

Nonpriority creditor's name and mailing address

**Allstate Insurance Company**
**a/s/o Charles Snuder**
**299 Porter Road**
**Belle Vernon, PA 15012**

Date(s) debt was incurred  __05/29/2016__

Last 4 digits of account number  __1271__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Insurance Claim__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor   **Vertical Partners West, LLC**                                  Case number (if known)
_____
Name

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Allstate Insurance Company**
**a/s/o Jesse Woods**
**1917 Nipsic Avenue**
**Bremerton, WA 98310**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/09/2016**

**Basis for the claim:  Insurance Claim**

Last 4 digits of account number  **5001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23,587.38** |

**American Express**
**Atten: Bankruptcy**
**PO Box 650448**
**Dallas, TX 75265-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2021**

**Basis for the claim:  Credit Card**

Last 4 digits of account number  **0421**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**American Family Insurance**
**a/s/o Timothy & Anne Ryan**
**12387 Clara Lane**
**Lake Oswego, OR 97035**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/29/2015**

**Basis for the claim:  Insurance Claim**

Last 4 digits of account number  **8921**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Anthony Difede**
**19 Judith Place**
**East Islip, NY 11730-3203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/13/2014**

**Basis for the claim:  Insurance Claim**

Last 4 digits of account number  **1401**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$403.09** |

**Aramark Refreshment Services**
**PO Box 734677**
**Dallas, TX 75373-4677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/25/2021**

**Basis for the claim:  Coffee and Supplies**

Last 4 digits of account number  **6046**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.01** |

**Arrow Electronics**
**950 West Bannock**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/29/2021**

**Basis for the claim:  Inventory**

Last 4 digits of account number  **7949**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$69.99** |

**Asylum Xtreme**
**3101 Pond Station Road**
**Louisville, KY 40272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/13/2019**

**Basis for the claim:  Credit Memo**

Last 4 digits of account number  **4466**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Vertical Partners West, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13.61**

**B & H Photo - DSV**
**420 Ninth Avenue**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/19/2020**

Basis for the claim:  **Over Payment**

Last 4 digits of account number  **_**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105,588.00**

**Bestgate Engineering**
**2327 Choate Road**
**Fallston, MD 21047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **August 2021- November 2021**

Basis for the claim:  **VPW Manufacturing Software Development**

Last 4 digits of account number  **5880**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,143.79**

**Big Boys with Cool Toys**
**2200 Dundas St East Unit 5**
**Mississauga ON L4X 2V3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **8/20/2019 and 12/23/2019**

Basis for the claim:  **Credit**

Last 4 digits of account number  **4512**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Boyce**
**1630 Mountain Road**
**Middletown, NY 10940-7189**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/03/2014**

Basis for the claim:  **Insurance Claim**

Last 4 digits of account number  **3241**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,745.18**

**Broadvoice**
**PO Box 31001-2726**
**Lockbox# 912726**
**Pasadena, CA 91110-2726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2021**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **_**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bruckner Hobbies II, Inc.**
**3587 E Tremont Ave**
**Bronx, NY 10465-2037**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/18/2014**

Basis for the claim:  **Insurance Claim**

Last 4 digits of account number  **3513**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,917.17**

**Cardwell Creative**
**1300 Broadway St NE #411**
**Salem, OR 97301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/21/21 & 10/31/21**

Basis for the claim:  **FA# 21-0063 Electrovolt Website Design**

Last 4 digits of account number  **4171**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Vertical Partners West, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.25**

**Nonpriority creditor's name and mailing address**
**Chambliss, Bahner & Stophel**
**605 Chestnut Street**
**Suite 1700**
**Chattanooga, TN 37450**

Date(s) debt was
incurred  **October 2021 - December 2021**

Last 4 digits of account number  **8645**

As of the petition filing date, the claim is: *Check all that apply.*    **$17,669.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26**

**Nonpriority creditor's name and mailing address**
**Charlie Jolowsky**
**24040 296th Ln**
**Belle Plaine, MN 56011**

Date(s) debt was incurred  **10/19/2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,440.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Engineering Drawing Revision**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27**

**Nonpriority creditor's name and mailing address**
**Citizens Property Insurance**
**aso Leilani & Derek Pearson**
**13215 Paris Drive**
**Hudson, FL 34667**

Date(s) debt was incurred  **12/22/2015**

Last 4 digits of account number  **1211**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28**

**Nonpriority creditor's name and mailing address**
**City of Rathdrum**
**8047-1 W Main Street**
**Rathdrum, ID 83858**

Date(s) debt was incurred  _

Last 4 digits of account number  **2002**

As of the petition filing date, the claim is: *Check all that apply.*    **$924.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29**

**Nonpriority creditor's name and mailing address**
**Clint Bower**
**3019 E Rivercrest Drive**
**Post Falls, ID 83854**

Date(s) debt was incurred  **August 2016**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    **$123,275.21**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Funds that were withheld from the sale of the company back in August 2016. These funds were to be used to paydown insurance claims that occurred prior to the sale and one year after the sale.  This is the remaining balance.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30**

**Nonpriority creditor's name and mailing address**
**Coeur D' Alene Garbage Serv**
**PO Box 3010**
**Post Falls, ID 83877**

Date(s) debt was incurred  **10/31/21 & 11/30/21**

Last 4 digits of account number  **4824**

As of the petition filing date, the claim is: *Check all that apply.*    **$343.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31**

**Nonpriority creditor's name and mailing address**
**Connie McHugh**
**151 Fredericks Grove Road**
**Lehighton, PA 18235**

Date(s) debt was incurred  **07/27/2016**

Last 4 digits of account number  **3261**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vertical Partners West, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address
**Cruser, Mitchell, Novitz**
**275 Scientific Drive, Suite**
**Norcross, GA 30092**

Date(s) debt was incurred  **10/2021 to 12/2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$24,136.67**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Robert & Alesia Mackenzie - Claim # CHI17196480**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address
**Crystal Springs**
**Post Office Box 660579**
**Dallas, TX 75266-0579**

Date(s) debt was incurred  **11/19/2021**

Last 4 digits of account number  **1921**

As of the petition filing date, the claim is: *Check all that apply.*                    **$136.02**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address
**CSAA Insurance Exchange**
**aso Cecilla & Karen Montgome**
**3520 Five Mile Drive**
**Stockton, CA 95219**

Date(s) debt was incurred  **11/06/2016**

Last 4 digits of account number  **5011**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address
**CTL LAX Inc.**
**4281 Katella Ave Suite 200**
**Los Alamitos, CA 90720**

Date(s) debt was incurred  **11/5/21**

Last 4 digits of account number  **4831**

As of the petition filing date, the claim is: *Check all that apply.*                    **$363.72**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address
**Daniel Schultz Productions**
**1432 Carleton Drive**
**Concord, CA 94518**

Date(s) debt was incurred  **10/15/21 & 11/19/21**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$4,635.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Electrovolt & Prislogic- Website Development**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address
**David Martz**
**190 Mountain Canyon Place**
**Alamo, CA 94507-2784**

Date(s) debt was incurred  **06/27/2016**

Last 4 digits of account number  **4331**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address
**David Miler**
**483 Via Royal**
**Walnut Creek, CA 94597**

Date(s) debt was incurred  **11/28/2014**

Last 4 digits of account number  **1931**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Vertical Partners West, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$599.90**

De Lage Landen Financial
PO Box 41602
Philadelphia, PA 19101-1602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **October and November 2021**

Basis for the claim: **Lease**

Last 4 digits of account number **4592**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,698.83**

Dell Financial Services
Atten: Bankruptcy
PO Box 5292
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,686.11**

Digi-Key Electronics
P.O. Box 250
Thief River Falls, MN 56701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **November and October 2021**

Basis for the claim: **Inventory**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00**

Display Graphics
52 Chipmunk Lane
Tijeras, NM 87059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/11/21**

Basis for the claim: **Inventory**

Last 4 digits of account number **121A**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$149,529.77**

Dongguan QS Electronic Tech
Shenxiang Industrial Zone
Huaide Administration Dist.
Dongguan City

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Open Order**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Eric Bassani
4642 Killian Crossing Drive
Denver, NC 28037

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/26/2016**

Basis for the claim: **Insurance Claim**

Last 4 digits of account number **0291**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,990.00**

ESIS, Inc.
Chubb, Dept. CH 10123
Palatine, IL 60055-0123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/1/2021 & 12/1/2021**

Basis for the claim: **Insurance**

Last 4 digits of account number **5813**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Vertical Partners West, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.46**

**Nonpriority creditor's name and mailing address**

**Exp Technical**
**PO Box 493**
**Spokane, WA 99210**

Date(s) debt was
incurred  10/25/21;11/10/21; 11/30/21

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade

Is the claim subject to offset? ☐ No  ☐ Yes

$495.00

---

**3.47**

**Nonpriority creditor's name and mailing address**

**Farmers Insurance Exchange**
**a/s/o Antoniette Guastella**
**2041 Lave Ave**
**Long Beach, CA 90815**

Date(s) debt was incurred  9/12/2016

Last 4 digits of account number  8911

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Insurance Claim

Is the claim subject to offset? ☐ No  ☐ Yes

Unknown

---

**3.48**

**Nonpriority creditor's name and mailing address**

**Fed Ex**
**PO Box 94515**
**Palatine, IL 60094-4515**

Date(s) debt was incurred  10/2021-12/2021

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Shipping

Is the claim subject to offset? ■ No  ☐ Yes

$390.43

---

**3.49**

**Nonpriority creditor's name and mailing address**

**Fed Ex Freight**
**PO Box 10306**
**Palatine, IL 60055-0306**

Date(s) debt was incurred  10/2021-11/2021

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Shipping

Is the claim subject to offset? ☐ No  ☐ Yes

$5,765.77

---

**3.50**

**Nonpriority creditor's name and mailing address**

**First Bankcard**
**Atten: Bankruptcy**
**PO Box 2818**
**Omaha, NE 68103-2818**

Date(s) debt was incurred  November 2021

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card

Is the claim subject to offset? ☐ No  ☐ Yes

$13,864.49

---

**3.51**

**Nonpriority creditor's name and mailing address**

**First Insurance Funding**
**450 Skokie Blvd, Ste 1000**
**Northbrook, IL 60062-7917**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Final payment on monthly financing of our annual insurance premiums.  The insurance policies are prepaid for the months of February and March 2022.  January 2022 will need to be paid.

Is the claim subject to offset? ■ No  ☐ Yes

$24,811.99

---

**3.52**

**Nonpriority creditor's name and mailing address**

**First Mercury Insurance Comp**
**26600 Telegraph Road**
**Southfield, MI 48033**

Date(s) debt was
incurred  November and December 2021

Last 4 digits of account number  3682

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Insurance

Is the claim subject to offset? ■ No  ☐ Yes

$8,150.00

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Vertical Partners West, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31,401.89** |
|---|---|---|---|

**Foley & Lardner LLP**
PO Box 78470
Milwaukee, WI 53278-8470

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/31/18 & 2/28/19**

**Basis for the claim:**  **Legal Fees**

Last 4 digits of account number  **7580**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frank Del Rio**
272 Marinero Court
Coral Gables, FL 33143-6530

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/05/2017**

**Basis for the claim:**  **Insurance Claim**

Last 4 digits of account number  **3631**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$602.64** |
|---|---|---|---|

**Grainger**
PO Box 419267
Dept 887530740
Kansas City, MO 64141-6267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/4/2021**

**Basis for the claim:**  **Trade**

Last 4 digits of account number  **0740**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,225.00** |
|---|---|---|---|

**Grotberg Electric, Inc.**
PO Box 426
Valley City, ND 58072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **11/5/21; 11/10/21; 11/11/21**

**Basis for the claim:**  **Trade**
**Power and low voltage to new cubicles**
**FA# 21-0061 Manufacturing Mezzinine**
**FA# 21-0061 Manufacturing Mezzinine**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$435.31** |
|---|---|---|---|

**H & H, Inc.**
PO Box 846
Veradale, WA 99037-0846

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **October and November 2021**

**Basis for the claim:**  **Copier & Printer Lease**

Last 4 digits of account number  **0321**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Harvey Meshel**
4740 N 36th Street
Hollywood, FL 33021

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/18/2015**

**Basis for the claim:**  **Insurance Claim**

Last 4 digits of account number  **4701**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.36** |
|---|---|---|---|

**Hitek Hobbies**
129 Belve Drive
Garner, NC 27529

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/7/2020**

**Basis for the claim:**  **Credit**

Last 4 digits of account number  **4541**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Vertical Partners West, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $394,296.15 |
|---|---|---|---|

**Hua Yi Model Parts Manufacto**
**Block 1.  Yongcheng Rd 4**
**Ailian Jianxin Village**
**Longgang District**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Open Order**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|

**Informa Markets Manufacturin**
**25589 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/4/2021**

**Basis for the claim:  Booth space at Battery Show 2022**

Last 4 digits of account number  **5761**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,006.74 |
|---|---|---|---|

**Isabellenhutte USA**
**1199 G.A.R. Highway**
**Swansea, MA 02777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/19/2021**

**Basis for the claim:  Trade**

Last 4 digits of account number  **7997**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James Baxter**
**1111 Walla Walla Avenue**
**Wenatchee, WA 98801**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/16/2017**

**Basis for the claim:  Insurance Claim**

Last 4 digits of account number  **9481**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James Perez**
**10415 Cantacielo Drive NW**
**Albuquerque, NM 87114-1461**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/12/2017**

**Basis for the claim:  Insurance Claim**

Last 4 digits of account number  **1611**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $564.00 |
|---|---|---|---|

**JDL Designs**
**3456 East St James Ave**
**Hayden, ID 83835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/31/21 & 10/30/21**

**Basis for the claim:  Webpage Services**

Last 4 digits of account number  **0205**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeffrey Cable**
**437 Jamison Ave**
**Saltsburg, PA 15681**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/7/2016**

**Basis for the claim:  Insurance Claim**

Last 4 digits of account number  **6681**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Vertical Partners West, LLC**                          Case number (if known) _____
_____
Name

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,500.00** |
|---|---|---|---|

**Jennings & Associates Commun**
**2121 Palomar Airport Road**
**Carlsbad, CA 92011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/1/2021 & 11/19/21

**Basis for the claim:**  __Trade__

Last 4 digits of account number  8149

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John McDaniel**
**4031 W Purdue Ave**
**Phoenix, AZ 85051-1070**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/16/2016

