UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) <br> ) <br> VERTICAL PARTNERS WEST, LLC, ) <br> ) <br> Debtor. ) <br> ) <br> ) <br> ) <br> ) | Case No. 21-20460-JMM <br><br> Chapter 7 |

### ORDER GRANTING INTERIM USE OF CASH COLLATERAL

THIS MATTER came before the Court for a preliminary hearing on the Chapter 7 Trustee's Interim and Continuing Motion for Authorization to Use Cash Collateral (Dkt. No. 18) (the "**Motion**") on January 10, 2022, filed by Chapter 7 Trustee J. Ford Elsaesser (the "**Trustee**").

The Court, having reviewed and considered the Motion, being fully advised of the merits of said motion, and good cause appearing therefore;

**IT IS HEREBY ORDERED** that effective January 10, 2022, the Trustee is authorized to use interim cash collateral in the amount of $63,822.64, as detailed in the Motion and the budget attached thereto. The Trustee may make these payments and any other payments authorized by this Court in any manner the Trustee deems appropriate, including but not limited to, payments by wire or ACH payments from the Trustee's bank account.

**IT IS FURTHER ORDERED** that said use of cash collateral shall be used to pay only the interim expenses as detailed in the Motion and the budget attached thereto, subject to the

ORDER GRANTING INTERIM USE OF CASH COLLATERAL - 1

59685.0001.14418773.1

Court fully approving the use of cash collateral as requested in the Motion at the final hearing on the Motion.

**IT IS FURHTER ORDERED** that the secured parties identified in the Motion shall maintain their liens on all postpetition collateral to the same extent as existed prepetition to the extent of cash collateral actually used by the Trustee.

**IT IS FURTHER ORDERED** that proceeds shall be segregated in the Trustee's bank account in accordance with the requirements of 11 U.S.C. § 363(c)(4).

**IT IS FURTHER ORDERED** that the Motion shall be and the same is hereby scheduled for a final hearing on January 24, 2022, at 10:00 a.m. (Mountain Time), a separate notice of hearing will be filed by the Trustee.



DATED: January 11, 2022

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by:

/s/ Brent R. Wilson
Brent R. Wilson
Attorneys for Trustee

Approved as to form:

/s/ Jason R. Naess (email auth. provided Jan. 10, 2022)
Jason R. Naess
Assistant United States Trustee

ORDER GRANTING INTERIM USE OF CASH COLLATERAL - 2

59685.0001.14418773.1