UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO
COEUR D'ALENE DIVISION

In Re:

VERTICAL PARTNERS WEST, LLC

Debtor(s)

Case No. 21-20460

CHAPTER 7 TRUSTEE'S INITIAL STATUS REPORT AND MINUTES OF 341(a) MEETING OF CREDITORS

Bankruptcy Trustee: J. FORD ELSAESSER
Location of Meeting: CDA, ID
Debtor's Attorney: MATTHEW TODD CHRISTENSEN
Date of 341(a) Meeting 01/20/2022
Date Case Filed: 12/20/2021
Hour: 09:30 AM

(✓) Attorney Present ( ) Attorney Not Present ( ) Pro-Se   Alternate Attorney (if any):

Recording Track No. 9

(X) Debtor(s) Present; Sworn & Examined and Discharge Information Given to Debtor(s)
( ) Debtor(s) Not Present; 341(a) Meeting Continued to Date:____ Hour:____ Reason:____
Debtor(s) Provided Photo I.D. and Social Security Documentation as Noted Below:
**Identity Verification:** (✓) Driver's License ( ) U.S. Passport — Keith Wallace ID DL
( ) State Picture ID ( ) Legal Resident Alien Card
**Social Security No. Verification:** ( ) SS Card ( ) Pay Stub — NA
( ) W2 ( ) Other ____
**Debtor Identification /SSN Issues:**
( ) No Photo ID                    ( ) ID does not match Petition
( ) No Proof of SSN                ( ) Debtor to file amended Petition

**Creditors Appearing:** (✓) Yes ( ) No (4)
1 — Jeffrey Maddox for Aladdin
2 — Brad Owen for Cruiser, Mitchel & Gaston
3 — Reed Swensen for Modern Office
4 — Duane Cardwell for Cardwell Creative

**Action Items:**
( ) Debtor(s) Change of Address:
( ) Dismiss for Failure of Debtor(s) to Appear
( ) Unscheduled Assets Identified
( ) Do Not Dismiss [state reason & proposed remedy]

**General Comments:**
(X) Schedules & Statement complete:
(X) Statement of Income and Expenditures Filed
(X) Credit Counsel Certificate Filed
(X) Bank accounts or statement:
(X) Tax returns, transcripts or statement
(X) Payment advice or statement
(X) Debtor(s) informed of failure to cooperate with Trustee or US Trustee or submit required reports constitute grounds for dismissal

/s/ Ford Elsaesser
FORD ELSAESSER, TRUSTEE