# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO (COEUR D'ALENE)

| | |
|---|---|
| In re:<br><br>VERTICAL PARTNERS WEST, LLC<br><br>Debtors. | Bankruptcy No. 21-20460-JMM<br><br>Chapter 7 |
| DEWARD WALKER and<br>FARMERS INSURANCE EXCHANGE<br><br>Movants.<br><br>v.<br><br>VERTICAL PARTNERS WEST, LLC and<br>J. FORD ELSAESSER, CHAPTER 7 TRUSTEE<br><br>Respondents. | |

## ORDER GRANTINGMOTION FOR RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the record before this Court and the Motion for Relief from the Automatic Stay filed on March 18, 2022, by Deward Walker and Farmers Insurance Exchange (the "Movants") (Docket No. 49), this Court ORDERS as follows:

The Motion for Relief from the Automatic Stay is GRANTED WITH LIMITATIONS. Movants are granted relief from the automatic stay in order to pursue adjudication of the Debtor's liability in the action pending in Colorado District Court, County of Boulder, Case No. 2021CV30300; however, such relief is limited to a judgment in that action which is

recoverable from the Debtor's liability insurance policy. The automatic stay is not lifted for execution or enforcement of any judgment against the Debtor in excess of, or not covered by, Debtor's liability insurance policy. Any such action to execute or enforce any judgment against the Debtor in excess of, or not covered by, Debtor's liability insurance policy shall remain stayed. In the event the Movants, either individually or collectively, submit a proof of claim in this bankruptcy case, all rights of the Debtor to object to any such proof of claim are reserved and not affected by the terms of this Order.



DATED:  April 14, 2022

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Order submitted by:

COZEN O'CONNOR

  /s/ William F. Knowles
William F. Knowles, #9831
*Attorneys for Deward Walker and*
*Farmers Insurance Exchange*

Approved as to form and content:

JOHNSON MAY

  /s/ Matthew T. Christensen
Matthew T. Christensen
*Attorney for the Debtor*

2

LEGAL\57443460\1 01243.0001.000/491051.000
LEGAL\57454107\1