# United States Bankruptcy Court
### District of Idaho

In re **Vertical Partners West, LLC**　　　　Case No. **21-20460**
　　　　　　　　　　　　　　Debtor(s)　　　　Chapter **7**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

**Schedule E/F**

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s), (Doc 2) Notice of Chapter 7 Bankruptcy - No Proof of Claim Deadline, (Doc 6) Amended Notice of Chapter 7 Bankruptcy Case - Proof of Claim Deadline Set and a copy of the Proof of Claim form and instructions listed above has been given this date to any and all entities affected by the amendment as follows:

ALPINE FIRE SPRINKLERS, INC.
PO BOX 279
OTIS ORCHARDS, WA 99027

Date: **May 17, 2022**

_/s/ Matthew T. Christensen_
**Matthew T. Christensen 7213**
Attorney for Debtor(s)
**Johnson May**
**199 N. Capitol Blvd, Ste 200**
**Boise, ID 83702**
**208-384-8588 Fax:208-629-2157**
**info@johnsonmaylaw.com**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Vertical Partners West, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | **21-20460** |

■ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**Alpine Fire Sprinklers, Inc.**<br>**PO Box 279**<br>**Otis Orchards, WA 99027**<br>Date(s) debt was incurred **09/29/2021; 10/26/2021; 11/22/2021**<br>Last 4 digits of account number **0005** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,895.00** |
|---|---|---|

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,895.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,895.00 |