

1340 70th Ave. SE  //  Salem, OR 97317
503.370.9911  //  info@cardwellcreative.com

5/23/22

To: U.S. District & Bankruptcy Courthouse
Coeur d'Alene Office
6450 North Mineral Drive
Coeur d'Alene ID 83815

From: Duane Cardwell
Cardwell Creative

**U.S. COURTS**

MAY 31 2022

Rcvd. Mail  Filed KRM  Time 1:30
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

To whom it may concern,
We are a creditor in the bankruptcy case of **Vertical Partners West LLC, case# 21-20460**. I'm writing to ask you to update your records, as our mailing address has changed to the following.

**Cardwell Creative**
**1340 70th Ave, SE**
**Salem, OR 97317**

Please let me know if you have any concerns about this request.

With gratitude,
Duane Cardwell

PORTLAND OR 972
26 MAY 2022 PM 4 L

US District Bankruptcy Courthouse
Coeur d'Alene Office
6450 North Mineral Drive
Coeur d'Alene ID 83815

83815-498625

**cardwell**creative
A brand + web design agency

1340 70th Ave. SE
Salem, OR 97317
cardwellcreative.com

U.S. MARSHAL
District of Idaho
MAY 31 2022
EXAMINED