UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

**VERTICAL PARTNERS WEST, LLC,**

Debtor.

Case No. 21-20460-BPH

Chapter 7

### ORDER ALLOWING TRUSTEE'S FINAL REPORT AND DIRECTING DISTRIBUTION AND APPROVING TRUSTEE'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

The Trustee having filed a Final Report and an Application for Compensation and Reimbursement of Expenses, Doc. Nos. 145 and 146, and notice thereof having been given to all creditors, and no objections having been made thereto by any party in interest,

**IT IS ORDERED** that the Final Report of the Trustee is APPROVED.

**IT IS FURTHER ORDERED** that compensation to the trustee for services rendered and reimbursement to the trustee for expenses incurred are allowed as follows:

| APPLICANT | COMPENSATION | EXPENSES |
|---|---|---|
| J. Ford Elsaesser, Trustee | $56,326.28 | $2,348.50 |

**IT IS FURTHER ORDERED** that the Trustee disburse the funds remaining in the estate as provided in the Final Report.  //end of text//

DATED: January 25, 2024



HON. BENJAMIN P. HURSH
U. S. BANKRUPTCY JUDGE
SITTING BY DESIGNATION
U.S. COURTS, DISTRICT OF IDAHO

Order submitted by J. FORD ELSAESSER, Chapter 7 Trustee