**Basis for the claim:**  __Insurance Claim__

Last 4 digits of account number  6861

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jon A Ebright**
**190 Ashford Street**
**Brighton, MO 78114**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/07/2016

**Basis for the claim:**  __Insurance Claim__

Last 4 digits of account number  6681

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Katrina Sun**
**84 Buckfast Court**
**Thomasville, GA 31792**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/13/2017

**Basis for the claim:**  __Insurance Claim__

Last 4 digits of account number  1451

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kenneth Harrison**
**7009 Choplin Road**
**Wake Forest, NC 27587**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/13/2015

**Basis for the claim:**  __Insurance Claim__

Last 4 digits of account number  1961

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kenneth Morelander**
**1008 Oceanwalk Court**
**Fernandina Beach, FL 32034**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/14/2016

**Basis for the claim:**  __Insurance Claim__

Last 4 digits of account number  5111

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin G Shaw**
**152 Riverside Drive**
**Binghamton, NY 13905**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/13/2015

**Basis for the claim:**  __Insurance Claim__

Last 4 digits of account number  2201

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Vertical Partners West, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.74**

Nonpriority creditor's name and mailing address
**Koeller, Nebeker, Carlson**
**PO Box 19799**
**Irvine, CA 92623-9799**

Date(s) debt was incurred  **10/2021**

Last 4 digits of account number  **4636**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No ☐ Yes

**$10,436.70**

---

**3.75**

Nonpriority creditor's name and mailing address
**Kootenai County Solid Waste**
**PO Box 9000**
**Coeur D Alene, ID 83816**

Date(s) debt was incurred  **10/15/21 & 11/15/21**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Dumpster Services**

Is the claim subject to offset? ■ No ☐ Yes

**$884.00**

---

**3.76**

Nonpriority creditor's name and mailing address
**L & H Machining**
**3400 De La Cruz Blvd. #U**
**Santa Clara, CA 95054**

Date(s) debt was incurred  **10/27/21**

Last 4 digits of account number  **2163**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Inventory FA# 21-0044 Production Battery Vise**

Is the claim subject to offset? ■ No ☐ Yes

**$1,145.70**

---

**3.77**

Nonpriority creditor's name and mailing address
**Liberty Mutual Insurance**
**a/s/o Todd Fournier**
**4 School House Lane**
**Sandown, NH 03873-2322**

Date(s) debt was incurred  **01/25/2016**

Last 4 digits of account number  **8851**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance Claim**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.78**

Nonpriority creditor's name and mailing address
**Litchfield Cavo LLP**
**303 West Madison Suite 300**
**Chicago, IL 60606-3309**

Date(s) debt was incurred  **4/2021 - 12/2021**

Last 4 digits of account number  **6282**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,701.00**

---

**3.79**

Nonpriority creditor's name and mailing address
**Lockheed Martin**
**5222 Wellesley Avenue**
**Fort Worth, TX 76107**

Date(s) debt was incurred  **3/29/2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit - Permanent 50% down for safety stock - PO 4104782826 and  PO 4104863989**

Is the claim subject to offset? ■ No ☐ Yes

**$7,500.00**

---

**3.80**

Nonpriority creditor's name and mailing address
**MCI USA**
**PO Box 829914**
**Philadelphia, PA 19182-9914**

Date(s) debt was incurred  **10/28/21; 11/24/21; 11/25/21**

Last 4 digits of account number  **9776**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Magazine Adverstisement**

Is the claim subject to offset? ■ No ☐ Yes

**$3,321.75**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Vertical Partners West, LLC**

Case number *(if known)*

Name

| | | | |
|---|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,237.18** |

**McMaster-Carr Supply Co**
**PO Box 7690**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/21-11/21**

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Meilun Printing Factory**
**Building No.3**
**Zhukeng Industrial Park**
**Bao'an, Shenzhen China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Order**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,175.00** |
|---|---|---|---|

**Merwin Group**
**1252 Turnbury Lane**
**North Wales, PA 19454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/29/21**

Basis for the claim:  **HR - Placement Fee - Engineer Director**

Last 4 digits of account number  **7557**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,947.50** |
|---|---|---|---|

**Minds-I Inc.**
**22819 East Appleway Ave**
**Liberty Lake, WA 99019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/7/2021**

Basis for the claim:  **Customer Deposit - 50% Deposit for Sales Order# 786254.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,912.00** |
|---|---|---|---|

**Modern Office**
**7550 Corporate Way**
**Eden Prairie, MN 55344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/14/21 & 10/28/21**

Basis for the claim:  **Trade**

Last 4 digits of account number  **8618**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,158.09** |
|---|---|---|---|

**Mouser Electronics**
**PO Box 99319**
**Fort Worth, TX 76199-0319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2021 - 11/2021**

Basis for the claim:  **Inventory**

Last 4 digits of account number  **7964**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$525.86** |
|---|---|---|---|

**Multifab, Inc.**
**3808 N. Sullivan Road Bldg 6**
**Spokane, WA 99216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2021**

Basis for the claim:  **Inventory (Foam Sheets and Clear Wrap)**

Last 4 digits of account number  **03IN**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Vertical Partners West, LLC**                                    Case number (if known)
_____
Name

| | | |
|---|---|---|

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Nancy Lavigne
**101 Boones Ridge Pkwy SE**
**Acworth, GA 30102**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/04/2016

**Basis for the claim:**  Insurance Claim

Last 4 digits of account number  4711

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**National Subrogation Service**
a/s/o Irvin Darden
**1117 Ira Ave**
**Kalamazoo, MI 49048**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/06/2015

**Basis for the claim:**  Insurance Claim

Last 4 digits of account number  3951

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$114.06**

**Office Depot**
**PO Box 29248**
**Phoenix, AZ 85038-9248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/02/2021

**Basis for the claim:**  Supplies

Last 4 digits of account number  3001

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,518.00**

**OptiVolt Labs**
**307 7th Ave**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/19/21

**Basis for the claim:**  Customer Deposit - 50% deposit for Sales Order# 580072

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,272.35**

**Oracle America, Inc.**
**Bank of America Lockbox**
**15612 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Ocrober and November 2021

**Basis for the claim:**  Computer Database Services

Last 4 digits of account number  8288

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,327.53**

**Packet Digital, LLC**
**Radisson Tower - 15th Floor**
**201 5th St. N Suite 1500**
**Fargo, ND 58102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/17/20; 12/8/21; 1/21/21; 3/2/21; 4/2/21

**Basis for the claim:**  Inventory

Last 4 digits of account number  7643

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32.00**

**Pitney Bowes GFS**
**PO Box 371887**
**Pittsburgh, PA 15250-7887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/3/2021

**Basis for the claim:**  Postage Meter Lease 11/30/21-12/29/21

Last 4 digits of account number  9759

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Vertical Partners West, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Plasma International**
**Mountbatten Way**
**Congleton Cheshire**
**United Kingdom CW1DY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/14/2021**

Basis for the claim:  **Recruitment fee for Allen Kilbourne**

Last 4 digits of account number  **1024**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$197,877.15** |
|---|---|---|---|

**Powerroad Renewable Energy**
**7/F, Haiyun Bldg. NO.16**
**Haishan Road Xiamen**
**361013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **Open Order**

Last 4 digits of account number  **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Praetorian Insurance Company**
**a/s/o Donald R Bolton**
**5523 Palomino Way**
**Longmont, CO 80504**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/17/2016**

Basis for the claim:  **Insurance Claim**

Last 4 digits of account number  **3311**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,757.04** |
|---|---|---|---|

**Production Automation Corp**
**121 Cheshire Lane, Suite 400**
**Minnetonka, MN 55305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2021 - 12/2021**

Basis for the claim:  **Trade - FA# 21-0061 Manufacturing Mezzinine**

Last 4 digits of account number  **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Qualico Development Ltd**
**1 Dr David Friesen Dr**
**Winnipeg, MB R3X 0G8, Canada**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/11/2016**

Basis for the claim:  **Insurance Claim**

Last 4 digits of account number  **5651**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,330.00** |
|---|---|---|---|

**Rimkus Consulting Group, Inc**
**PO Box 4673**
**Houston, TX 77210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/14/2021**

Basis for the claim:  **Consulting Fees**

Last 4 digits of account number  **0604**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|---|---|---|---|

**RubinBrown, LLP**
**PO Box 790379**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/30/2021**

Basis for the claim:  **Accounting Fees**

Last 4 digits of account number  **2391**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Vertical Partners West, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.102 | **Nonpriority creditor's name and mailing address**<br>**Safeco**<br>**a/s/o Sebastian Torres Campo**<br>**4989 Toledo Ave NE**<br>**Salem, OR 97305-3098**<br><br>Date(s) debt was incurred  **12/29/2014**<br>Last 4 digits of account number  **8251** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Insurance Claim**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| 3.103 | **Nonpriority creditor's name and mailing address**<br>**Secura Insurance Companies**<br>**a/s/o Roger Lemmon**<br>**Buffalo, MN 55313**<br><br>Date(s) debt was incurred  **01/13/2015**<br>Last 4 digits of account number  **5371** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Insurance Claim**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| 3.104 | **Nonpriority creditor's name and mailing address**<br>**Shaun Stuldryer**<br>**59879 Wallowa Lake Highway**<br>**Joseph, OR 97846-8233**<br><br>Date(s) debt was incurred  **08/16/2014**<br>Last 4 digits of account number  **8261** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Insurance Claim**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| 3.105 | **Nonpriority creditor's name and mailing address**<br>**SHENZHEN G.T. HOBBIES CO LTD**<br>**2nd Floor, 706 Building, No.**<br>**Industrial Zone, Ganlian Roa**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Open Order**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$536,417.49** |
| 3.106 | **Nonpriority creditor's name and mailing address**<br>**Shenzhen Vigor Power Battery**<br>**Bldg 11, North Yongfa Ind. P**<br>**Changyang Rd., Yanchuan**<br>**Songgang, Bao'an Dist. Shenz  51810-5000**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Open Order**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$741,267.75** |
| 3.107 | **Nonpriority creditor's name and mailing address**<br>**Smart Manufacturing**<br>**3353 Isabella Lane**<br>**Stockton, CA 95206**<br><br>Date(s) debt was incurred  **2021**<br>Last 4 digits of account number  **7755;7743** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  _**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$22,750.00** |
| 3.108 | **Nonpriority creditor's name and mailing address**<br>**State Farm Fire & Casualty**<br>**a/s/o Ashlynn M Jackson**<br>**122 Majestic Drive**<br>**Suffolk, VA 23434**<br><br>Date(s) debt was incurred  **5/31/2015**<br>Last 4 digits of account number  **5841** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Insurance Claim**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Vertical Partners West, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.109**

**Nonpriority creditor's name and mailing address**

**State Farm Fire & Casualty**
a/s/o Clint Hart
2036 S 25 W
Kaysville, UT 84037

Date(s) debt was incurred  **12/28/2015**

Last 4 digits of account number  **5641**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Insurance Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.110**

**Nonpriority creditor's name and mailing address**

**State Farm Insurance**
aso Justin & Kristine Gustaf
0S672 East Street
Winfield, IL 60190

Date(s) debt was incurred  **11/11/2015**

Last 4 digits of account number  **9271**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Insurance Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.111**

**Nonpriority creditor's name and mailing address**

**Stephen Hogan**
10191 Willowood Ave.
Englewood, FL 34224-8992

Date(s) debt was incurred  **10/24/2015**

Last 4 digits of account number  **6331**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Insurance Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.112**

**Nonpriority creditor's name and mailing address**

**Stephen Kyle Chappell**
3210 Hester Road
Creedmoor, NC 27522

Date(s) debt was incurred  **05/14/2015**

Last 4 digits of account number  **5101**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Insurance Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.113**

**Nonpriority creditor's name and mailing address**

**Sunbelt Rentals, Inc.**
P.O. Box 409211
Atlanta, GA 30384-9211

Date(s) debt was incurred  **11/16/21**

Last 4 digits of account number  **0001**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,206.75**

---

**3.114**

**Nonpriority creditor's name and mailing address**

**Technotronix Inc.**
1381 N Hundley Street
Anaheim, CA 92806

Date(s) debt was incurred  **11/11/2021**

Last 4 digits of account number  **8020**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Inventory**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,329.12**

---

**3.115**

**Nonpriority creditor's name and mailing address**

**Tester Electronic Technology**
MeiYuan Road
Hutang, Wujin
Changzhou Jiangsu China

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Open Order**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,610.00**

---

| Debtor | Vertical Partners West, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.116**

**Nonpriority creditor's name and mailing address**

**Tiffany M Wallace**
**1762 E Sundown Dr**
**Coeur D Alene, ID 83815-9696**

Date(s) debt was incurred  **11/15/21**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lylos for restrooms**

Is the claim subject to offset? ■ No ☐ Yes

**$27.98**

---

**3.117**

**Nonpriority creditor's name and mailing address**

**Time Warner Cable/Spectrum**
**PO Box 60074**
**City of Industry, CA 91716-0074**

Date(s) debt was incurred  **October-December**

Last 4 digits of account number  **2021**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$598.09**

---

**3.118**

**Nonpriority creditor's name and mailing address**

**Timra Jameson**
**112 Tara Circle**
**Medford, OR 97504**

Date(s) debt was incurred  **06/02/2015**

Last 4 digits of account number  **2021**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Insurance Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.119**

**Nonpriority creditor's name and mailing address**

**Tomas Barrera**
**1043 N 15th Street**
**Coeur D Alene, ID 83814**

Date(s) debt was incurred  **October 2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Cleaning Services**

Is the claim subject to offset? ■ No ☐ Yes

**$625.00**

---

**3.120**

**Nonpriority creditor's name and mailing address**

**Tower Hill Signature Insuran**
**a/s/o Richard Price**
**1678 Bunting Lane**
**Fort Lauderdale, FL 33327**

Date(s) debt was incurred  **05/24/2015**

Last 4 digits of account number  **2261**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Insurance Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121**

**Nonpriority creditor's name and mailing address**

**Travelers aso Via Royal HOA**
**483 Via Royal**
**Walnut Creek, CA 94597**

Date(s) debt was incurred  **11/28/2014**

Last 4 digits of account number  **1932**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Insurance Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122**

**Nonpriority creditor's name and mailing address**

**TTI Electronics**
**11241 Willow Road NE**
**Suite 300**
**Redmond, WA 98052-1016**

Date(s) debt was incurred  **9/2021 & 10/2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Inventory**

Is the claim subject to offset? ■ No ☐ Yes

**$10,105.00**

---

Debtor **Vertical Partners West, LLC**

Name

Case number (if known)

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,191.28** |
|---|---|---|---|

**Tuscano Machine, LLC**
**PO Box 731**
**Big Timber, MT 59011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **August 2021-November 2021**

**Basis for the claim:** **Inventory (OptiVolt 10 pc Order)**

Last 4 digits of account number **7869**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,211.76** |
|---|---|---|---|

**Uline, Inc.**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **September 2021 -**
**November 2021**

**Basis for the claim:** **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**United Parcel Service**
**PO Box 809488**
**Chicago, IL 60680-9488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:** **Shipping Charges**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Unknown**
**9777 Colinade Drive**
**Lone Tree, CO 80124**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/21/2015**

**Basis for the claim:** **Insurance Claim**

Last 4 digits of account number **7641**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,790.50** |
|---|---|---|---|

**Verge Aero, Inc.**
**7905 Browning Road #200**
**Pennsauken, NJ 08109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Dec 2021**

**Basis for the claim:** **Overpayment**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$714.03** |
|---|---|---|---|

**Verizon Wireless**
**Atten: Bankruptcy**
**PO Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **10/18/2021 & 11/18/2021**

**Basis for the claim:** **Utilities**

Last 4 digits of account number **1771**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$108.35** |
|---|---|---|---|

**Walmart**
**1901 SE 10th Street**
**Bentonville, AR 72712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/22/2018**

**Basis for the claim:** **Credit**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Vertical Partners West, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,550.00 |

WebFX
1705 N Front S
Harrisburg, PA 17102

Date(s) debt was incurred  10/21-11/21

Last 4 digits of account number  9429

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Contractor - ElectroVolt brand and website

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,257.34 |

Xometry, Inc.
7951 Cesna Ave
Gaithersburg, MD 20879

Date(s) debt was incurred  10/2021-11/2021

Last 4 digits of account number  NV21

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade - FA#21-0048 Welding Jigs for all Prislogic Electrovolt Modules

Is the claim subject to offset? ■ No ☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | AmTrust<br>a/s/o Bruckner Hobbies II<br>3587 E. Tremont Ave.<br>Bronx, NY 10465 | Line  3.23<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  213,316.76 |
| 5b. Total claims from Part 2 | 5b.  + | $  3,653,020.90 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $  3,866,337.66 |

**Fill in this information to identify the case:**

Debtor name  **Vertical Partners West, LLC**

United States Bankruptcy Court for the:  DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Enviromental Chamber** |
| State the term remaining | **Open** |
| List the contract number of any government contract | **Advanced Test Equipment Corp**<br>**10401 Roselle Street**<br>**San Diego, CA 92121** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Sales contract for product (final payment contingent on delivery of product)** |
| State the term remaining | |
| List the contract number of any government contract | **Batteries Plus**<br>**6200 N. Baker Road**<br>**Glendale, WI 53209** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Building Lease of 14028 N. Ohio Street, Rathdrum, ID 83858**<br>**Year 1: July 1, 2021 - June 30, 2022 - $15,600**<br>**Year 2: July 1, 2022 - June 30, 2023 - $16,068**<br>**Year 3: July 1, 2023- June 30, 2024 - $16,550**<br>**Year 4: July 1, 2024 - June 30, 2025 - $17,046**<br>**Year 5: July 1, 2025 - June 30, 2026 - $17,557** |
| State the term remaining | **Expires August 1, 2026** |
| List the contract number of any government contract | **Bermar Partners, LLC**<br>**3019 E Rivercrest Drive**<br>**Post Falls, ID 83854** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1 **Vertical Partners West, LLC**                                          Case number (*if known*) _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of (1) Copier and (5) Laser Printers** | |
|---|---|---|---|
| | State the term remaining | **Expires October 2023** | **H & H Document Solutions** |
| | List the contract number of any government contract | | **5140 E Seltice Way**<br>**Post Falls, ID 83854** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Sales contract for product (final payment contingent on delivery of product)** | |
|---|---|---|---|
| | State the term remaining | | **JEGS Performance** |
| | List the contract number of any government contract | | **101 Jegs Place**<br>**Delaware, OH 43015** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Sales contract for product (final payment contingent on delivery of product)** | |
|---|---|---|---|
| | State the term remaining | | **P3 Global LLC** |
| | List the contract number of any government contract | | **6212 Oakton Street**<br>**Morton Grove, IL 60053** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Sales contract for product (final payment contingent on delivery of product)** | |
|---|---|---|---|
| | State the term remaining | | **SeaFloor Systems** |
| | List the contract number of any government contract | | **4415 Commodity Way**<br>**Shingle Springs, CA 95682** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Vertical Partners West, LLC**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.2 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.3 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.4 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Vertical Partners West, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF IDAHO</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$5,357,709.00** |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$8,699,048.00** |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$4,492,187.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Vertical Partners West, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See attached Exhibit "SOFA 3"** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Beverly Bank & Trust Company c/o Corporation Service Comp 801 Adlai Stevenson Dr Springfield, IL 62703** | **Setoff bank account**<br>Last 4 digits of account number: _____ | **December 2021** | **$42,828.45** |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **Beverly Bank & Trust Company NA v. Vertical Partners West, LLC & Keith Wallace**<br>**2021 CH06268** | **Breach of Contract** | **Circuit Court of Cook County, Illinois** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Vertical Partners West, LLC** | Case number *(if known)* | |
|---|---|---|---|

■ None

---

**Part 4:** Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **REC Foundation**<br>**Charla Pittman**<br>**1519 Interstate Hwy 30 W**<br>**Greenville, TX 74502** | **Inventory for children's STEM project** | **03/02/2021** | **$8,554.02** |
| | Recipients relationship to debtor<br>**None** | | | |

---

**Part 5:** Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:** Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Johnson May**<br>**199 N. Capitol Blvd, Ste 200**<br>**Boise, ID 83702** | | **November 2021** | **$10,000.00** |
| | Email or website address<br>**www.johnsonmaylaw.com** | | | |
| | Who made the payment, if not debtor?<br>**Aladdin PD Fund** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Vertical Partners West, LLC**                                        Case number *(if known)*

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |
| 13.1. **Beverly Bank & Trust Company c/o Corporation Service Comp 801 Adlai Stevenson Dr Springfield, IL 62703** | **Lender's prior UCC statement lapsed. Lender filed a new UCC statement on December 2, 2021.** | **Dec 2, 2021** | **Unknown** |
| **Relationship to debtor** **Lender** | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Vertical Partners West, LLC**                                         Case number *(if known)* _____

**PAI** _____            EIN:  _____

Has the plan been terminated?
☐ No
■ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Debtor    **Vertical Partners West, LLC**                                    Case number *(if known)* _____

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Robert J. Tabaracci, CFO**<br>**14028 North Ohio Street**<br>**Rathdrum, ID 83858** | **October 2018 -<br>Current** |
| 26a.2.    **Jeremy Johnston, Controller**<br>**14028 North Ohio Street**<br>**Rathdrum, ID 83858** | **January<br>2021-November<br>2021** |
| 26a.3.    **Bret Scott, Accountant I**<br>**14028 North Ohio Street**<br>**Rathdrum, ID 83858** | **August<br>2021-November<br>2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    **Vertical Partners West, LLC**                                              Case number *(if known)* _____

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. | **RubinBrown**<br>**Matthew Marino, CPA**<br>**1900 16th St, Ste 300**<br>**Denver, CO 80202** | **August**<br>**2016-Current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Beverly Bank**<br>**9801 W Higgins, Box 32**<br>**Rosemont, IL 60018** |
| 26d.2. | **Aladdin PD Fund I, LLLP**<br>**2 Union Square, Suite 901**<br>**Chattanooga, TN 37401-2000** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Keith  Wallace, CEO** | **12/14/2021** | **$80,056 - Market Value** |
| | Name and address of the person who has possession of inventory records<br>**Vertical Partners West, LLC**<br>**14028 North Ohio Street**<br>**Rathdrum, ID 83858** | | |
| 27.2. | **Robert Tabaracci, CFO** | **01/04/2021 &**<br>**12/31/2019** | |
| | Name and address of the person who has possession of inventory records<br>**Vertical Partners West, LLC**<br>**14028 North Ohio Street**<br>**Rathdrum, ID 83858** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Aladdin PD Fund I, LLLP** | **2 Union Square, Suite 901**<br>**Chattanooga, TN 37402** | **Owner** | **82.88%** |

Debtor    **Vertical Partners West, LLC**                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|----------------------|
| **Keith Wallace, CEO** | **1762 East Sundown Drive Coeur D Alene, ID 83815** | **Owner** | **9.91%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|----------------------|
| **Woodlawn Investors V, LLC** | **444 W Lake Street, Suite 3200 Chicago, IL 60606** | **Owner** | **7.21%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | **Keith R Wallace 1762 E Sundown Drive Coeur D Alene, ID 83815-9696** | **$219,529.14** | **2021** | **2021 Salary Payments** |
| | **Relationship to debtor President/Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|
| **PAI 1300 Enterprise Drive De Pere, WI 54115** | **EIN:** |

Debtor    **Vertical Partners West, LLC**                                    Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 20, 2021**

**/s/ Keith Wallace**                                        **Keith Wallace**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

# EXHIBIT SOFA 3

Vertical Partners West, LLC.
90 Day Payments

| Post | Transaction Type | Transaction Amount | Customer Ref | BAI Description | Detail | Notes | Financial Institution |
|------|------|------|------|------|------|------|------|
| 09/08/21 | CHECK | (50.00) | 25809 | CHECK PAID | 1010 PITNEY BOWES PURCHASE POWER | Postage | Beverly Bank |
| 11/10/21 | CHECK | (19.31) | 25968 | CHECK PAID | 1010 PITNEY BOWES PURCHASE POWER | Postage | Beverly Bank |
| 08/30/21 | CHECK | (460.00) | 25787 | CHECK PAID | 1052 EXPEDITORS INTERNATIONAL | Shipping | Beverly Bank |
| 10/13/21 | CHECK | (1,551.01) | 25895 | CHECK PAID | 1052 EXPEDITORS INTERNATIONAL | Shipping | Beverly Bank |
| 10/22/21 | CHECK | (5,596.60) | 25921 | CHECK PAID | 1052 EXPEDITORS INTERNATIONAL | Shipping | Beverly Bank |
| 10/29/21 | CHECK | (2,915.34) | 25942 | CHECK PAID | 1052 EXPEDITORS INTERNATIONAL | Shipping | Beverly Bank |
| 11/02/21 | CHECK | (274.75) | 25972 | CHECK PAID | 1126 MULTIFAB, INC | Inventory | Beverly Bank |
| 09/01/21 | CHECK | (33,344.55) | 25806 | CHECK PAID | 1150 AMERICAN EXPRESS | Credit Card Payment | Beverly Bank |
| 09/22/21 | CHECK | (25,000.00) | 25875 | CHECK PAID | 1150 AMERICAN EXPRESS | Credit Card Payment | Beverly Bank |
| 09/30/21 | CHECK | (21,616.74) | 25876 | CHECK PAID | 1150 AMERICAN EXPRESS | Credit Card Payment | Beverly Bank |
| 10/29/21 | CHECK | (50,022.69) | 25960 | CHECK PAID | 1150 AMERICAN EXPRESS | Credit Card Payment | Beverly Bank |
| 10/13/21 | CHECK | (1,335.57) | 25909 | CHECK PAID | 1165 HUMANIX | Temporary Help | Beverly Bank |
| 09/01/21 | CHECK | (282.41) | 25811 | CHECK PAID | 1213 UPS | Shipping | Beverly Bank |
| 09/15/21 | CHECK | (205.78) | 25842 | CHECK PAID | 1213 UPS | Shipping | Beverly Bank |
| 09/23/21 | CHECK | (540.09) | 25854 | CHECK PAID | 1213 UPS | Shipping | Beverly Bank |
| 10/13/21 | CHECK | (361.13) | 25905 | CHECK PAID | 1213 UPS | Shipping | Beverly Bank |
| 10/28/21 | CHECK | (33.00) | 25950 | CHECK PAID | 1213 UPS | Shipping | Beverly Bank |
| 11/02/21 | CHECK | (187.68) | 25970 | CHECK PAID | 1213 UPS | Shipping | Beverly Bank |
| 09/16/21 | CHECK | (459.82) | 25829 | CHECK PAID | 1227 AFLAC | Employee Benefits | Beverly Bank |
| 10/22/21 | CHECK | (459.82) | 25939 | CHECK PAID | 1227 AFLAC | Employee Benefits | Beverly Bank |
| 09/13/21 | CHECK | (735.00) | 25822 | CHECK PAID | 1278 TIME WARNER CABLE/SPECTRUM | Utilities | Beverly Bank |
| 10/15/21 | CHECK | (583.50) | 25889 | CHECK PAID | 1278 TIME WARNER CABLE/SPECTRUM | Utilities | Beverly Bank |
| 11/02/21 | CHECK | (1,475.00) | 25946 | CHECK PAID | 1278 TIME WARNER CABLE/SPECTRUM | Utilities | Beverly Bank |
| 09/01/21 | CHECK | (189.95) | 25813 | CHECK PAID | 1281 CITY OF RATHDRUM | Utilities | Beverly Bank |
| 10/12/21 | CHECK | (240.00) | 25877 | CHECK PAID | 1281 CITY OF RATHDRUM | Utilities | Beverly Bank |
| 10/14/21 | CHECK | (290.70) | 25904 | CHECK PAID | 1281 CITY OF RATHDRUM | Utilities | Beverly Bank |
| 10/20/21 | CHECK | (336.70) | 25925 | CHECK PAID | 1281 CITY OF RATHDRUM | Utilities | Beverly Bank |
| 09/13/21 | CHECK | (500.00) | 25824 | CHECK PAID | 1382 TOMAS BARRERA | Cleaning Services | Beverly Bank |
| 10/18/21 | CHECK | (500.00) | 25908 | CHECK PAID | 1382 TOMAS BARRERA | Cleaning Services | Beverly Bank |
| 10/26/21 | CHECK | (3,790.95) | 25918 | CHECK PAID | 1509 First Mercury Insurance Company | Insurance Payment | Beverly Bank |
| 09/28/21 | CHECK | (299.95) | 25836 | CHECK PAID | 1789 De Lage Landen Financial Services, Inc | Printer/Copier Rental | Beverly Bank |
| 10/18/21 | CHECK | (299.95) | 25884 | CHECK PAID | 1789 De Lage Landen Financial Services, Inc | Printer/Copier Rental | Beverly Bank |
| 09/15/21 | CHECK | (79.33) | 25848 | CHECK PAID | 1794 H&H, INC. | Printer/Copier Rental | Beverly Bank |
| 10/20/21 | CHECK | (80.14) | 25934 | CHECK PAID | 1794 H&H, INC. | Printer/Copier Rental | Beverly Bank |
| 09/17/21 | CHECK | (179.00) | 25767 | CHECK PAID | 1877 CROACH/PESTGUARD | Utilities | Beverly Bank |
| 10/04/21 | CHECK | (179.00) | 25866 | CHECK PAID | 1877 CROACH/PESTGUARD | Utilities | Beverly Bank |
| 09/03/21 | CHECK | (174.94) | 25803 | CHECK PAID | 2054 Aramark Refreshment Services, LLC | Office Expense | Beverly Bank |
| 09/24/21 | CHECK | (187.11) | 25873 | CHECK PAID | 2054 Aramark Refreshment Services, LLC | Office Expense | Beverly Bank |
| 09/17/21 | CHECK | (162.07) | 25819 | CHECK PAID | 2078 Daniel A Petersen dba Northwest Supply Company | Office Expense | Beverly Bank |
| 11/08/21 | CHECK | (96.46) | 25971 | CHECK PAID | 2078 Daniel A Petersen dba Northwest Supply Company | Office Expense | Beverly Bank |
| 09/10/21 | CHECK | (2,500.00) | 25816 | CHECK PAID | 2175 Foley & Lardner LLP | Legal | Beverly Bank |
| 09/28/21 | CHECK | (2,500.00) | 25851 | CHECK PAID | 2175 Foley & Lardner LLP | Legal | Beverly Bank |
| 10/19/21 | CHECK | (2,500.00) | 25885 | CHECK PAID | 2175 Foley & Lardner LLP | Legal | Beverly Bank |
| 10/27/21 | CHECK | (2,500.00) | 25913 | CHECK PAID | 2175 Foley & Lardner LLP | Legal | Beverly Bank |
| 11/02/21 | CHECK | (2,500.00) | 25957 | CHECK PAID | 2175 Foley & Lardner LLP | Legal | Beverly Bank |
| 11/10/21 | CHECK | (2,500.00) | 25982 | CHECK PAID | 2175 Foley & Lardner LLP | Legal | Beverly Bank |
| 09/01/21 | CHECK | (8,000.00) | 25804 | CHECK PAID | 2180 RubinBrown, LLP | Accounting | Beverly Bank |
| 11/02/21 | CHECK | (11,850.00) | 25958 | CHECK PAID | 2180 RubinBrown, LLP | Accounting | Beverly Bank |
| 09/16/21 | CHECK | (1,803.74) | 25828 | CHECK PAID | 2198 Oracle America, Inc. | ERP - Accouting System | Beverly Bank |
| 10/12/21 | CHECK | (10,016.35) | 25893 | CHECK PAID | 2198 Oracle America, Inc. | ERP - Accouting System | Beverly Bank |
| 11/01/21 | CHECK | (30,050.56) | 25959 | CHECK PAID | 2198 Oracle America, Inc. | ERP - Accouting System | Beverly Bank |
| 09/20/21 | CHECK | (170.41) | 25827 | CHECK PAID | 2238 CRYSTAL SPRINGS | Office Expense | Beverly Bank |
| 10/19/21 | CHECK | (83.62) | 25903 | CHECK PAID | 2238 CRYSTAL SPRINGS | Office Expense | Beverly Bank |
| 11/09/21 | CHECK | (132.31) | 25973 | CHECK PAID | 2238 CRYSTAL SPRINGS | Office Expense | Beverly Bank |
| 10/12/21 | CHECK | (7,075.25) | 25883 | CHECK PAID | 2262 First Bankcard | Credit Card Payment | Beverly Bank |
| 11/01/21 | CHECK | (17,129.25) | 25961 | CHECK PAID | 2262 First Bankcard | Credit Card Payment | Beverly Bank |
| 09/23/21 | CHECK | (1,949.50) | 25856 | CHECK PAID | 2314 Rimkus Consulting Group, Inc | Marketing Expense | Beverly Bank |
| 10/15/21 | CHECK | (3,133.00) | 25890 | CHECK PAID | 2314 Rimkus Consulting Group, Inc | Marketing Expense | Beverly Bank |
| 10/12/21 | CHECK | (414.69) | 25683 | CHECK PAID | 2359 P3 Global, LLC | Marketing Expense | Beverly Bank |
| 10/12/21 | CHECK | (28.83) | 25780 | CHECK PAID | 2359 P3 Global, LLC | Marketing Expense | Beverly Bank |
| 11/12/21 | CHECK | (243.06) | 25979 | CHECK PAID | 2366 PITNEY BOWES GLOBAL FINANCIAL SERVICES, LLC. | Shipping | Beverly Bank |
| 09/02/21 | CHECK | (2,029.01) | 25810 | CHECK PAID | 2390 DIGI-KEY ELECTRONICS | Inventory | Beverly Bank |
| 09/16/21 | CHECK | (2,679.96) | 25839 | CHECK PAID | 2390 DIGI-KEY ELECTRONICS | Inventory | Beverly Bank |
| 09/22/21 | CHECK | (3,599.96) | 25860 | CHECK PAID | 2390 DIGI-KEY ELECTRONICS | Inventory | Beverly Bank |
| 10/15/21 | CHECK | (2,453.81) | 25902 | CHECK PAID | 2390 DIGI-KEY ELECTRONICS | Inventory | Beverly Bank |
| 10/25/21 | CHECK | (1,650.23) | 25924 | CHECK PAID | 2390 DIGI-KEY ELECTRONICS | Inventory | Beverly Bank |
| 10/28/21 | CHECK | (157.53) | 25951 | CHECK PAID | 2390 DIGI-KEY ELECTRONICS | Inventory | Beverly Bank |
| 11/03/21 | CHECK | (14,148.19) | 25964 | CHECK PAID | 2390 DIGI-KEY ELECTRONICS | Inventory | Beverly Bank |

| Date | Type | Amount | Check # | Status | Payee | Category | Bank |
|---|---|---|---|---|---|---|---|
| 11/12/21 | CHECK | (20,309.53) | 25984 | CHECK PAID | 2390 DIGI-KEY ELECTRONICS | Inventory | Beverly Bank |
| 09/16/21 | CHECK | (1,655.20) | 25826 | CHECK PAID | 2395 MCI USA | Utilities | Beverly Bank |
| 10/15/21 | CHECK | (1,655.20) | 25896 | CHECK PAID | 2395 MCI USA | Utilities | Beverly Bank |
| 11/04/21 | CHECK | (200.00) | 25974 | CHECK PAID | 2395 MCI USA | Utilities | Beverly Bank |
| 10/19/21 | CHECK | (9.28) | 25932 | CHECK PAID | 2402 TIFFANY M WALLACE | Office Expense | Beverly Bank |
| 10/22/21 | CHECK | (78.00) | 25953 | CHECK PAID | 2402 TIFFANY M WALLACE | Office Expense | Beverly Bank |
| 11/05/21 | CHECK | (41.44) | 25977 | CHECK PAID | 2402 TIFFANY M WALLACE | Office Expense | Beverly Bank |
| 09/08/21 | CHECK | (495.00) | 25805 | CHECK PAID | 2502 Cruser, Mitchel, Novitz, Sanchez, Gaston & Zimet LLP | Legal | Beverly Bank |
| 09/15/21 | CHECK | (2,208.52) | 25825 | CHECK PAID | 2502 Cruser, Mitchel, Novitz, Sanchez, Gaston & Zimet LLP | Legal | Beverly Bank |
| 09/27/21 | CHECK | (657.00) | 25853 | CHECK PAID | 2502 Cruser, Mitchel, Novitz, Sanchez, Gaston & Zimet LLP | Legal | Beverly Bank |
| 10/20/21 | CHECK | (1,149.00) | 25914 | CHECK PAID | 2502 Cruser, Mitchel, Novitz, Sanchez, Gaston & Zimet LLP | Legal | Beverly Bank |
| 09/15/21 | CHECK | (609.00) | 25845 | CHECK PAID | 2509 Chambliss, Bahner & Stophel, P.C. | Legal | Beverly Bank |
| 10/13/21 | CHECK | (1,729.00) | 25906 | CHECK PAID | 2509 Chambliss, Bahner & Stophel, P.C. | Legal | Beverly Bank |
| 10/04/21 | CHECK | (323.23) | 25880 | CHECK PAID | 2538 Andrew Sarver | Employee Reimbursement - Travel | Beverly Bank |
| 09/30/21 | CHECK | (2,445.50) | 25847 | CHECK PAID | 2556 Spokane Valley Screen Printing, Inc. | Marketing Expense | Beverly Bank |
| 09/30/21 | CHECK | (250.60) | 25852 | CHECK PAID | 2556 Spokane Valley Screen Printing, Inc. | Marketing Expense | Beverly Bank |
| 10/06/21 | CHECK | (1,603.27) | 25878 | CHECK PAID | 2556 Spokane Valley Screen Printing, Inc. | Marketing Expense | Beverly Bank |
| 11/15/21 | CHECK | (245.00) | 25912 | CHECK PAID | 2556 Spokane Valley Screen Printing, Inc. | Marketing Expense | Beverly Bank |
| 09/17/21 | CHECK | (580.00) | 25795 | CHECK PAID | 2564 Tuscano Machine, LLC | Inventory | Beverly Bank |
| 09/17/21 | CHECK | (8,686.37) | 25850 | CHECK PAID | 2564 Tuscano Machine, LLC | Inventory | Beverly Bank |
| 09/28/21 | CHECK | (9,378.01) | 25859 | CHECK PAID | 2564 Tuscano Machine, LLC | Inventory | Beverly Bank |
| 10/25/21 | CHECK | (5,299.34) | 25892 | CHECK PAID | 2564 Tuscano Machine, LLC | Inventory | Beverly Bank |
| 11/01/21 | CHECK | (9,947.00) | 25916 | CHECK PAID | 2564 Tuscano Machine, LLC | Inventory | Beverly Bank |
| 11/02/21 | CHECK | (2,016.64) | 25941 | CHECK PAID | 2564 Tuscano Machine, LLC | Inventory | Beverly Bank |
| 11/02/21 | CHECK | (5,847.20) | 25965 | CHECK PAID | 2564 Tuscano Machine, LLC | Inventory | Beverly Bank |
| 09/07/21 | CHECK | (24,811.99) | 25823 | CHECK PAID | 2577 First Insurance Funding | Insurance Payment | Beverly Bank |
| 10/08/21 | CHECK | (24,811.99) | 25911 | CHECK PAID | 2577 First Insurance Funding | Insurance Payment | Beverly Bank |
| 11/12/21 | CHECK | (24,811.99) | 25986 | CHECK PAID | 2577 First Insurance Funding | Insurance Payment | Beverly Bank |
| 09/17/21 | CHECK | (1,160.00) | 25838 | CHECK PAID | 2596 JDL Designs | Marketing Expense | Beverly Bank |
| 10/26/21 | CHECK | (690.00) | 25930 | CHECK PAID | 2596 JDL Designs | Marketing Expense | Beverly Bank |
| 10/26/21 | CHECK | (12,852.00) | 25915 | CHECK PAID | 2615 BESTGATE ENGINEERING | Inventory | Beverly Bank |
| 11/04/21 | CHECK | (24,276.00) | 25962 | CHECK PAID | 2615 BESTGATE ENGINEERING | Inventory | Beverly Bank |
| 09/01/21 | CHECK | (41.40) | 25821 | CHECK PAID | 2618 Mouser Electronics | Inventory | Beverly Bank |
| 09/20/21 | CHECK | (207.01) | 25832 | CHECK PAID | 2618 Mouser Electronics | Inventory | Beverly Bank |
| 09/24/21 | CHECK | (573.42) | 25863 | CHECK PAID | 2618 Mouser Electronics | Inventory | Beverly Bank |
| 10/15/21 | CHECK | (748.17) | 25887 | CHECK PAID | 2618 Mouser Electronics | Inventory | Beverly Bank |
| 11/01/21 | CHECK | (9.27) | 25952 | CHECK PAID | 2618 Mouser Electronics | Inventory | Beverly Bank |
| 11/04/21 | CHECK | (78.99) | 25976 | CHECK PAID | 2618 Mouser Electronics | Inventory | Beverly Bank |
| 09/08/21 | CHECK | (1,836.26) | 25818 | CHECK PAID | 2621 L&H Machining | Inventory | Beverly Bank |
| 11/10/21 | CHECK | (11,197.86) | 25983 | CHECK PAID | 2621 L&H Machining | Inventory | Beverly Bank |
| 10/13/21 | CHECK | (336.44) | 25901 | CHECK PAID | 2634 Grotberg Electric, Inc | Electrical Work | Beverly Bank |
| 09/14/21 | CHECK | (75.00) | 25833 | CHECK PAID | 2636 765tech CDA Helpdesk LLC | IT Services | Beverly Bank |
| 10/05/21 | CHECK | (150.00) | 25879 | CHECK PAID | 2636 765tech CDA Helpdesk LLC | IT Services | Beverly Bank |
| 10/13/21 | CHECK | (90.00) | 25910 | CHECK PAID | 2636 765tech CDA Helpdesk LLC | IT Services | Beverly Bank |
| 10/27/21 | CHECK | (75.00) | 25954 | CHECK PAID | 2636 765tech CDA Helpdesk LLC | IT Services | Beverly Bank |
| 09/16/21 | CHECK | (899.38) | 25834 | CHECK PAID | 2664 Broadvoice | Utilities | Beverly Bank |
| 09/22/21 | CHECK | (993.99) | 25862 | CHECK PAID | 2664 Broadvoice | Utilities | Beverly Bank |
| 10/13/21 | CHECK | (881.47) | 25907 | CHECK PAID | 2664 Broadvoice | Utilities | Beverly Bank |
| 10/21/21 | CHECK | (912.30) | 25929 | CHECK PAID | 2664 Broadvoice | Utilities | Beverly Bank |
| 09/01/21 | CHECK | (2,500.00) | 25799 | CHECK PAID | 2667 Martin W Lester PA | Legal | Beverly Bank |
| 10/21/21 | CHECK | (6,394.59) | 25922 | CHECK PAID | 2671 Microchip Technology, Inc. | Inventory | Beverly Bank |
| 09/16/21 | CHECK | (414.87) | 25840 | CHECK PAID | 2672 Isabellenhutte USA | Inventory | Beverly Bank |
| 09/13/21 | CHECK | (6,840.00) | 25820 | CHECK PAID | 2687 LK Studios Inc | Marketing Expense | Beverly Bank |
| 08/31/21 | CHECK | (1,990.00) | 25786 | CHECK PAID | 2689 ESIS Inc. | Marketing Expense | Beverly Bank |
| 10/25/21 | CHECK | (995.00) | 25919 | CHECK PAID | 2689 ESIS Inc. | Marketing Expense | Beverly Bank |
| 09/23/21 | CHECK | (2,775.00) | 25855 | CHECK PAID | 2694 WebFX | Marketing Expense | Beverly Bank |
| 10/18/21 | CHECK | (5,550.00) | 25888 | CHECK PAID | 2694 WebFX | Marketing Expense | Beverly Bank |
| 10/27/21 | CHECK | (4,100.00) | 25944 | CHECK PAID | 2694 WebFX | Marketing Expense | Beverly Bank |
| 09/15/21 | CHECK | (25.00) | 25849 | CHECK PAID | 2696 DeVries Information Management | Office Expense | Beverly Bank |
| 10/25/21 | CHECK | (13,500.00) | 25920 | CHECK PAID | 2705 Daniel Schultz Productions | Marketing Expense | Beverly Bank |
| 09/22/21 | CHECK | (4,200.00) | 25857 | CHECK PAID | 2706 Intersolar North America | Marketing Expense | Beverly Bank |
| 09/21/21 | CHECK | (6,500.00) | 25835 | CHECK PAID | 2707 Jennings & Associates Communications, Inc. | Marketing Expense | Beverly Bank |
| 10/21/21 | CHECK | (6,500.00) | 25931 | CHECK PAID | 2707 Jennings & Associates Communications, Inc. | Marketing Expense | Beverly Bank |
| 09/21/21 | CHECK | (3,785.00) | 25869 | CHECK PAID | 2714 Divco | Equipment Repair | Beverly Bank |
| 09/30/21 | CHECK | (20.08) | 25837 | CHECK PAID | 2724 Michael Mason | Employee Reimbursement | Beverly Bank |
| 09/16/21 | CHECK | (2,849.00) | 25843 | CHECK PAID | 2725 Advanced Test Equipment Corporation | Rental - Leased Equipment | Beverly Bank |
| 10/20/21 | CHECK | (2,849.00) | 25926 | CHECK PAID | 2725 Advanced Test Equipment Corporation | Rental - Leased Equipment | Beverly Bank |
| 09/23/21 | CHECK | (6,586.90) | 25872 | CHECK PAID | 2727 Technotronix Inc | Inventory | Beverly Bank |
| 10/20/21 | CHECK | (8,602.50) | 25923 | CHECK PAID | 2727 Technotronix Inc | Inventory | Beverly Bank |
| 11/02/21 | CHECK | (8,100.00) | 25963 | CHECK PAID | 2727 Technotronix Inc | Inventory | Beverly Bank |
| 11/12/21 | CHECK | (408.40) | 25985 | CHECK PAID | 2729 Ryan Minar | Employee Reimbursement - Travel | Beverly Bank |
| 09/01/21 | CHECK | (460.00) | 25796 | CHECK PAID | 2730 U.S. Department of Homeland Security | H1-B Visa Fees for Employee | Beverly Bank |
| 09/01/21 | CHECK | (1,500.00) | 25797 | CHECK PAID | 2730 U.S. Department of Homeland Security | H1-B Visa Fees for Employee | Beverly Bank |
| 09/01/21 | CHECK | (500.00) | 25798 | CHECK PAID | 2730 U.S. Department of Homeland Security | H1-B Visa Fees for Employee | Beverly Bank |
| 09/24/21 | CHECK | (95.00) | 25864 | CHECK PAID | 2734 Patchmarks | Marketing Expense | Beverly Bank |

| Date | Type | Amount | Ref | Description | Payee | Category | Bank |
|---|---|---|---|---|---|---|---|
| 10/15/21 | CHECK | (1,750.50) | 25886 | CHECK PAID | 2734 Patchmarks | Marketing Expense | Beverly Bank |
| 10/28/21 | CHECK | (528.00) | 25936 | CHECK PAID | 2737 TTI Electronics | Marketing Expense | Beverly Bank |
| 09/21/21 | CHECK | (5,000.00) | 25874 | CHECK PAID | 2738 Mountaineer Construction LLC | Building Work | Beverly Bank |
| 10/25/21 | CHECK | (7,000.00) | 25956 | CHECK PAID | 2738 Mountaineer Construction LLC | Building Work | Beverly Bank |
| 11/08/21 | CHECK | (6,178.69) | 25981 | CHECK PAID | 2738 Mountaineer Construction LLC | Building Work | Beverly Bank |
| 09/27/21 | CHECK | (424.85) | 25858 | CHECK PAID | 2749 Hifive Company | Marketing Expense | Beverly Bank |
| 11/04/21 | CHECK | (3,500.00) | 25917 | CHECK PAID | 2751 Propellant Media | Marketing Expense | Beverly Bank |
| 10/14/21 | CHECK | (1,143.50) | 25891 | CHECK PAID | 2752 Stewart Richardson | Insurance Claim Payment | Beverly Bank |
| 10/06/21 | CHECK | (167.50) | 25882 | CHECK PAID | 2756 Tim Winde | Employee Reimbursement - Travel | Beverly Bank |
| 10/04/21 | CHECK | (182.92) | 25881 | CHECK PAID | 2757 Jeff Bennet | Employee Reimbursement - Travel | Beverly Bank |
| 10/13/21 | CHECK | (562.50) | 25894 | CHECK PAID | 2760 Allred & Co | Utilities | Beverly Bank |
| 09/17/21 | CHECK | (969.12) | 25846 | CHECK PAID | 845 AVISTA UTILITIES | Utilities | Beverly Bank |
| 10/27/21 | CHECK | (852.13) | 25947 | CHECK PAID | 845 AVISTA UTILITIES | Utilities | Beverly Bank |
| 11/08/21 | CHECK | (878.95) | 25969 | CHECK PAID | 845 AVISTA UTILITIES | Utilities | Beverly Bank |
| 09/21/21 | CHECK | (171.50) | 25865 | CHECK PAID | 857 COEUR D ALENE GARBAGE SERVICE | Utilities | Beverly Bank |
| 10/22/21 | CHECK | (171.50) | 25928 | CHECK PAID | 857 COEUR D ALENE GARBAGE SERVICE | Utilities | Beverly Bank |
| 09/13/21 | CHECK | (51.35) | 25817 | CHECK PAID | 885 FEDEX | Shipping | Beverly Bank |
| 09/20/21 | CHECK | (67.08) | 25841 | CHECK PAID | 885 FEDEX | Shipping | Beverly Bank |
| 09/27/21 | CHECK | (51.52) | 25867 | CHECK PAID | 885 FEDEX | Shipping | Beverly Bank |
| 10/18/21 | CHECK | (146.64) | 25898 | CHECK PAID | 885 FEDEX | Shipping | Beverly Bank |
| 10/26/21 | CHECK | (64.06) | 25938 | CHECK PAID | 885 FEDEX | Shipping | Beverly Bank |
| 10/27/21 | CHECK | (38.44) | 25955 | CHECK PAID | 885 FEDEX | Shipping | Beverly Bank |
| 11/08/21 | CHECK | (61.08) | 25978 | CHECK PAID | 885 FEDEX | Shipping | Beverly Bank |
| 08/31/21 | CHECK | (284.33) | 25801 | CHECK PAID | 886 FEDEX FREIGHT | Shipping | Beverly Bank |
| 09/02/21 | CHECK | (2,053.18) | 25812 | CHECK PAID | 886 FEDEX FREIGHT | Shipping | Beverly Bank |
| 09/20/21 | CHECK | (6,227.84) | 25830 | CHECK PAID | 886 FEDEX FREIGHT | Shipping | Beverly Bank |
| 09/27/21 | CHECK | (371.38) | 25868 | CHECK PAID | 886 FEDEX FREIGHT | Shipping | Beverly Bank |
| 10/18/21 | CHECK | (3,677.24) | 25897 | CHECK PAID | 886 FEDEX FREIGHT | Shipping | Beverly Bank |
| 10/25/21 | CHECK | (1,861.29) | 25933 | CHECK PAID | 886 FEDEX FREIGHT | Shipping | Beverly Bank |
| 11/01/21 | CHECK | (231.78) | 25948 | CHECK PAID | 886 FEDEX FREIGHT | Shipping | Beverly Bank |
| 11/08/21 | CHECK | (4,456.96) | 25966 | CHECK PAID | 886 FEDEX FREIGHT | Shipping | Beverly Bank |
| 09/17/21 | CHECK | (468.00) | 25844 | CHECK PAID | 920 KOOTENAI COUNTY SOLID WASTE DEPT | Utilities | Beverly Bank |
| 10/19/21 | CHECK | (468.00) | 25940 | CHECK PAID | 920 KOOTENAI COUNTY SOLID WASTE DEPT | Utilities | Beverly Bank |
| 09/15/21 | CHECK | (5,845.82) | 25831 | CHECK PAID | 927 MCMASTER-CARR SUPPLY CO. | Production Supplies | Beverly Bank |
| 09/21/21 | CHECK | (2,459.30) | 25870 | CHECK PAID | 927 MCMASTER-CARR SUPPLY CO. | Production Supplies | Beverly Bank |
| 10/13/21 | CHECK | (979.23) | 25899 | CHECK PAID | 927 MCMASTER-CARR SUPPLY CO. | Production Supplies | Beverly Bank |
| 10/20/21 | CHECK | (166.65) | 25927 | CHECK PAID | 927 MCMASTER-CARR SUPPLY CO. | Production Supplies | Beverly Bank |
| 11/08/21 | CHECK | (740.16) | 25945 | CHECK PAID | 927 MCMASTER-CARR SUPPLY CO. | Production Supplies | Beverly Bank |
| 11/02/21 | CHECK | (149.14) | 25975 | CHECK PAID | 927 MCMASTER-CARR SUPPLY CO. | Production Supplies | Beverly Bank |
| 09/27/21 | CHECK | (765.84) | 25861 | CHECK PAID | 987 Uline, Inc | Production Supplies | Beverly Bank |
| 09/03/21 | CHECK | (346.04) | 25808 | CHECK PAID | 990 Verizon Wireless | Utilities | Beverly Bank |
| 10/22/21 | CHECK | (358.91) | 25937 | CHECK PAID | 990 Verizon Wireless | Utilities | Beverly Bank |
| 08/30/21 | CHECK | (65.70) | 25792 | CHECK PAID | 992 OFFICE DEPOT | Office Expense | Beverly Bank |
| 09/03/21 | CHECK | (55.86) | 25814 | CHECK PAID | 992 OFFICE DEPOT | Office Expense | Beverly Bank |
| 09/23/21 | CHECK | (266.11) | 25871 | CHECK PAID | 992 OFFICE DEPOT | Office Expense | Beverly Bank |
| 10/15/21 | CHECK | (142.44) | 25900 | CHECK PAID | 992 OFFICE DEPOT | Office Expense | Beverly Bank |
| 10/22/21 | CHECK | (149.64) | 25935 | CHECK PAID | 992 OFFICE DEPOT | Office Expense | Beverly Bank |
| 10/28/21 | CHECK | (29.67) | 25949 | CHECK PAID | 992 OFFICE DEPOT | Office Expense | Beverly Bank |
| 11/04/21 | CHECK | (177.89) | 25967 | CHECK PAID | 992 OFFICE DEPOT | Office Expense | Beverly Bank |
| 10/29/21 | CHECK | (200.00) | 25980 | CHECK PAID | Brandy Stevenson | Employee Adance | Beverly Bank |

| Date | Type | Amount | Ref | | Description | | | Category | Bank |
|---|---|---|---|---|---|---|---|---|---|
| 11/23/21 | DEBIT | (123,720.63) | 0 | | WIRE TRANSFER OUT | 786.11221206,159,,B/B INITIATED OUT/ACCT#0450019897  ADMIN/STAFF COMPANIES INC. BANK OF AMERICA, N.A., NY VERTICAL PARTNERS INS | | Insperity - 11/26/2021 Payroll | Beverly Bank |
| 09/09/21 | DEBIT | (88,087.82) | ASF, DBA Insperi | PA | PREAUTHORIZED ACH DEBIT | ASF, DBA Insperi  PAYROLL | 210909 | 0004649200 | Employee Payroll | Beverly Bank |
| 09/23/21 | DEBIT | (91,057.93) | ASF, DBA Insperi | PA | PREAUTHORIZED ACH DEBIT | ASF, DBA Insperi  PAYROLL | 210923 | 0004649200 | Employee Payroll | Beverly Bank |
| 10/07/21 | DEBIT | (103,559.07) | ASF, DBA Insperi | PA | PREAUTHORIZED ACH DEBIT | ASF, DBA Insperi  PAYROLL | 211007 | 0004649200 | Employee Payroll | Beverly Bank |
| 10/21/21 | DEBIT | (102,370.33) | ASF, DBA Insperi | PA | PREAUTHORIZED ACH DEBIT | ASF, DBA Insperi  PAYROLL | 211021 | 0004649200 | Employee Payroll | Beverly Bank |
| 11/04/21 | DEBIT | (96,204.43) | ASF, DBA Insperi | PA | PREAUTHORIZED ACH DEBIT | ASF, DBA Insperi  PAYROLL | 211104 | 0004649200 | Employee Payroll | Beverly Bank |
| 11/18/21 | DEBIT | (109,076.99) | ASF, DBA Insperi | PA | PREAUTHORIZED ACH DEBIT | ASF, DBA Insperi  PAYROLL | 211118 | 0004649200 | Employee Payroll | Beverly Bank |
| 09/03/21 | DEBIT | (135.00) | PAI | MI | PREAUTHORIZED ACH DEBIT | PAI  MIBankDBT | 210902 | 28215 | Employee Payroll | Beverly Bank |
| 10/05/21 | DEBIT | (535.00) | PAI | MI | PREAUTHORIZED ACH DEBIT | PAI  MIBankDBT | 211004 | 28215 | Employee Payroll | Beverly Bank |
| 11/03/21 | DEBIT | (235.00) | PAI | MI | PREAUTHORIZED ACH DEBIT | PAI  MIBankDBT | 211102 | 28215 | Employee Payroll | Beverly Bank |
| 08/30/21 | DEBIT | (4,488.61) | PAI | MI | PREAUTHORIZED ACH DEBIT | PAI  MIBankEXP | 210830 | 28215 | Employee Payroll | Beverly Bank |
| 09/21/21 | DEBIT | (4,471.04) | PAI | MI | PREAUTHORIZED ACH DEBIT | PAI  MIBankEXP | 210921 | 28215 | Employee Payroll | Beverly Bank |
| 09/27/21 | DEBIT | (4,446.02) | PAI | MI | PREAUTHORIZED ACH DEBIT | PAI  MIBankEXP | 210927 | 28215 | Employee Payroll | Beverly Bank |
| 10/13/21 | DEBIT | (5,473.53) | PAI | MI | PREAUTHORIZED ACH DEBIT | PAI  MIBankEXP | 211013 | 28215 | Employee Payroll | Beverly Bank |
| 10/26/21 | DEBIT | (4,438.50) | PAI | MI | PREAUTHORIZED ACH DEBIT | PAI  MIBankEXP | 211026 | 28215 | Employee Payroll | Beverly Bank |
| 11/15/21 | DEBIT | (4,410.39) | PAI | MI | PREAUTHORIZED ACH DEBIT | PAI  MIBankEXP | 211115 | 28215 | Employee Payroll | Beverly Bank |
| 09/01/21 | DEBIT | (1,000.00) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  CHEN JIEFANG BANK OF CHINA (HONG KONG) LIMI | | | China Employee Wages | Beverly Bank |
| 10/01/21 | DEBIT | (1,000.00) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  CHEN JIEFANG BANK OF CHINA (HONG KONG) LIMI | | | China Employee Wages | Beverly Bank |
| 11/01/21 | DEBIT | (1,000.00) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  CHEN JIEFANG BANK OF CHINA (HONG KONG) LIMI | | | China Employee Wages | Beverly Bank |
| 11/01/21 | DEBIT | (5,670.00) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  LI XIANG CHUN CHINA MERCHANTS BANK | | | China Employee Wages | Beverly Bank |
| 09/01/21 | DEBIT | (5,670.00) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  LI XIANGLI CHINA MERCHANTS BANK | | | China Employee Wages | Beverly Bank |
| 10/01/21 | DEBIT | (5,670.00) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  LI XIANGLI CHINA MERCHANTS BANK | | | China Employee Wages | Beverly Bank |

| Date | Type | Amount | Name | | Description | | Check# | Ref# | Category | Bank |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/07/21 | DEBIT | (71.71) | AMERICAN EXPRESS | AX | PREAUTHORIZED ACH DEBIT | AMERICAN EXPRESS AXP DISCNT | 210907 | 1110066164 | Credit Card Service Fees | Beverly Bank |
| 10/05/21 | DEBIT | (141.21) | AMERICAN EXPRESS | AX | PREAUTHORIZED ACH DEBIT | AMERICAN EXPRESS AXP DISCNT | 211005 | 1110066164 | Credit Card Service Fees | Beverly Bank |
| 11/05/21 | DEBIT | (317.19) | AMERICAN EXPRESS | AX | PREAUTHORIZED ACH DEBIT | AMERICAN EXPRESS AXP DISCNT | 211105 | 1110066164 | Credit Card Service Fees | Beverly Bank |
| 09/02/21 | DEBIT | (91.30) | CYBERSRC | BK | PREAUTHORIZED ACH DEBIT | CYBERSRC BKCD M DSC | 210902 | 8610000400596 | Credit Card Service Fees | Beverly Bank |
| 10/04/21 | DEBIT | (85.40) | CYBERSRC | BK | PREAUTHORIZED ACH DEBIT | CYBERSRC BKCD M DSC | 211004 | 8610000400596 | Credit Card Service Fees | Beverly Bank |
| 11/02/21 | DEBIT | (651.10) | CYBERSRC | BK | PREAUTHORIZED ACH DEBIT | CYBERSRC BKCD M DSC | 211102 | 8610000400596 | Credit Card Service Fees | Beverly Bank |
| | | | | | | | | | | |
| 09/17/21 | DEBIT | (1,432.75) | 0 | | MISCELLANEOUS FEES | ANALYSIS ACTIVITY FOR 08/21 | | | Beverly Bank - Account Fee | Beverly Bank |
| 10/19/21 | DEBIT | (1,433.99) | 0 | | MISCELLANEOUS FEES | ANALYSIS ACTIVITY FOR 09/21 | | | Beverly Bank - Account Fee | Beverly Bank |
| 11/18/21 | DEBIT | (1,188.86) | 0 | | MISCELLANEOUS FEES | ANALYSIS ACTIVITY FOR 10/21 | | | Beverly Bank - Account Fee | Beverly Bank |
| 12/17/21 | DEBIT | (1,066.40) | 0 | | MISCELLANEOUS FEES | ANALYSIS ACTIVITY FOR 10/21 | | | Beverly Bank - Account Fee | Beverly Bank |
| 08/31/21 | DEBIT | (3,025.45) | LOAN FEE AND | LI | LOAN FEE AND | LIEN SEARCH | | | Beverly Bank - Loan Renewal Fee | Beverly Bank |
| 09/01/21 | DEBIT | (20,500.00) | PAAY INTEREST TO 8/3 | | MISC DEBIT | PAAY INTEREST TO 8/31 | 470014267-1 | | Beverly Bank - Interest | Beverly Bank |
| 12/10/21 | DEBIT | (41,762.05) | PRIN REDUCTION | LN | PRIN REDUCTION | LN 470014267-1 | | | Beverly Bank - Principal Payment | Beverly Bank |
| | | | | | | | | | | |
| 10/12/21 | DEBIT | (5,000.00) | 1ST BANKCARD CTR | FI | PREAUTHORIZED ACH DEBIT | 1ST BANKCARD CTR FIRSTCHECK | 211012 | | Wintrust Visa Payment | Beverly Bank |
| 09/28/21 | DEBIT | (3,000.00) | DELL | ON | PREAUTHORIZED ACH DEBIT | DELL ONLINE PMT | 210928 | | Dell Financial Payments | Beverly Bank |
| 10/29/21 | DEBIT | (3,000.00) | DELL | ON | PREAUTHORIZED ACH DEBIT | DELL ONLINE PMT | 211029 | | Dell Financial Payments | Beverly Bank |
| | | | | | | | | | | |
| 10/27/21 | DEBIT | (230,462.84) | 9.96001E+14 | | WIRE TRANSFER OUT | BIB INITIATED OUTGACCT#0450019897  GT HOBBIES CO LIMITED HSBC | | | Inventory Payment - GT Hobbies | Beverly Bank |
| 09/03/21 | DEBIT | (27,471.28) | 9.96001E+14 | | WIRE TRANSFER OUT | BIB INITIATED OUTGACCT#0450019897  SHENZHEN VIGOR POWER BATTERY CO LTD BANKOF CHINA SHENZHEN BRANCH | | | Inventory Payment - Vigor | Beverly Bank |
| 09/10/21 | DEBIT | (29,753.56) | 9.96001E+14 | | WIRE TRANSFER OUT | BIB INITIATED OUTGACCT#0450019897  SHENZHEN VIGOR POWER BATTERY CO LTD BANKOF CHINA SHENZHEN BRANCH | | | Inventory Payment - Vigor | Beverly Bank |
| 09/17/21 | DEBIT | (18,760.82) | 9.96001E+14 | | WIRE TRANSFER OUT | BIB INITIATED OUTGACCT#0450019897  SHENZHEN VIGOR POWER BATTERY CO LTD BANKOF CHINA SHENZHEN BRANCH | | | Inventory Payment - Vigor | Beverly Bank |
| 09/10/21 | DEBIT | (9,519.66) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  AGA TECHNOLOGY CO., LTD INDUSTRIAL AND COMMERCIAL BANK | | | Inventory Payment - AGA | Beverly Bank |
| 09/17/21 | DEBIT | (2,160.00) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  AGA TECHNOLOGY CO., LTD INDUSTRIAL AND COMMERCIAL BANK | | | Inventory Payment - AGA | Beverly Bank |
| 10/28/21 | DEBIT | (135,667.72) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  AGA TECHNOLOGY CO., LTD INDUSTRIAL AND COMMERCIAL BANK | | | Inventory Payment - AGA | Beverly Bank |
| 11/05/21 | DEBIT | (43,071.48) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  AGA TECHNOLOGY CO., LTD INDUSTRIAL AND COMMERCIAL BANK | | | Inventory Payment - AGA | Beverly Bank |
| 09/24/21 | DEBIT | (1,222.50) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  CHANGZHOU TESTER ELECTRONIC JIANGSU JIANGNAN RURAL COMMERC | | | Inventory Payment - Tester Electric | Beverly Bank |
| 09/07/21 | DEBIT | (4,672.16) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  LITON INDUSTRIAL CO., LIMITED DBS BANK (HONG KONG) LIMITED | | | Inventory Shipping Payment - Hanesson Industrial | Beverly Bank |
| 09/10/21 | DEBIT | (9,889.05) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  QS TECHNOLOGY INDUSTRIAL CO LIMITED TAIWAN SHIN KONG COMMERCIAL BA BANK | | | Inventory Payment - QS | Beverly Bank |
| 09/17/21 | DEBIT | (13,564.10) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  QS TECHNOLOGY INDUSTRIAL CO LIMITED TAIWAN SHIN KONG COMMERCIAL BA BANK | | | Inventory Payment - QS | Beverly Bank |
| 10/27/21 | DEBIT | (6,461.96) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  QS TECHNOLOGY INDUSTRIAL CO LIMITED TAIWAN SHIN KONG COMMERCIAL BA BANK | | | Inventory Payment - QS | Beverly Bank |
| 08/31/21 | DEBIT | (55,969.77) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  RISE GREAT TRADING LIMITED HONGKONG AND SHANGHAI BANKING | | | Inventory Deposit - Hua Yi | Beverly Bank |
| 11/12/21 | DEBIT | (5,785.00) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  SHENZHEN HOBBYWING TECHNOLOGY CO LTD BANKOF CHINA | | | Inventory Payment - | Beverly Bank |
| 10/27/21 | DEBIT | (2,691.00) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  THAI CHEONG COMPANY BANK OF CHINA (HONG KONG) LTD | | | Inventory Deposit - Thai Cheong | Beverly Bank |
| 09/23/21 | DEBIT | (19,549.08) | US CBP | PA | PREAUTHORIZED ACH DEBIT | US CBP PAYMENT | 043448 | 302124303U | Incoming Inventory - US Customs & Border Patrol | Beverly Bank |
| 10/25/21 | DEBIT | (22,926.02) | US CBP | PA | PREAUTHORIZED ACH DEBIT | US CBP PAYMENT | 043448 | 302126403H | Incoming Inventory - US Customs & Border Patrol | Beverly Bank |
| 10/25/21 | DEBIT | (19,607.89) | US CBP | PA | PREAUTHORIZED ACH DEBIT | US CBP PAYMENT | 043448 | 302127303U | Incoming Inventory - US Customs & Border Patrol | Beverly Bank |
| 09/01/21 | DEBIT | (5,000.00) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  HUANG JIE CHINA MERCHANTS BANK | | | Raymond Lee - Chinese Employee - Inventory Expenses Paid in RMB | Beverly Bank |
| 09/13/21 | DEBIT | (5,000.00) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  HUANG JIE CHINA MERCHANTS BANK | | | Raymond Lee - Chinese Employee - Inventory Expenses Paid in RMB | Beverly Bank |
| 10/12/21 | DEBIT | (5,000.00) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  HUANG JIE CHINA MERCHANTS BANK | | | Raymond Lee - Chinese Employee - Inventory Expenses Paid in RMB | Beverly Bank |
| 10/19/21 | DEBIT | (5,000.00) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  HUANG JIE CHINA MERCHANTS BANK | | | Raymond Lee - Chinese Employee - Inventory Expenses Paid in RMB | Beverly Bank |
| 11/03/21 | DEBIT | (5,000.00) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  HUANG JIE CHINA MERCHANTS BANK | | | Raymond Lee - Chinese Employee - Inventory Expenses Paid in RMB | Beverly Bank |
| 11/03/21 | DEBIT | (5,000.00) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  LI XIANG CHUN CHINA MERCHANTS BANK | | | Raymond Lee - Chinese Employee - Inventory Expenses Paid in RMB | Beverly Bank |
| 09/08/21 | DEBIT | (5,000.00) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  LI XIANG CHUN CHINA MERCHANTS BANK | | | Raymond Lee - Chinese Employee - Inventory Expenses Paid in RMB | Beverly Bank |
| 09/24/21 | DEBIT | (5,966.00) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  LI XIANG CHUN CHINA MERCHANTS BANK | | | Raymond Lee - Chinese Employee - Inventory Expenses Paid in RMB | Beverly Bank |
| 10/19/21 | DEBIT | (4,145.75) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  LI XIANG CHUN CHINA MERCHANTS BANK | | | Raymond Lee - Chinese Employee - Inventory Expenses Paid in RMB | Beverly Bank |
| 09/24/21 | DEBIT | (4,034.00) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  HUANG YING CHINA MERCHANTS BANK | | | Shenzhen Jiayuanxing Electronics - Inventory | Beverly Bank |
| 10/12/21 | DEBIT | (6,237.00) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  HUANG YING CHINA MERCHANTS BANK | | | Shenzhen Jiayuanxing Electronics - Inventory | Beverly Bank |
| 11/17/21 | DEBIT | (5,995.00) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  LI WEN HANG SENG BANK LIMITED | | | Shenzhen Wen Shipping - Shipping Charges for Inventory | Beverly Bank |
| 09/15/21 | DEBIT | (5,000.00) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  ZHONG HUI CHINA MERCHANTS BANK | | | YJX Wire - Inventory | Beverly Bank |
| 09/24/21 | DEBIT | (5,813.40) | 9.96001E+14 | | INTL WIRE TRANS DEBIT | FOREIGN ON LINE BAACCT#0450019897  ZHONG HUI CHINA MERCHANTS BANK | | | YJX Wire - Inventory | Beverly Bank |
| 10/12/21 | DEBIT | (5,831.60) | VERTICAL PARTNER | AC | PREAUTHORIZED ACH DEBIT | VERTICAL PARTNER ACH | 211012 | | LTL Group - Inventory | Beverly Bank |
| 10/14/21 | DEBIT | (3,580.90) | VERTICAL PARTNER | AC | PREAUTHORIZED ACH DEBIT | VERTICAL PARTNER ACH | 211014 | | LTL Group - Inventory | Beverly Bank |
| | | | | | | | | | | |
| 09/01/21 | DEBIT | (16,631.21) | WOODLAWN INVESTO | AC | PREAUTHORIZED ACH DEBIT | WOODLAWN INVESTO ACH | 210901 | | Bermar Partners - Rent Payment | Beverly Bank |
| 10/05/21 | DEBIT | (16,613.21) | WOODLAWN INVESTO | AC | PREAUTHORIZED ACH DEBIT | WOODLAWN INVESTO ACH | 211005 | | Bermar Partners - Rent Payment | Beverly Bank |
| 11/01/21 | DEBIT | (16,595.21) | WOODLAWN INVESTO | AC | PREAUTHORIZED ACH DEBIT | WOODLAWN INVESTO ACH | 211101 | | Bermar Partners - Rent Payment | Beverly Bank |
| | | | | | | | | | | |
| 09/09/21 | DEBIT | (200.00) | STAMPS.COM | PO | PREAUTHORIZED ACH DEBIT | STAMPS.COM POSTAGE | 210909 | | Outbound USPS Shipping Fees | Beverly Bank |
| 09/22/21 | DEBIT | (200.00) | STAMPS.COM | PO | PREAUTHORIZED ACH DEBIT | STAMPS.COM POSTAGE | 210922 | | Outbound USPS Shipping Fees | Beverly Bank |
| 10/06/21 | DEBIT | (200.00) | STAMPS.COM | PO | PREAUTHORIZED ACH DEBIT | STAMPS.COM POSTAGE | 211006 | | Outbound USPS Shipping Fees | Beverly Bank |

| Date | Type | Amount | Payee | Description | Name | Ref | ID | Memo | Bank |
|------|------|--------|-------|-------------|------|-----|-----|------|------|
| 10/13/21 | DEBIT | (200.00) | STAMPS.COM PO | PREAUTHORIZED ACH DEBIT | STAMPS.COM POSTAGE | 211013 | | Outbound USPS Shipping Fees | Beverly Bank |
| 10/21/21 | DEBIT | (200.00) | STAMPS.COM PO | PREAUTHORIZED ACH DEBIT | STAMPS.COM POSTAGE | 211021 | | Outbound USPS Shipping Fees | Beverly Bank |
| 11/03/21 | DEBIT | (200.00) | STAMPS.COM PO | PREAUTHORIZED ACH DEBIT | STAMPS.COM POSTAGE | 211103 | | Outbound USPS Shipping Fees | Beverly Bank |
| 11/12/21 | DEBIT | (200.00) | STAMPS.COM PO | PREAUTHORIZED ACH DEBIT | STAMPS.COM POSTAGE | 211112 | | Outbound USPS Shipping Fees | Beverly Bank |
| 09/08/21 | DEBIT | (34.95) | STAMPS.COM ST | PREAUTHORIZED ACH DEBIT | STAMPS.COM STAMPS.COM | 210908 | | Outbound USPS Shipping Fees | Beverly Bank |
| 10/06/21 | DEBIT | (34.95) | STAMPS.COM ST | PREAUTHORIZED ACH DEBIT | STAMPS.COM STAMPS.COM | 211006 | | Outbound USPS Shipping Fees | Beverly Bank |
| 11/09/21 | DEBIT | (34.95) | STAMPS.COM ST | PREAUTHORIZED ACH DEBIT | STAMPS.COM STAMPS.COM | 211109 | | Outbound USPS Shipping Fees | Beverly Bank |

| Date | Type | Amount | Payee | Description | Name | Ref | ID | Memo | Bank |
|------|------|--------|-------|-------------|------|-----|-----|------|------|
| 10/01/21 | DEBIT | (70.75) | ADP PAYROLL FEES AD | PREAUTHORIZED ACH DEBIT | ADP PAYROLL FEES ADP - FEES | 211001 | 8YRTYHE 0978698 | Other Fees | Beverly Bank |
| 10/29/21 | DEBIT | (70.75) | ADP PAYROLL FEES AD | PREAUTHORIZED ACH DEBIT | ADP PAYROLL FEES ADP - FEES | 211029 | 8YRTYHE 6637952 | Other Fees | Beverly Bank |
| 10/15/21 | DEBIT | (9,400.00) | VERTICAL PARTNER AC | PREAUTHORIZED ACH DEBIT | VERTICAL PARTNER ACH | 211015 | | Merwin Group - Employee Recruiting Fees | Beverly Bank |

| Date | Type | Amount | Payee | Description | Memo | Bank |
|------|------|--------|-------|-------------|------|------|
| 12/09/21 | DEBIT | (10.00) | 2786 First Interstate Bank | | Incoming Wire Fees | First Interstate Bank |
| 12/10/21 | DEBIT | (25.00) | 2786 First Interstate Bank | | Wire Fee For Expeditors Payment | First Interstate Bank |
| 12/10/21 | DEBIT | (65.00) | 2786 First Interstate Bank | | Wire Fees For Viven Chen Payment | First Interstate Bank |
| 12/10/21 | DEBIT | (70.00) | 2786 First Interstate Bank | | Wire Fees for Hanesson Payment | First Interstate Bank |
| 12/10/21 | DEBIT | (70.00) | 2786 First Interstate Bank | | Wire Fees for Raymond Lee Payment | First Interstate Bank |
| 12/10/21 | DEBIT | (1,000.00) | 1994 Vivian Chen | | China Employee November Payroll | First Interstate Bank |
| 12/10/21 | DEBIT | (5,670.00) | 2092 Raymond Lee | | China Employee November Payroll | First Interstate Bank |
| 12/10/21 | DEBIT | (14,691.40) | 2384 Hanesson Industrial HK., Limited | Liton Industrial Co., Limited | Shipping Fees for incoming container | First Interstate Bank |
| 12/10/21 | DEBIT | (23,512.93) | 1052 EXPEDITORS INTERNATIONAL | EXPEDITORS INTERNATIONAL | Shipping Fees for incoming container | First Interstate Bank |
| 12/10/21 | DEBIT | (25,619.99) | 1150 AMERICAN EXPRESS | AMERICAN EXPRESS | Credit card payment | First Interstate Bank |
| 12/13/21 | DEBIT | (740.00) | 1278 TIME WARNER CABLE/SPECTRUM | TIME WARNER CABLE | Internet | First Interstate Bank |
| 12/15/21 | DEBIT | (25.00) | 2786 First Interstate Bank | | Insperity Wire Fee | First Interstate Bank |
| 12/15/21 | DEBIT | (13,994.18) | 2518 Insperity Services | | 12/17/21 Payroll - Standard 2-Week Payroll | First Interstate Bank |
| 12/16/21 | DEBIT | (66.00) | 1346 INTERMOUNTAIN SECURITY | | December Building Security | First Interstate Bank |
| 12/16/21 | DEBIT | (1,099.20) | 845 AVISTA UTILITIES | Avista | November Utilities | First Interstate Bank |
| 12/16/21 | DEBIT | (1,492.28) | 2636 765tech CDA Helpdesk LLC | | Outsourced IT help | First Interstate Bank |
| 12/16/21 | DEBIT | (1,513.75) | 1382 TOMAS BARRERA | | Labor to send out inventory after closing | First Interstate Bank |
| 12/16/21 | DEBIT | (1,545.00) | 2402 TIFFANY M WALLACE | | General winddown labor after closing | First Interstate Bank |
| 12/16/21 | DEBIT | (16,595.21) | 1549 Bermar Partners, LLC | | December Building Rent | First Interstate Bank |
| 12/17/21 | DEBIT | (4,378.38) | 88 PAi (Plan Administrators, Inc.) | | Employee 401k close out costs | First Interstate Bank |
| 12/17/21 | DEBIT | (26,067.59) | 2577 First Insurance Funding | | Insurance Payment | First Interstate Bank |

## United States Bankruptcy Court
### District of Idaho

In re   **Vertical Partners West, LLC**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **December 20, 2021**

**/s/ Keith Wallace**

**Keith Wallace**/**President**
Signer/Title

ADVANCED TEST EQUIPMENT CORP
10401 ROSELLE STREET
SAN DIEGO, CA 92121


ADVENTURE CHEF
1630 WILLIAMS HWY #119
GRANTS PASS, OR 97527


AFLAC
1932 WYNNTON ROAD
COLUMBUS, GA 31999-7000


AGA POWER
BLDG. 1, NO. 23, HEIBEI INDU
HUALIAN COMMUNITY, LONGHUA S
LONGHUA DISTRICT SHENZHEN 51810-9000


AHT INSURANCE
ARMFIELD, HARRISON  THOMAS
20 S. KING STREET
LEESBURG, VA 20175


ALADDIN PD FUND I, LLLP
2 UNION SQUARE, SUITE 901
CHATTANOOGA, TN 37402


ALLEN J. KILBOURNE
7364 N. COURCELLES PKWY
COEUR D ALENE, ID 83815-9829


ALLRED   CO
845 1/2 N GOVERNMENT WAY
COEUR D ALENE, ID 83814


ALLSTATE INSURANCE COMPANY
A/S/O CHUCK LAYDEN
131 8TH STREET
DUNBAR, WV 25064

```
ALLSTATE INSURANCE COMPANY
A/S/O ROBERT DIEMER
1026 BLAND ROAD
LITTLE ROCK, AR 72206


ALLSTATE INSURANCE COMPANY
A/S/O TONY BLASSINGAME
2617 VICKI LANE
MINDEN, NV 89423


ALLSTATE INSURANCE COMPANY
A/S/O BRIAN URQUHART
22344 EASTWOOD AVE
WARREN, MI 48089


ALLSTATE INSURANCE COMPANY
A/S/O CHARLES SNUDER
299 PORTER ROAD
BELLE VERNON, PA 15012


ALLSTATE INSURANCE COMPANY
A/S/O JESSE WOODS
1917 NIPSIC AVENUE
BREMERTON, WA 98310


AMERICAN EXPRESS
ATTEN: BANKRUPTCY
PO BOX 650448
DALLAS, TX 75265-0448


AMERICAN FAMILY INSURANCE
A/S/O TIMOTHY  ANNE RYAN
12387 CLARA LANE
LAKE OSWEGO, OR 97035


AMTRUST
A/S/O BRUCKNER HOBBIES II
3587 E. TREMONT AVE.
BRONX, NY 10465
```

ANDREW ALAN SARVER
1428 W. SUTHERLAND COURT
HAYDEN, ID 83835-8131


ANTHONY DIFEDE
19 JUDITH PLACE
EAST ISLIP, NY 11730-3203


ARAMARK REFRESHMENT SERVICES
PO BOX 734677
DALLAS, TX 75373-4677


ARROW ELECTRONICS
950 WEST BANNOCK
BOISE, ID 83702


ASYLUM XTREME
3101 POND STATION ROAD
LOUISVILLE, KY 40272


B   H PHOTO - DSV
420 NINTH AVENUE
NEW YORK, NY 10001


BATTERIES PLUS
6200 N. BAKER ROAD
GLENDALE, WI 53209


BERMAR PARTNERS, LLC
3019 E RIVERCREST DRIVE
POST FALLS, ID 83854


BESTGATE ENGINEERING
2327 CHOATE ROAD
FALLSTON, MD 21047

```
BEVERLY BANK   TRUST CO
10258 S WESTERN AVE
CHICAGO, IL 60643


BEVERLY BANK   TRUST CO
C/O LIEN SOLUTIONS
PO BOX 29071
GLENDALE, CA 91209-9071


BEVERLY BANK   TRUST COMPANY
C/O CORPORATION SERVICE COMP
801 ADLAI STEVENSON DR
SPRINGFIELD, IL 62703


BEVERY BANK   TRUST CO
ATTEN: STEVE PARKER
9801 WEST HIGGINS, BOX 32
ROSEMONT, IL 60018


BIG BOYS WITH COOL TOYS
2200 DUNDAS ST EAST UNIT 5
MISSISSAUGA ON L4X 2V3


BOYCE
1630 MOUNTAIN ROAD
MIDDLETOWN, NY 10940-7189


BRANDI M. NELSON
7086 W. AMANDA STREET
RATHDRUM, ID 83858-0236


BRANDON R. FREUD
CHUHAK   TECSON, P.C.
30 S. WACKER DR., STE 2600
CHICAGO, IL 60606


BRANDY STEVENSON
PO BOX 1084
RATHDRUM, ID 83858-1084
```

BRETT ROBERT SCOTT
11110 E 6TH AVE
SPOKANE, WA 99206-5546


BRIAN SCOTT PINTELLO
623 E PENROSE AVE
POST FALLS, ID 83854-0137


BROADVOICE
PO BOX 31001-2726
LOCKBOX# 912726
PASADENA, CA 91110-2726


BRUCKNER HOBBIES II, INC.
3587 E TREMONT AVE
BRONX, NY 10465-2037


CALEB HAGER
6058 N. MADELLAINE DR.
COEUR D ALENE, ID 83815-9357


CARDWELL CREATIVE
1300 BROADWAY ST NE #411
SALEM, OR 97301


CHAMBLISS, BAHNER   STOPHEL
605 CHESTNUT STREET
SUITE 1700
CHATTANOOGA, TN 37450


CHARLIE JOLOWSKY
24040 296TH LN
BELLE PLAINE, MN 56011


CITIZENS PROPERTY INSURANCE
ASO LEILANI   DEREK PEARSON
13215 PARIS DRIVE
HUDSON, FL 34667

CITY OF RATHDRUM
8047-1 W MAIN STREET
RATHDRUM, ID 83858


CLINT BOWER
3019 E RIVERCREST DRIVE
POST FALLS, ID 83854


COEUR D' ALENE GARBAGE SERV
PO BOX 3010
POST FALLS, ID 83877


CONNIE MCHUGH
151 FREDERICKS GROVE ROAD
LEHIGHTON, PA 18235


CRUSER, MITCHELL, NOVITZ
275 SCIENTIFIC DRIVE, SUITE
NORCROSS, GA 30092


CRYSTAL SPRINGS
POST OFFICE BOX 660579
DALLAS, TX 75266-0579


CSAA INSURANCE EXCHANGE
ASO CECILLA  KAREN MONTGOME
3520 FIVE MILE DRIVE
STOCKTON, CA 95219


CTL LAX INC.
4281 KATELLA AVE SUITE 200
LOS ALAMITOS, CA 90720


DANIEL SCHULTZ PRODUCTIONS
1432 CARLETON DRIVE
CONCORD, CA 94518

DAVID A. JOLLIFFE
34720 N. COLLINS ROAD
ATHOL, ID 83801-7023


DAVID MARTZ
190 MOUNTAIN CANYON PLACE
ALAMO, CA 94507-2784


DAVID MILER
483 VIA ROYAL
WALNUT CREEK, CA 94597


DE LAGE LANDEN FINANCIAL
PO BOX 41602
PHILADELPHIA, PA 19101-1602


DELL FINANCIAL SERVICES
ATTEN: BANKRUPTCY
PO BOX 5292
CAROL STREAM, IL 60197


DENNIS JEREMY JOHNSTON
11319 E 8TH AVE
SPOKANE, WA 99206-2818


DIGI-KEY ELECTRONICS
P.O. BOX 250
THIEF RIVER FALLS, MN 56701


DISPLAY GRAPHICS
52 CHIPMUNK LANE
TIJERAS, NM 87059


DONGGUAN QS ELECTRONIC TECH
SHENXIANG INDUSTRIAL ZONE
HUAIDE ADMINISTRATION DIST.
DONGGUAN CITY

```
ERIC BASSANI
4642 KILLIAN CROSSING DRIVE
DENVER, NC 28037


ESIS, INC.
CHUBB, DEPT. CH 10123
PALATINE, IL 60055-0123


EXP TECHNICAL
PO BOX 493
SPOKANE, WA 99210


FARMERS INSURANCE EXCHANGE
A/S/O ANTONIETTE GUASTELLA
2041 LAVE AVE
LONG BEACH, CA 90815


FED EX
PO BOX 94515
PALATINE, IL 60094-4515


FED EX FREIGHT
PO BOX 10306
PALATINE, IL 60055-0306


FIRST BANKCARD
ATTEN: BANKRUPTCY
PO BOX 2818
OMAHA, NE 68103-2818


FIRST INSURANCE FUNDING
450 SKOKIE BLVD, STE 1000
NORTHBROOK, IL 60062-7917


FIRST MERCURY INSURANCE COMP
26600 TELEGRAPH ROAD
SOUTHFIELD, MI 48033
```

```
FOLEY   LARDNER LLP
PO BOX 78470
MILWAUKEE, WI 53278-8470


FRANK DEL RIO
272 MARINERO COURT
CORAL GABLES, FL 33143-6530


GRAINGER
PO BOX 419267
DEPT 887530740
KANSAS CITY, MO 64141-6267


GROTBERG ELECTRIC, INC.
PO BOX 426
VALLEY CITY, ND 58072


H   H DOCUMENT SOLUTIONS
5140 E SELTICE WAY
POST FALLS, ID 83854


H   H, INC.
PO BOX 846
VERADALE, WA 99037-0846


HARVEY MESHEL
4740 N 36TH STREET
HOLLYWOOD, FL 33021


HITEK HOBBIES
129 BELVE DRIVE
GARNER, NC 27529


HUA YI MODEL PARTS MANUFACTO
BLOCK 1. YONGCHENG RD 4
AILIAN JIANXIN VILLAGE
LONGGANG DISTRICT
```

INFORMA MARKETS MANUFACTURIN
25589 NETWORK PLACE
CHICAGO, IL 60673


ISABELLENHUTTE USA
1199 G.A.R. HIGHWAY
SWANSEA, MA 02777


JAMES BAXTER
1111 WALLA WALLA AVENUE
WENATCHEE, WA 98801


JAMES PEREZ
10415 CANTACIELO DRIVE NW
ALBUQUERQUE, NM 87114-1461


JAMES THOMAS DICKEY
8628 E CESSNA LANE
ATHOL, ID 83801-9417


JASON ANDREW BUDWISER
1150 E 4TH AVE APT 203
POST FALLS, ID 83854-4037


JASON T. KONEVAL
2655 E. SPYGLASS CT
COEUR D ALENE, ID 83815-7946


JDL DESIGNS
3456 EAST ST JAMES AVE
HAYDEN, ID 83835


JEFFREY CABLE
437 JAMISON AVE
SALTSBURG, PA 15681

```
JEFFREY SCOTT BENNETT
5480 W RACQUET RD., UNIT 9
RATHDRUM, ID 83858-6665


JEGS PERFORMANCE
101 JEGS PLACE
DELAWARE, OH 43015


JENNINGS   ASSOCIATES COMMUN
2121 PALOMAR AIRPORT ROAD
CARLSBAD, CA 92011


JERRY ANTHONY CALDWELL
7504 N. PLEASANT PRAIRIE RD
SPOKANE, WA 99217-9684


JOHN MCDANIEL
4031 W PURDUE AVE
PHOENIX, AZ 85051-1070


JON A EBRIGHT
190 ASHFORD STREET
BRIGHTON, MO 78114


KATRINA SUN
84 BUCKFAST COURT
THOMASVILLE, GA 31792


KEITH R WALLACE
1762 E SUNDOWN DRIVE
COEUR D ALENE, ID 83815-9696


KENNETH HARRISON
7009 CHOPLIN ROAD
WAKE FOREST, NC 27587
```

KENNETH MORELANDER
1008 OCEANWALK COURT
FERNANDINA BEACH, FL 32034


KEVIN G SHAW
152 RIVERSIDE DRIVE
BINGHAMTON, NY 13905


KOELLER, NEBEKER, CARLSON
PO BOX 19799
IRVINE, CA 92623-9799


KOOTENAI COUNTY SOLID WASTE
PO BOX 9000
COEUR D ALENE, ID 83816


L  H MACHINING
3400 DE LA CRUZ BLVD. #U
SANTA CLARA, CA 95054


LIBERTY MUTUAL INSURANCE
A/S/O TODD FOURNIER
4 SCHOOL HOUSE LANE
SANDOWN, NH 03873-2322


LITCHFIELD CAVO LLP
303 WEST MADISON SUITE 300
CHICAGO, IL 60606-3309


LOCKHEED MARTIN
5222 WELLESLEY AVENUE
FORT WORTH, TX 76107


MCI USA
PO BOX 829914
PHILADELPHIA, PA 19182-9914

MCMASTER-CARR SUPPLY CO
PO BOX 7690
CHICAGO, IL 60680


MEILUN PRINTING FACTORY
BUILDING NO.3
ZHUKENG INDUSTRIAL PARK
BAO'AN, SHENZHEN CHINA


MERWIN GROUP
1252 TURNBURY LANE
NORTH WALES, PA 19454


MICHAEL KENT MASON
12924 N MARCH HORSE LANE
NEWMAN LAKE, WA 99025-7432


MINDS-I INC.
22819 EAST APPLEWAY AVE
LIBERTY LAKE, WA 99019


MODERN OFFICE
7550 CORPORATE WAY
EDEN PRAIRIE, MN 55344


MOUSER ELECTRONICS
PO BOX 99319
FORT WORTH, TX 76199-0319


MULTIFAB, INC.
3808 N. SULLIVAN ROAD BLDG 6
SPOKANE, WA 99216


NANCY LAVIGNE
101 BOONES RIDGE PKWY SE
ACWORTH, GA 30102

```
NATIONAL SUBROGATION SERVICE
A/S/O IRVIN DARDEN
1117 IRA AVE
KALAMAZOO, MI 49048


NIVA SUWAL
1098 N CECIL RD UNIT F-227
POST FALLS, ID 83854-8276


OFFICE DEPOT
PO BOX 29248
PHOENIX, AZ 85038-9248


OPTIVOLT LABS
307 7TH AVE
SAN MATEO, CA 94402


ORACLE AMERICA, INC.
BANK OF AMERICA LOCKBOX
15612 COLLECTIONS CENTER DR.
CHICAGO, IL 60693


P3 GLOBAL LLC
6212 OAKTON STREET
MORTON GROVE, IL 60053


PACKET DIGITAL, LLC
RADISSON TOWER - 15TH FLOOR
201 5TH ST. N SUITE 1500
FARGO, ND 58102


PITNEY BOWES GFS
PO BOX 371887
PITTSBURGH, PA 15250-7887


PLASMA INTERNATIONAL
MOUNTBATTEN WAY
CONGLETON CHESHIRE
UNITED KINGDOM CW1DY
```

POWERROAD RENEWABLE ENERGY
7/F, HAIYUN BLDG. NO.16
HAISHAN ROAD XIAMEN
361013


PRAETORIAN INSURANCE COMPANY
A/S/O DONALD R BOLTON
5523 PALOMINO WAY
LONGMONT, CO 80504


PRODUCTION AUTOMATION CORP
121 CHESHIRE LANE, SUITE 400
MINNETONKA, MN 55305


QUALICO DEVELOPMENT LTD
1 DR DAVID FRIESEN DR
WINNIPEG, MB R3X 0G8, CANADA


RICK A. WEGNER
2507 N STAGECOACH DRIVE
POST FALLS, ID 83854-8450


RIMKUS CONSULTING GROUP, INC
PO BOX 4673
HOUSTON, TX 77210


ROBERT J. TABARACCI
2767 W TIMBERLAKE LOOP
COEUR D ALENE, ID 83815-9818


ROBERT L. ABRAVANEL
3938 W. LOXTON LOOP
COEUR D ALENE, ID 83815-9375


RONALD G. PAREDES
8326 12TH STREET SE
LAKE STEVENS, WA 98258-3809

RUBINBROWN, LLP
PO BOX 790379
SAINT LOUIS, MO 63179


RYAN A. COORDES
9427 E. ELK TO HWY RD
ELK, WA 99009-9754


RYAN J. MENDENHALL
5178 W. COMMONS COURT
RATHDRUM, ID 83858-5008


RYAN JAMES MINER
21200 E. COUNTRY VISTA DR.
APT. P202
LIBERTY LAKE, WA 99019-7694


SAFECO
A/S/O SEBASTIAN TORRES CAMPO
4989 TOLEDO AVE NE
SALEM, OR 97305-3098


SEAFLOOR SYSTEMS
4415 COMMODITY WAY
SHINGLE SPRINGS, CA 95682


SECURA INSURANCE COMPANIES
A/S/O ROGER LEMMON
BUFFALO, MN 55313


SHAUN STULDRYER
59879 WALLOWA LAKE HIGHWAY
JOSEPH, OR 97846-8233


SHENZHEN G.T. HOBBIES CO LTD
2ND FLOOR, 706 BUILDING, NO.
INDUSTRIAL ZONE, GANLIAN ROA

SHENZHEN VIGOR POWER BATTERY
BLDG 11, NORTH YONGFA IND. P
CHANGYANG RD., YANCHUAN
SONGGANG, BAO'AN DIST. SHENZ 51810-5000


SMART MANUFACTURING
3353 ISABELLA LANE
STOCKTON, CA 95206


STATE FARM FIRE   CASUALTY
A/S/O ASHLYNN M JACKSON
122 MAJESTIC DRIVE
SUFFOLK, VA 23434


STATE FARM FIRE   CASUALTY
A/S/O CLINT HART
2036 S 25 W
KAYSVILLE, UT 84037


STATE FARM INSURANCE
ASO JUSTIN  KRISTINE GUSTAF
0S672 EAST STREET
WINFIELD, IL 60190


STEPHEN HOGAN
10191 WILLOWOOD AVE.
ENGLEWOOD, FL 34224-8992


STEPHEN KYLE CHAPPELL
3210 HESTER ROAD
CREEDMOOR, NC 27522


SUNBELT RENTALS, INC.
P.O. BOX 409211
ATLANTA, GA 30384-9211


TECHNOTRONIX INC.
1381 N HUNDLEY STREET
ANAHEIM, CA 92806

```
TESTER ELECTRONIC TECHNOLOGY
MEIYUAN ROAD
HUTANG, WUJIN
CHANGZHOU JIANGSU CHINA


TIFFANY M WALLACE
1762 E SUNDOWN DR
COEUR D ALENE, ID 83815-9696


TIM W WINDE
1261 E EZRA AVE
HAYDEN, ID 83835-7206


TIME WARNER CABLE/SPECTRUM
PO BOX 60074
CITY OF INDUSTRY, CA 91716-0074


TIMRA JAMESON
112 TARA CIRCLE
MEDFORD, OR 97504


TOMAS BARRERA
1043 N 15TH STREET
COEUR D ALENE, ID 83814


TOMAS BARRERA-CORTINA
1043 N 15TH STREET
COEUR D ALENE, ID 83814-5707


TOWER HILL SIGNATURE INSURAN
A/S/O RICHARD PRICE
1678 BUNTING LANE
FORT LAUDERDALE, FL 33327


TRAVELERS ASO VIA ROYAL HOA
483 VIA ROYAL
WALNUT CREEK, CA 94597
```

```
TTI ELECTRONICS
11241 WILLOW ROAD NE
SUITE 300
REDMOND, WA 98052-1016


TUSCANO MACHINE, LLC
PO BOX 731
BIG TIMBER, MT 59011


ULINE, INC.
PO BOX 88741
CHICAGO, IL 60680-1741


UNITED PARCEL SERVICE
PO BOX 809488
CHICAGO, IL 60680-9488


UNKNOWN
9777 COLINADE DRIVE
LONE TREE, CO 80124


VERGE AERO, INC.
7905 BROWNING ROAD #200
PENNSAUKEN, NJ 08109


VERIZON WIRELESS
ATTEN: BANKRUPTCY
PO BOX 660108
DALLAS, TX 75266-0108


WALMART
1901 SE 10TH STREET
BENTONVILLE, AR 72712


WEBFX
1705 N FRONT S
HARRISBURG, PA 17102
```

```
XOMETRY, INC.
7951 CESNA AVE
GAITHERSBURG, MD 20879


ZACHARY JORDAN SHELHAMER
3335 N. ROSALIA ROAD
COEUR D ALENE, ID 83814-0062
```

# United States Bankruptcy Court
## District of Idaho

In re   **Vertical Partners West, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Vertical Partners West, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Aladdin PD Fund I, LLLP**
**2 Union Square, Suite 901**
**Chattanooga, TN 37402**

☐ None [*Check if applicable*]

**December 20, 2021**

Date

**/s/ Matthew T. Christensen**

**Matthew T. Christensen 7213**

Signature of Attorney or Litigant

Counsel for   **Vertical Partners West, LLC**

**Johnson May**

**199 N. Capitol Blvd, Ste 200**
**Boise, ID 83702**
**208-384-8588 Fax:208-629-2157**
**info@johnsonmaylaw.com**